1  ALEX G. TSE (CABN 152348)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4
   ADAM A. REEVES (NYBN 2363877)
5  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7157
8       Fax: (415) 436-7234
        Adam.Reeves@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,      ) Case No. CR 16-00462 CRB
                                    )
15 |      Plaintiff,                 ) NOTICE OF MOTION TO ISSUE
                                    ) RULE 17 SUBPOENAS AND FOR
16 |   v.                            ) OTHER RELIEF
                                    )
17 | SUSHOVAN TAREQUE HUSSAIN,      ) Date: July 14, 2017
                                    ) Time: 11 a.m.
18 |      Defendant.                 ) Court: Hon. Charles R. Breyer
                                    )
19

20
        Pursuant to Fed. R. Crim P. 17(c) ("Rule 17") and Local Criminal Rule 47-2, the United States
21
   hereby moves for an order from the Court to issue two Rule 17 subpoenas to Hewlett-Packard Enterprise
22
   ("HPE"), formerly known as Hewlett-Packard Company (collectively "HP"). The government
23
   respectfully requests that the Court please hear this motion on July 14, 2017 or on any other date as may
24
   be ordered by the Court.
25
        The first Rule 17 subpoena would compel HP to produce the transcript of the defendant's
26
   interview with the Financial Reporting Council in the United Kingdom. The second Rule 17 subpoena
27
   would compel HP to produce all documents produced by the defendant to HP.
28

NOTICE OF MOTION TO ISSUE TWO RULE 17 SUBPOENAS AND FOR OTHER RELIEF
CASE NO. CR 16-00462 CRB                      1

In further support of this motion, the United States is filing the accompanying Memorandum in Support of United States' Motion to Issue Rule 17 Subpoenas and for Other Relief dated today and the June 16, 2017 Declaration of AUSA Adam A. Reeves.

Dated:  June 16, 2017

ALEX G. TSE
Attorney for the United States
Acting under Authority Conferred
by 28 U.S.C. § 515

/s/
_____
ADAM A. REEVES
ROBERT S. LEACH
Assistant United States Attorneys

NOTICE OF MOTION TO ISSUE TWO RULE 17 SUBPOENAS AND FOR OTHER RELIEF
CASE NO. CR 16-00462 CRB                2