IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSHOVAN TAREQUE HUSSAIN,<br><br>Defendant. | Case No. 16-cr-00462-CRB-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART [110] MOTION TO QUASH RULE 17(C) SUBPOENA** |

Hewlett-Packard's ex parte motion to quash Defendant Sushovan Tareque Hussain's Rule 17(c) subpoena [dkt. 110] is GRANTED with respect to request nos. 15, 17, 18, 19, 26, 30, 39, 40, 45, 48, 49, and 53.

Hewlett-Packard is ordered to file all documents in its possession responsive to request nos. 42 and 47 ex parte under seal for the Court's review. Hewlett-Packard shall note which documents it is claiming are privileged, and shall set out the basis for its assertion of privilege.

The parties represent that they have resolved or are working to resolve request nos. 11 and 23. The Court therefore denies the motion to quash with respect to these requests without prejudice to its renewal.

**IT IS SO ORDERED.**

Dated: October 10, 2017



CHARLES R. BREYER
United States District Judge