ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7157
> Fax: (415) 436-7234
> adam.reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 16-00462 CRB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| SUSHOVAN TAREQUE HUSSAIN, | ) |
| Defendant. | ) |

## STIPULATION

The United States and Defendant Sushovan Hussain, acting by and through their counsel, hereby stipulate as follows:

WHEREAS, the Court's August 8, 2017 Scheduling Order provides that, on or before October 27, 2017, the United States shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in its case-in-

STIPULATION AND [PROPOSED] ORDER,
CASE NO. CR 16-00462 CRB                                1

1  chief, and on or before November 17, 2017, Defendant shall serve a summary pursuant to Rule
2  16 of the Federal Rules of Criminal Procedure for each expert witness that he intends to call at
3  trial in his case-in-chief.

4      WHEREAS, the United States seeks a modification to the Scheduling Order so that its
5  Rule 16 summary is due October 31, 2017, rather than October 27, 2017;

6      WHEREAS, the Defendant does not object and requests that it have an equivalent
7  extension to serve his Rule 16 summary;

8      THEREFORE, the United States and the Defendant agree, and respectfully request the
9  Court order, that (1) on or before October 31, 2017, the United States shall serve a summary
10 pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it
11 intends to call at trial in its case-in-chief, and (2) on or before November 21, 2017, Defendant
12 shall serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each
13 expert witness that he intends to call at trial in his case-in-chief.

15 Dated: October 20, 2017     KEKER, VAN NEST & PETERS LLP

17                              By:  */s/*
                                     JOHN W. KEKER
                                     JAN NIELSEN LITTLE
18                                   BROOK DOOLEY

19                                   Attorneys for Defendant
                                     SUSHOVAN HUSSAIN

21 Dated: October 20, 2017     ALEX G. TSE
                                Attorney for the United States
22                              Acting under Authority Conferred by
                                28 U.S.C. § 515

24                              By:  */s/*
                                     ADAM A. REEVES
25                                   ROBERT S. LEACH
                                     Assistant United States Attorneys

27 STIPULATION AND [PROPOSED] ORDER,
   CASE NO. CR 16-00462 CRB                 2

**THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.**

Dated: October 24, 2017

_____
HONORABLE CHARLES R. BREYER
United States District Judge