KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
KATE E. LAZARUS - # 268242
klazarus@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00462-CRB |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING BRIEFING SCHEDULE FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE** MODIFIED |
| v. | |
| SUSHOVAN HUSSAIN, | Judge:       Hon. Charles R. Breyer |
| Defendant. | Date Filed: November 10, 2016 |
| | Trial Date: February 26, 2018 |

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB

1207747

**STIPULATION RE: EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE**

The United States and Defendant Sushovan Hussain, acting by and through their counsel, hereby stipulate as follows:

WHEREAS, on August 8, 2017, the Court entered a schedule ordering that: (1) the United States serve a summary pursuant to Rule 16 of the Federal Rules of Criminal Procedure for each expert witness that it intends to call at trial in its case-in-chief on or before October 27, 2017, *see* Dkt. 100 ("Schedule") ¶ 7; (2) Defendant serve the same for each expert witness that he intends to call at trial in his case-in-chief on or before November 17, 2017, *id.* ¶ 8; (3) the United States serve the same for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by Defendant on or before December 8, 2017, *id.* ¶ 11; (4) motions in limine are to be filed on or before December 8, 2017, *id.* ¶ 12; (5) oppositions to motions in limine are to be filed on or before December 22, 2017, *id.* ¶ 13; (6) replies to motions in limine are to be filed on or before January 5, 2018, *id.* ¶ 14; (7) motions in limine shall be heard by the Court on February 6, 2018, at 2:30pm, *id.* ¶ 17; and (8) trial shall commence on February 26, 2018, *id.* ¶ 18;

WHEREAS, on October 24, 2017, the Court granted the parties' stipulation to (1) extend the deadline for the United States to serve its Rule 16 summary for any expert witnesses it intends to call in its case-in-chief to October 31, 2017, and (2) extend the deadline for Defendant to serve its Rule 16 summary for any expert witnesses he intends to call in his case-in-chief to November 21, 2017, Dkt. No. 128;

WHEREAS, Defendant now seeks a modification to the Schedule, as amended, that would extend the deadline for him to serve his Rule 16 summary for any expert witness he intends to call in his case-in-chief from November 21, 2017, to December 5, 2017;

WHEREAS, the United States agrees to Defendant's requested schedule modification on the condition that the deadline is extended for the United States to (1) serve its Rule 16 summary for any expert witness it intends to call in rebuttal to expert testimony offered by Defendant from December 8, 2017, to January 3, 2018, and (2) file any motion in limine regarding any expert witness that Defendant intends to call in his case-in-chief from December 8, 2017, to January 10, 2018;

1

STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB

1207747

WHEREAS, Defendant agrees to the United States' requested schedule modification on the condition that Defendant may file any motion in limine regarding any rebuttal expert witnesses disclosed by the United States by January 10, 2018 (there is no such date currently set);

WHEREAS, the requested modifications would further require the Court to set deadlines for the parties to file oppositions and replies in support of any motions in limine regarding any expert witness that Defendant discloses and any rebuttal expert witness that the United States discloses;

WHEREAS, the parties agree that the Court need not set a separate hearing date from the one currently set for all motions in limine, which is February 6, 2018, at 2:30pm;

NOW, THEREFORE, counsel for the United States and Defendant hereby agree, subject to the Court's approval, that:

1. Defendant shall serve a Rule 16 summary for any expert witness he intends to call in his case-in-chief by December 1, 2017;

2. The United States shall serve a Rule 16 summary for any expert witness it intends to call in rebuttal to any expert testimony offered by Defendant by December 29, 2017;

3. The United States' shall file any motion in limine regarding any expert witness disclosed by Defendant by January 8, 2018;

4. Defendant shall file any motion in limine regarding any rebuttal expert witness disclosed by the United States by January 8, 2018;

5. Defendant shall file any opposition to any motion in limine filed by the United States regarding any expert witness disclosed by Defendant by January 22, 2018;

6. The United States shall file any opposition to any motion in limine filed by Defendant regarding any rebuttal expert witness disclosed by the United States by January 22, 2018;

7. The United States shall file any reply in support of any motion in limine it files regarding any expert witness disclosed by Defendant by January 29, 2018;

2
STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB

1207747

8. Defendant shall file any reply in support of any motion in limine it files regarding any rebuttal expert disclosed by the United States by January 29, 2018.

Respectfully submitted,

Dated:  November 13, 2017          KEKER, VAN NEST & PETERS LLP

By: */s/ Brook Dooley*
JOHN W. KEKER
JAN NIELSEN LITTLE
BROOK DOOLEY
KATE E. LAZARUS
NICHOLAS D. MARAIS
IAN KANIG

Attorneys for Defendant
SUSHOVAN HUSSAIN

Dated:  November 13, 2017          ALEX G. TSE
Attorney for the United States
Acting under Authority Conferred by
28 U.S.C. § 515

By: */s/ Robert S. Leach*
ADAM A. REEVES
ROBERT S. LEACH
Assistant United States Attorneys

Attorneys for United States of America

3

STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB

1207747

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Brook Dooley, am the ECF user whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ Brook Dooley*
BROOK DOOLEY

4
STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB

1207747

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 15, 2017

_____
HONORABLE CHARLES R. BREYER
United States District Judge

5

STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE
FOR EXPERT DISCLOSURES AND RELATED MOTIONS IN LIMINE
Case No. 3:16-cr-00462-CRB