ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7157
    Fax: (415) 436-7234
    adam.reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00462 CRB |
| Plaintiff, | |
| v. | |
| SUSHOVAN TAREQUE HUSSAIN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. CR 17-00590 WHA |
| Plaintiff, | |
| v. | |
| CHRISTOPHER BRADLEY EGAN, | |
| Defendant. | |

**NOTICE OF RELATED CASE IN CRIMINAL ACTION**

The United States respectfully submits this Notice of Related Case in Criminal Action pursuant to Criminal Local Rule 8-1. The United States gives notice that criminal case number 16-462 CRB, *United States v. Sushovan Tareque Hussain*, filed November 10, 2016, assigned to the Honorable Charles R. Breyer, is "related" for purposes of Criminal Local Rule 8-1(b)(1) to criminal case number 17-590 WHA, *United States v. Christopher Bradley Egan*, filed November 28, 2017, assigned to the Honorable William Alsup, because both actions concern one or more of the same defendants and the same alleged events, occurrences, transactions, or property.

The Superseding Indictment in *United States v. Hussain* charges Hussain, the former Chief Financial Officer of Autonomy Corporation plc ("Autonomy") with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349; fourteen (14) counts of wire fraud, in violation of 18 U.S.C. § 1343; and one count of securities fraud, in violation of 18 U.S.C. § 1348. *See* ECF No. 52. The Superseding Indictment alleges Hussain, together with others, engaged in a fraudulent scheme to deceive purchasers and sellers of Autonomy securities about the true performance of Autonomy's business, its financial condition, and its prospects for growth. *Id.* ¶ 19.

The Information in *United States v. Egan* charges Egan, a former Autonomy officer in the United States, with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. *See* ECF No. 1. The Information alleges Egan, with others including Hussain, engaged in a fraudulent scheme to deceive purchasers and sellers of Autonomy securities about the true performance of Autonomy's business, its financial condition, and its prospects for growth. *Id.* ¶¶ 4 & 19. The parties in *United States v. Egan* have entered into a Deferred Prosecution Agreement, filed November 28, 2017. *See* ECF No. 2.

The United States respectfully submits that assignment to a single Judge will conserve judicial resources and promote an efficient determination of the actions and respectfully requests

//
//
//
//

1 | that the two matters be related before Judge Breyer.

2 | Dated:  November 29, 2017     Respectfully Submitted,

ALEX G. TSE
Attorney for the United States
Acting under Authority Conferred
by 28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys