1  KEKER, VAN NEST & PETERS LLP
   JOHN W. KEKER - # 49092
2  jkeker@kvn.com
   JAN NIELSEN LITTLE - # 100029
3  jlittle@kvn.com
   BROOK DOOLEY - # 230423
4  bdooley@kvn.com
   NIC MARAIS - # 277846
5  nmarais@keker.com
   CODY GRAY - # 310525
6  cgray@keker.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Defendant
   SUSHOVAN HUSSAIN

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00462-CRB |
| Plaintiff, | **LETTERS SUBMITTED ON BEHALF OF SUSHOVAN HUSSAIN FOR SENTENCING, VOLUME 2 OF 2 (EXHIBITS 87-182)** |
| v. | |
| SUSHOVAN HUSSAIN, | Judge:    Hon. Charles R. Breyer |
| Defendant. | Sentencing: May 13, 2019 |
| | Time:    10:00 a.m. |

**[Personal contact information (addresses, telephone numbers, etc.) and the names of minor children have been redacted.]**

1306645.v1

Attached as Exhibits 1-182 are true and correct copies of the following letters written by supporters of defendant Sushovan Hussain. The home addresses, telephone numbers, and personal email addresses of the letter writers have been redacted.

| Exh. # | Name |
|---|---|
| 1. | Tracie Hussain (May 2018) |
| 1A. | Tracie Hussain (April 30, 2019) |
| 2. | Ayesha Hussain |
| 3. | Zara Hussain |
| 4. | Tahmina Hussain |
| 5. | Soma Hussain |
| 6. | David Jones |
| 7. | Nicholas Hawkes |
| 8. | Deborah Hawkes |
| 9. | John Sharpley |
| 10. | Barbara Sharpley |
| 11. | Haidee & Ian Baines |
| 12. | Mahabub Alam |
| 13. | Jayne Adams |
| 14. | Jill Milner |
| 15. | Alun Evans |
| 16. | Ian Philip |
| 17. | Peter Gloyne |
| 18. | Catherine Twilley |
| 19. | Guy Whittaker |
| 20. | Professor Frank Kelly CBE |
| 21. | Krishna & Andrew Shiatis |
| 22. | Howard Boder |
| 23. | Alan Cohen |
| 24. | Julian Critchlow |

| Exh. # | Name |
|--------|------|
| 25. | Sarah Critchlow |
| 26. | Professor Paul Curzon |
| 27. | Margaret Curzon |
| 28. | Constantinos Miranthis |
| 29. | Karen Miranthis |
| 30. | Christopher Hinks |
| 31. | Nicholas Candler |
| 32. | Timothy Knatchbull |
| 33. | Jeanette Jeffreys |
| 34. | Nicholas Jeffreys |
| 35. | Nicholas Rouse |
| 36. | Julia Rouse |
| 37. | Anne Maxfield |
| 38. | Dr. Neil Laws |
| 39. | Ian Gladman |
| 40. | Colin Cameron |
| 41. | Laurence Dare |
| 42. | Shahnawaz Haque |
| 43. | Graham Cope |
| 44. | Jonathon Caetano |
| 45. | Bruce & Joanna Robertson |
| 46. | Dr. William Peterson |
| 47. | Jeremy Lewis |
| 48. | Mikko Venermo |
| 49. | Arla Venermo |
| 50. | Marie-Michelle Iqbal |
| 51. | Helen Sumner |
| 52. | Victoria Stewart |

LETTERS SUBMITTED ON BEHALF OF SUSHOVAN HUSSAIN FOR SENTENCING,
VOLUME 2 OF 2 (EXHIBITS 87-182)
Case No. 3:16-cr-00462-CRB

1306645.v1

| Exh. # | Name |
|--------|------|
| 53. | Charles Stewart |
| 54. | Penny Hughes |
| 55. | Claudia Jenkins |
| 56. | Hugo Jenkins |
| 57. | Laraine Van den Berg |
| 58. | Philip Van den Berg |
| 59. | Matt & Lisa Pullen |
| 60. | Kate Golding |
| 61. | Andrew Golding |
| 62. | Maria Isabel Garcia Sanchez, ████████ |
| 63. | Bonita Farr |
| 64. | Kevin Farr |
| 65. | Tamsin Mills |
| 66. | Penny Cracknell |
| 67. | Alan Daniel Wood |
| 68. | Monica Wood |
| 69. | Pippa Thornton |
| 70. | Karen Rosen |
| 71. | John & Helen Searle |
| 72. | Heinrich Koerling |
| 73. | Annamaria Koerling |
| 74. | Louise Roberts |
| 75. | Kelly Hooper |
| 76. | Fiona Geddes |
| 77. | Roderick Ellis |
| 78. | Colette Dunn |
| 79. | Andrew & Irene Dawson |
| 80. | Scott Campanelli |

LETTERS SUBMITTED ON BEHALF OF SUSHOVAN HUSSAIN FOR SENTENCING,
VOLUME 2 OF 2 (EXHIBITS 87-182)
Case No. 3:16-cr-00462-CRB

1306645.v1

| Exh. # | Name |
|--------|------|
| 81. | Christopher & Julie Brown |
| 82. | Mark Boult |
| 83. | Robert & Laura Bishop |
| 84. | Christopher & Sophia Wilson |
| 85. | Sally Hobson |
| 86. | Poppy Coy |
| 87. | Jon Coy |
| 88. | Tom Verrechia |
| 89. | Dave, Victoria, Daisy & Teddy Lockyer |
| 90. | Alison Biegel |
| 91. | Robert Biggs |
| 92. | Muhammad Rahman |
| 93. | Tina Wolsencroft |
| 94. | Susan Bradley |
| 95. | Michael Woodward |
| 96. | Paul Murray |
| 97. | James Menzies |
| 98. | Tim Bushell |
| 99. | David Atkinson |
| 100. | Poppy Gustafson |
| 101. | Randy Cheek |
| 102. | Suranga Chandratillake OBE |
| 103. | Jack Stockdale |
| 104. | Nicholas Trim |
| 105. | Stephen Soar |
| 106. | Robert & Sharon Sass |
| 107. | AJ Raw |
| 108. | Charlotte Golunski |

4

1306645.v1

| Exh. # | Name |
|--------|------|
| 109. | Michael Beck |
| 110. | Sanjay Aurora |
| 111. | Emmanuel Meriot |
| 112. | Emily Orton |
| 113. | Richard Gaunt |
| 114. | Justin Fuga |
| 115. | Mark Opzoomer |
| 116. | Sean O'Connor |
| 117. | Matthew Dunn |
| 118. | Jeff Cornelius |
| 119. | Alastair Martin |
| 120. | Martin Blackburn |
| 121. | George Tziahanas |
| 122. | Frances Smith |
| 123. | Marco Zanchini |
| 124. | Ben Wheeler |
| 125. | Dr. James Loxam |
| 126. | Nicole Lee Christie |
| 127. | Martina King |
| 128. | Marta Jederko |
| 129. | John Richardson |
| 130. | Suzanne Howarth |
| 131. | Lisa Harris |
| 132. | David Palmer |
| 133. | Emily Foges |
| 134. | Nicole Eagan |
| 135. | John Dyer |
| 136. | Peter Packwood |

5

1306645.v1

| Exh. # | Name |
|--------|------|
| 137. | Kathryn Moore |
| 138. | Colm Doyle |
| 139. | Julie Dolan |
| 140. | Ennio DiRosa |
| 141. | Nicola Dewhurst |
| 142. | Matthew Mills |
| 143. | Maria Carver |
| 144. | Clare March |
| 145. | Stuart Barrett |
| 146. | Andrea Dotti |
| 147. | Courtney Ogilvey |
| 148. | Eleanor Weaver |
| 149. | Katie Newton |
| 150. | Sam Alderman-Miller |
| 151. | Laura Elliott |
| 152. | Peppa Wise |
| 153. | Nadja Rogers |
| 154. | Holly Biegel |
| 155. | Louisa Cooper |
| 156. | Andrew Tschonev |
| 157. | Ruth Angus |
| 158. | Lauren Howarth |
| 159. | Will Rouse |
| 160. | Sam Jeffreys |
| 161. | Hussein Kanji |
| 162. | Phil Pearson |
| 163. | Steve Shanley |
| 164. | Duncan Mcintyre |

6

1306645.v1

| Exh. # | Name |
|--------|------|
| 165. | Vasile Foca |
| 166. | Jonathan Bloomer MBE |
| 167. | Stefano Quadrio Curzio |
| 168. | James Renwick |
| 169. | Martin Sloan |
| 170. | Antoine Duchateau |
| 171. | Jurgi Camblong |
| 172. | Richard Eaton |
| 173. | Lord Jonathon Evans |
| 174. | Martin Hopwood |
| 175. | Ellen Hughes |
| 176. | Gabriella Koerling |
| 177. | Lucy Stewart |
| 178. | Olivia Farr |
| 179. | Eleanor Bishop |
| 180. | Manon Cros |
| 181. | Kieran McGrath |
| 182. | Oona & Rita Venermo |

Respectfully submitted,

Dated: April 30, 2019                    KEKER, VAN NEST & PETERS LLP

By:    */s/ John W. Keker*

JOHN W. KEKER
JAN NIELSEN LITTLE
BROOK DOOLEY
NIC MARAIS
CODY GRAY

Attorneys for Defendant
SUSHOVAN HUSSAIN

7

LETTERS SUBMITTED ON BEHALF OF SUSHOVAN HUSSAIN FOR SENTENCING,
VOLUME 2 OF 2 (EXHIBITS 87-182)
Case No. 3:16-cr-00462-CRB

1306645.v1

# EXHIBIT 87

11 June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

Dear Judge Breyer,

My name is Jon Coy, I was called to the Bar of England and Wales in 2010. I am currently Senior Corporate Counsel with Darktrace Limited. I write this letter on behalf of Sushovan Hussain.

I have known Sushovan professionally for over fifteen years. More recently, I have spent a great deal of time with him personally and consider him a friend. I hope that by sharing my thoughts on Sushovan and help you gain an understanding of him.

It is often said that the first impressions of a person are the most important. I first met Sushovan in 2003 while I was working for Autonomy. My overriding memory of meeting him was his enthusiasm and his polite friendly manner. He immediately put me at ease and made it clear that job title and status where purely for business cards and that what was important to him was being able to believe and trust in people. Knowing that an executive is so approachable is a hugely comforting.

In 2006, I left Autonomy and returned to full time education. Jump forward to 2010 and I was offered the opportunity to rejoin Autonomy. Having the opportunity to work with Sushovan once again was not a difficult decision. Jump forward a further six years and I was reunited with Sushovan once again when I began working at Darktrace, a company in which he had invested. Sushovan's demeanor, enthusiasm and good nature have not diminished over what must have been a difficult time for him and his family. It is and always has been a pleasure to know and work for him.

You will read or have read a letter from my wife, Sally Hobson and my daughter Poppy Coy. Poppy read the letter to me, there is nothing more I can say, the contents are so powerful. Sushovan has changed Poppy's life and mien and my wife's lives for the better. There is no better compliant I can give than that.

Yours sincerely,

Jon Coy

# EXHIBIT 88

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

My name is Tom Verrechia, I have been Sushovan's gardener at his home, Cade House, in Riverhead, Kent for the last 7 years. He gave me the opportunity in 2011 to work at Cade House when I was 18 and fairly new to gardening as a profession. Since starting I have been given consistent work on a weekly basis. Sushovan has always had time for me which I appreciate, knowing he's a busy man.

In 2014 my now wife and I became homeless due to certain circumstances and with nowhere to turn I explained my situation to Sushovan and he offered to help. We came to an arrangement, Sushovan gave us temporary accommodation in Stable Cottage, which is next door to Cade House. This enabled my wife and I to get ourselves back on our feet. We have great memories of our time at Stable Cottage.

Sushovan has always acknowledged my hard work at Cade House and been very complimentary when I have seen him. I know Sushovan as a very generous person, lending me equipment if I have needed it, sharing produce (fruit & vegetables) from the garden with the local people, every year my family and I have been invited over for a Christmas party, small gestures I don't often see in my now 50+ client base.

Early last year, I was in somewhat of a rut with my profession having spent 7 years gardening and wondering what my future held. I will never forget having a conversation with Sushovan and him putting me straight, he gave me confidence in myself to try and push on with my profession, I decided to try and build a garden maintenance business "Formally Wild". One year on I have built the business from a few clients to 3 gardeners working full time. I have to say a huge thank you to Sushovan for instilling confidence in me and my abilities. The guidance he has given me, to push on and better myself and my family, is something that I always be truly grateful for.

Thank you for your time,

Sincerely,

Tom Verrechia

12th June 2018

# EXHIBIT 89

Dave Lockyer                                    Date:7th June 2018

███████████████
███████████
███████████
██████
███████████

Dear Judge Breyer

To give you a background on my family there is myself Dave & my wife Victoria and my two children ███████ of 12 Years. and ███████ of 8 Years.

I'm writing to you to give you an insight of my feelings and thoughts on Sushovan Hussain, a man I have known now for a number of years as a friend and neighbour.

Since Sushovan and his wife and family have moved into their house in Chipstead Lane I have had many dealings with them through business and friendship. I myself was a local Builder /Decorator and have looked after Cade House for a number of years now and worked for the family as well as always being invited to their Christmas Drinks and festive food party they hold for their friends and neighbours.

One story I would like to tell you is shortly after the sale of his business. He came to me and offered me a chance to go into business with him renovating properties locally (His very words to me :I would like to help you and your family have a chance to make some money and expand your company : Knowing that being in the building game here is always a little struggle and its hard without capital to get your foot on the ladder). I was very excited for someone like Sushovan to have enough faith in me and my business to give me this opportunity to make something of myself and expand my business and my family were also extremely happy.

We managed to carry out two projects together under our new business and yes, I made some money enough to resolve some debt and to buy our very first brand new car which was a big thing for us. I also had a lot of experience in organising jobs more complicated than decorating. I'm not going to lie working with Sushovan was at times stressful as being the type of man and accountant that he is I had to account for every nail, which working in the building industry can be quite hard, but I guess this was quite new to Sushovan as he was only used making all the numbers add up. To this day I am very grateful for the help he gave me and now my business has grown from a painting and decorating company to a company that covers all aspects of the home from simple refurbishments to extensions on family homes having a great impact on local families and local trades I use to carry out the work required.

On another note the small things that sometimes go unnoticed in life especially in the area we live in some people with money keep themselves to themselves but Sushovan and his wife Tracie are generous in lots of ways. A few years back I helped Tracie, his wife, design their garden, a country garden where he could grow fresh vegetables, now whenever he has a good harvest I will get a text telling me to go help myself to produce. They also invite my children over to use their swimming pool and have the use of their garden as our garden is not very big, I could not ask for better neighbours and in this day and age it's nice to have such nice people on your doorstep always there if you need them.

I hope this helps you understand the kind of man that Sushovan is from a perspective of a family that his generosity has helped out.

Yours sincerely

Dave Lockyer
Victoria Lockyer

# EXHIBIT 90



**Alison Biegel**

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA

May 2018

Dear Judge Breyer

I first met Sushovan Hussain in April 2014 when he and his wife Tracie joined a party of parents from their daughters' school, Benenden, on a four-day trip to Dubrovnik organized by Anglia Tours Ltd, a company at which I am one of the Directors. A group of Benenden parents travel to different destinations each year and as I always accompany the trips I get to know those who travel regularly quite well. As a group they are always welcoming, good company, interesting and fun and Sushovan was no exception. I found him highly intelligent, clearly very conscientious but also open hearted and kind.

I had direct experience of this in 2016 after a discussion with Sushovan about my daughter, Holly, and what she would be doing after four months' travelling in South East Asia. He immediately mentioned an internship in Marketing at his company, Darktrace, and whilst such offers can be easily made, Sushovan meant it. Holly contacted him on her return and in spite of being a hugely busy man he put her in touch with a colleague who organised a six-week internship for her in the London office. He took a special interest in her welfare and when it became clear that she was better suited to finance than marketing he supported her move to the finance office in Cambridge for the last of her six weeks. She was offered a three-week extension with the finance team and at the end of this was offered a permanent position but was advised by her manager not to stay longer than a year as the post was junior and held little opportunity for progression but it would give her valuable experience. This was a vital first step for a young graduate starting out and Sushovan continued to take a keen interest in her welfare and ability.

After a year in Cambridge, as agreed, Holly handed in her notice planning to move to London and apply to do her Accountancy exams. She had been very happy at Darktrace but wanted to move to London where all her friends lived and Accountancy seemed a sensible route to take. It is a real measure of the man that when he was in the Cambridge office he was asking Holly about her plans and mentioned that there would always be a place for her in the London office. He obviously spoke with people behind the scenes because Holly was offered a post in Sales Operations in London on a higher salary within days. She was completely delighted, accepted immediately and has been very happy there ever since and will be eternally grateful to Sushovan for his kindness and willingness to give her a start to her working life.

This is just the story of one young person he has helped and Holly is sure there are many others in the company who he has also supported. This is a man who took time out of a hectic schedule to help an inexperienced graduate gain experience and then progress a very junior colleague doing untold good for her self-worth in the process. This is a man of deeds, not just words. My own gratitude as a parent is immense – I have come across few others who would do so much on the back of a promise

made during a casual conversation during a short holiday. Men like Sushovan Hussain are rare and I consider it a privilege that our paths have crossed.

Yours sincerely

Alison Biegel

# EXHIBIT 91





To whom it may concern:

I Robert Biggs of the above address make the following statement regarding my colleague and friend Sushovan Hussain.

I have known him for around 9 years or more and he knows me as a driver for the company, I have found him to be an honest and considerate person at all times. He has always made time to speak with me and whilst his schedule was always full he would pass the time of day with me and was interested in my wellbeing, my interests and in my family.

He has made me feel so welcome when on business on so many occasions ,even whilst his own father was very ill and on the occasion of visiting his home for a business trip treating me as part of his family , inviting me into his home and providing hospitality. He was always talking about his family and how proud he was of them and this to me was clearly demonstrating that he was a caring and loving family man.

An unassuming man who whilst on a trip to his Cambridge College never stating the purpose of his visit but it was clear once there , that he was providing a bursary for the bright but less fortunate in life to be able to study at the prestigious and world renowned Cambridge University .

Sushi, as I have known him is a fitness and health fanatic who would offer help and guidance to me on my diet and keeping healthy whilst in the sedentary job that I do. Clearly he didn't need to give this help to anyone but his modest and selfless demeanour was to be there always and grab the opportunity to offer help to others, to me his kindness had no boundaries.

I have had regular and day to day contact with Sushi and consider that I am lucky to have had this man as a friend and colleague, a man that have proven to be humble, modest and equitable.

Yours sincerely

Robert Biggs

# EXHIBIT 92

# Muhammad Azizur Rahman

■■ ■■■
■■■

10/06/2018

To
Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

**RE: SUSHOVAN HUSSAIN**

I had been a friend of Dr Tayyeb Hussain for 20 years till his death in May 2010. I owned a printing company and he was one of my customers for whom I designed and printed advertising leaflets. As we became good friends, I helped him in in his charitable activities under the banner of his charitable organisation: The Tayyeb Hussain Foundation.

Through involvement in charity activities of this organisation I had come to know Mr Sushovan Hussain. He loved charitable work and enthusiastically supported and participated in charitable projects of the Tayyeb Hussain Foundation. As part of it he travelled to Bangladesh to take part in inaugurating and donating a girls hostels for a secondary girls school, founding a primary school and a soccer stadium in Pirgacha, Rangpur, in northern Bangladesh.

He also created and funded from himself the "Tayyeb Hussain" scholarship in Cambridge University for 4 years postgraduate study in Chemistry leading to PhD degree. He chose the subject Chemistry in fond memory of his father Dr. Tayyeb Hussain whose PhD was in chemistry. The scholarship was awarded to a girl student. Sushovan lent additional support to the project by visiting the university time to time to keep abreast of the progress the student was making and be aware of any issue that might need resolving.

Mr Sushovan Hussain was very respectful of his Muslim religion. At the burial of his father he being the eldest son lowered the dead body of his father in the grave turning the face towards Makkah, the holiest place in Islam. It is a highly important funeral rite in Islam. Before the funeral formalities, a pre-funeral gathering was organised in the mosque where people passed by his coffin paying their last respect and praying to Allah for him. He also organised at a later date a supplication ceremony at his father's residence where friends and acquaintances of his father joined him in reciting from the holy Quran and praying to God for the peace of his father's soul.

He is a decent, compassionate and a charitable person.

*Rahman*

**(Muhammad A Rahman)**

# EXHIBIT 93

T Wolsoncroft




25 May 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

SUSHOVAN HUSSAIN

I have worked for the Hussain family for just over ten years in the capacity of Housekeeper.
Mr Hussain also employed my son, who was struggling to find some part-time work, to do some
gardening. He was very kind in all his dealings with my son and treated him as a family friend whilst
boosting his confidence. When I have been through some difficult times Mr & Mrs Hussain have both
offered emotional and financial support. They are a family with very high standards and morals.

Over the years I have seen how Mr Hussain interacts with his family and friends. He is a very loving,
encouraging and supportive father. His daughters are a delight and work extremely hard in everything
they do....In this day and age they are a credit to him and Mrs Hussain.

Mr Hussain has always treated me with respect and has always been very polite and open when dealing
with me. He has always asked about my wellbeing and made sure I have been happy in my job. He has
been understanding on occasions when I have had to take my children to work with me if they were ill
and has never objected to me changing my hours to fit around my families needs. Mr Hussain has always
made sure that I am paid well and whilst he has been away he has taken the time to make sure
I am provided for.

Mr Hussain has served his community through supporting Christ's College and his daughters' schools,
and through his work supporting girls' education in Bangladesh. The Hussain family all volunteer locally
and are always willing to give their time to a good cause.

Yours sincerely

T. WOLSONCROFT MS

# EXHIBIT 94

# Susan Bradley



June 4,2018

Dear Judge Breyer,

I am writing on behalf of Sushovan Hussain.  I met Sushovan and his wife Tracie Hussain in November of 2017 when I assisted them in securing short term, furnished housing in the building I manage in the Nob Hill neighborhood of San Francisco.

I have worked with hundred of clients over my 15-year career in corporate housing meeting people from all walks of life and circumstances.  When Sushovan and Tracie decided to move forward with an apartment at my property, Sushovan was immediately forthcoming and honest about his legal circumstances.  Sushovan wanted complete transparency up front which I greatly appreciated.  As you can imagine, many people would try to hide something of this nature hoping to avoid scrutiny and Sushovan's honesty impressed me greatly.  It couldn't have been easy to share something so personal and the fact that he did says a lot about his character.

In the months that Sushovan has lived in my building he has been a model tenant....
quiet, kind, considerate, friendly and someone whom I would give the highest reference and recommendation.  We have a wonderful community in our building, a place highly successful professional people or retired professionals who enjoyed great success in their careers call home.  Sushovan Hussain is someone who quickly became a valued member within our resident community.

Warm regards,
Susan Bradley



# EXHIBIT 95

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102



Dear Judge Breyer

I am writing this letter to give you a brief picture of my relationship with Sushovan and his family; I have known Sushovan's family for about 20 years, over the years his family and I have become good friends, I see Mrs Hussain on a regular basis.

I have found Sushavan to be fair, kind and considerate. I am 71 years of age and if ever I need help or advice I can always depend on Sushovan to help myself or my family.

He comes from, as do I, a loving family home, he is a good person and always willing to please.

I have kept this letter short and to the point but I am more than willing to go into much more detail if required.

Thank you for taking the time to read this letter

Yours sincerely



Mr Michael Woodward

# EXHIBIT 96

Paul Murray

███████████████████

██████████████

**31 May 2018**

Hon. Charles R. Breyer

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco CA 94102

**Dear Judge Breyer**

I am writing you concerning Sushovan Hussain.

My name is Paul Murray, and Sushovan worked directly for me at LASMO PLC for 5 years from April 1993. At that time, I was the CFO of LASMO PLC, an international Exploration And Production Company based in London. My career since then has been as an Executive Director, and since 2004 as an Independent Non-Executive Director. I currently sit on the Boards of Royal Mail PLC (the UK equivalent of the US Postal Service) and former UK State owned defence technology business Qinetiq PLC. On both Boards, I Chair the Audit Committee and am responsible for the integrity of Financial Reporting.

I sought out Sushovan in 1993 to join a small team that was working to defend LASMO against a hostile takeover. Sushovan had previously worked for Ernst Young, and was working in the North Sea subsidiary of LASMO. He had a reputation as a brilliant technical accountant, but someone who was able to explain accounting concepts to lay-folk. I needed these skills to help me argue our case with our stockholders. His performance was everything I had hoped, and after we had successfully repelled the hostile take-over, we continued to work together on business development projects for 5 years.

I quickly got to know him well and developed a deep respect for his financial acumen, hard work and straightforward way of approaching problems. I gave him the job of speaking on the company's behalf to sell side investment analysts about LASMO's performance and prospects. His straight-forward, detailed approach earned the respect of 'the street' - this was not gained by over or under-promising but rather by consistent and meticulous explanation of exactly how the company worked, combined with an engaging communication manner.

He was passionate about everything – his work, his family, his running – and I found I could rely on him completely.

He was ambitious, but in a good way, and all my team enjoyed working with him and found his enthusiasm infectious.

After 5 years, we decided that his career development needed P&L responsibility, and so he moved into operating financial roles with LASMO in Venezuela and then Pakistan.

In summary, I found Sushovan to be an excellent business partner, I trusted his judgment and could rely on his values. This was critical as he was representing me and the company externally.


Yours Sincerely,


**Paul Murray**

# EXHIBIT 97

James Menzies



Hon. Charles R. Breyer
US District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA

17th June 2018

Dear Judge Breyer,

I am writing to you in reference to Sushovan Hussain. I have known Sushovan for over 20 years, and worked closely with Sushovan in London between 1997 and 2000 at LASMO plc, a UK-based oil & gas company.

In 1997 I was a geologist working for LASMO in Jakarta, Indonesia and was given a new assignment in London, to work in a small team looking at acquisitions and divestments. I found myself having to move to London with a young family and working in an environment in which I was somewhat unfamiliar, having had a largely technical role up until that point.

Sushovan was a key part of that team, and I found him to be extremely welcoming, a very open individual who showed great concern over the difficulties of re-locating a family to London and was very happy to show me how the team worked in London and generally doing all he could to ensure I fitted in smoothly. Sushovan has a daughter of a similar age to my own and frequently talked about his family. I think of Sushovan first and foremost as a family man.

Sushovan is clearly a very bright man, but he is also a popular team player. He has an engaging personality and I have found him always willing to help others where he can, as well as learn from others. He very patiently took me through some of the basics of accounting, while I in turn helped him with some aspects of geology. He made a popular colleague with people both across & up & down the company – from the postal delivery people to the CEO's office, Sushovan was well liked and respected.

I found him to be an extremely hard-working individual with a high degree of integrity both personally and professionally. In examining potential transactions with other competitor companies, Sushovan always took a fair and balanced approach. I found him to be straightforward when presenting to the Board of Directors – always presenting the positives and negatives in his ideas.  Sushovan held an influential position in the Company and was envied by many of his finance colleagues, however I found him to be grounded individual, who certainly did not consider himself above his colleagues and as a result he was well liked and respected.  There was never any question concerning his ethical standards, which I believe to be very high.

Since our time working together, I have gone on to found, grow and sell oil & gas businesses. Undoubtedly my working with Sushovan has had a significantly positive impact on my career. He was always a patient, open and a pleasure to work with, as well as being extremely clever. Today, I am CEO of another London-based oil & gas company. I would have no hesitation in working with Sushovan again, or recommending him as a completely trustworthy, smart, hard-working individual. At the same time, he has a very warm humanity about him which may be hidden by initially by his very quick witted, engaging persona. He is really a family man, with very high principles and a I am totally confident that he always wants to do the right thing, both in spirit and in practice.

Yours sincerely,

James Menzies
CEO Coro Energy plc

# EXHIBIT 98



25 June 2018

Dear Judge Breyer,

**Re: Mr Sushovan Hussain**

I have known Sushovan for over 20 years and worked closely with him during the 1990s, when we were both employed by the UK oil and gas company LASMO PLC. Sushovan and I worked together on many corporate projects, including a range of mergers and acquisitions. I have gone on to be CEO and director of a number of international oil and gas companies, but have kept in touch with Sushovan and watched his career develop post LASMO.

Sushovan used to literally bounce into the office every day, with his bright winning smile. Always happy, always positive and always excited about the latest venture or deal that we were considering or evaluating. His enthusiasm and 'bounce" was infectious and I recall some people in the office likened him to the 'Tigger' character in the Winnie the Pooh stories!

Sushovan has many positive attributes. He is loyal, extremely hard working, generous and always upbeat. Like many high achievers, Sushovan likes to win, whether it's a game of chess or closing out a corporate acquisition. But in my experience, he always played by the rules. In fact, during a hostile takeover bid by a rival oil company his forensic accountancy skills revealed that they were not playing by the rules and this disclosure helped fend off their unwanted attentions. Sushovan has an extraordinary intellect and is a consummate problem solver. Sometimes he is possibly too enthusiastic for his own good, but in my experience this zeal was never malicious or misdirected.

He has a very strong sense of family, is a devoted loving father and husband. Sushovan comes from a very humble background, and one that expounds the quality of close family relationships, loyalty and hard work. His success academically at Cambridge University and later in business is rooted in these strong ethics.

As fathers, Sushovan and I are both acutely aware that our own children have had a safe and privileged upbringing. But there are millions of young people that are not so lucky. I therefore, have great admiration for his generous charitable work that aims to provide a proper education for underprivileged girls in Bangladesh.

In summary, my feelings about 'Sush' have not changed at all over the last 20 years. He was a great person to work alongside, a loyal friend and is, as we say here in England, a genuine all round 'good bloke'.

Yours sincerely

Tim Bushell

# EXHIBIT 99

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

My name is David Atkinson and I write this letter to provide some reflections on the character of Sushovan Hussain as a colleague and a friend whom I have known since early 2015.

I first met Sushovan during my transition from the military. I had spent the preceding 15 years in UK Special Forces conducting operations shoulder to shoulder with my US colleagues. In early 2015 felt I was about to face my toughest challenge yet – transition to civilian life after so long serving my country.

This was a very difficult time as you may expect but very quickly I was warmly welcomed in to a great team in an early stage technology company that at the time Sushovan was playing a pivotal role in through his position in Invoke. It took a while to get to know Sushovan while I settled into the company but before long I was interacting with him on a daily basis as he led the team strongly with inspiring leadership skills, empathy and focus, improving the young team step by step with his patience and sage advice.

Whilst arguably this was part of his role, Sushovan went above and beyond. He would be there for any questions to be answered, advice and guidance late into the evening and early morning. It was this dedication, love of the team and vision that drove us all to do better every day. I have worked with some inspiring leaders from many militaries throughout my 15 years, but this was the first time I seen values such as determination, integrity, team work, leadership applied in a civilian context  and I would hold Sushovan Hussain among the best leaders I have met throughout both my military and civilian careers.

Whilst inspiring professionalism is admirable in anyone, it is perhaps Sushovan's behaviour as a friend that is even more reflective of the character of the man. Two such circumstances that are worth mentioning as I reflect which I record here to provide another perspective on his character.

Despite my best efforts to make my transition from military to civilian life run smoothly as possible a key disruption was just around the corner. Due to circumstances beyond my control my wife and I separated during the early part of my transition. This was an incredibly difficult time for all of the family and especially my three children. Despite this being a particularly pressured time at work, Sushovan's first concern was to me and my children giving me particularly flexible working arrangements and endless patience and advice as we all navigated through this difficult time and came out the other side. I firmly believe that this level of care for his friends and shown to me during this time came from his obvious adoration of his own family and children.

A couple of years later having known Sushovan for almost three years, I told him of my dream of running my own technology company. I was extremely worried about breaking the news to the team as we had all grown into a close family over the preceding years and it was a bold move. Even more so however I was the top performing Commercial Director in the company – it wasn't just the fact that I was leaving but it was going to have a significant commercial impact.

Despite my worry, when I broke the news to Sushovan his sole concern was for my personal ambitions and goals - not those of the company, despite the fact that it may have had a meaningful impact. Not only was he delighted and excited for me as he believed it was the best move for me personally – he even went out of his way of taking time out over every one of his lunchtimes to coach and interrogate me on my business plan to make sure I was in the best possible position to get investment and to make it a success. It is mentors and friends like Sushovan that I wish every Military Service leaver had the pleasure of meeting.

Kindest regards,

David Atkinson

# EXHIBIT 100

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102


11 June 2018


Dear Judge Breyer,

I am writing to you to demonstrate my support for a very good friend of mine, and to hopefully provide you with an insight into the character of a man that you have spent a lot of time with, but who on a personal level, no doubt remains a mystery.

This is a very difficult letter to write, because I have known Sushovan Hussain for 13 years, and over that time he has been a boss, a mentor, a confidante, a coach, but ultimately a very good friend. It is a challenge to condense a personality into a couple of pages. But I will try, because he is a good man, and it is important that you know that. Sometimes it is the small actions that demonstrate true character.

One of the startling things about Sushovan Hussain, is that he knows EVERYONE. And I don't mean 'A-listers', I mean the people that you interact with in your daily working life… be it the receptionist who shares the same penchant for Polish cooking, the guy who joined two months ago who does ball room dancing in his spare time, the quiet guy in the corner that can do 15k slightly faster than most, or the aspiring writer that shares the same favourite poet… He knows them all. He will know their name, the university that they went to and the subject that they studied, and he will then know something small and unique about that person. And he knows, because he makes the time to know. He is genuinely interested in people; their motivations and what makes them special. Sush will share with them stories and interests from his own life, and in return people will open up to him. He is warm, kind, and approachable and people from all walks of life can see that his interest in them is genuine and they feel valued by him.

As my own career has progressed, I have realised how important this is. It is so easy to get swept up in the importance of your own to-do list without making time for the people that you are surrounded by each day. Sushovan is someone that can spot the spark of talent within another person, and he celebrates that. At social events he would always be engaged in conversation with someone; and not just the 'usual crowd', he would make a point of engaging the new employees, or people that were perhaps looking a little outside the group.

Sushovan was the first person outside of my family that I told about both of my pregnancies. When I had the scan and found out that my second was also going to be a girl, he gave me a hug, and joyfully told me stories about when his own daughters were born. His warmth and affection was contagious and I can still recall it fondly now. He is very obviously proud of his family. He has never failed to recall my daughters' names and will ask after them regularly.

In my own career, I would say that Sushovan has been the one that has shaped my own professional development the most. He has challenged me professionally and helped me to understand my own personal strengths and weaknesses. But most importantly, he has helped me to work out what really

matters... when to work hard, and when to take a step back and reflect on what you have achieved, and to feel proud of that. He is a master of perspective!

I can categorically say that I have always felt completely supported by Sushovan. It is that support that I have used as the foundations for building up my own self confidence in my abilities. I have no doubt that there are many people enjoying challenging and rewarding careers that they owe, in part, to the coaching and support that Sushovan has provided to them. I know that I am one of them.

Sushovan has shaped the future leader that I hope to one day become; hard working and driven, but also genuine and approachable.

His absence is a huge loss, not just to the business world, but to the many young men and women that are starting out in their professional careers that will no longer be able to access his generosity of experience. I am proud to know him, and it is a privilege to call him a friend.


Sincerely,

Poppy Gustafsson

# EXHIBIT 101

Dear Judge Breyer,

I am writing you this letter to support my dear friend Sushovan. My name is Randy Cheek and I have know Sushovan since 2009 when we met at Autonomy, and that is where I started my career in high-tech sales. He gave me my first real job out of college. Since that time I have had the pleasure of working with him directly and indirectly at Autonomy, HP, and Darktrace. At this time, nearly ten years later, I regard Sushovan as my mentor and as a close friend. My entire career and personal life has been shaped by him and I have benefited greatly from his friendship. Sushovan has provided me with steadfast mentorship and support since we met. He helped me purchase my first home, get married, and become the number two employee at Darktrace. Sushovan was by my side, involved in my every decision, and was my number one fan and supporter. These last 10 years have influenced who I am today both personally and professionally, and I could not have done it without him.

At work Sushovan encouraged and demanded that I make honest and genuine decisions, and he always included me in his decisions so that I could learn from him. He is a man of integrity and would always do the right thing. He taught me to be loyal to myself, to my company, and to my friends. It always meant so much to me that he was able to surround himself with such amazing people who were just like him. Everyone wants to help each other, support one another, and do great things for him. I believe it is his loyalty and respect to us that connected us all in a such a meaningful way that will last our lifetimes.

Inside and out of work Sushovan is a family man and always made me feel like I was a member of the family. As a result I strive to make him proud everyday. He happily brought me into his life and made me part of his family. I've been lucky enough to spend time with his whole family. We have spent many days, nights, and holidays together and I love him deeply. Whether he or I were together in London or San Francisco he made a point to see me and include me in everything. Even to this day we talk regularly and see each other as much as possible despite his challenges. This is the kind of man he is to anyone lucky enough to be part of his life; he is a man that truly cares for others. He is a balanced man and worked hard and encouraged others to do the same. As hard as he would work in the office he would do the same outside of work. He encouraged a healthy and balanced life, and showed us everyday how he did this in his own life. When work was done and even on his days off he runs and always encouraged me to do

the same. We still run together virtually throughout the week and share our progress with one another. He always made my health and happiness of utmost importance.

What make Sushovan most special to me is his kindness and compassion for others. Myself and many others receive just about daily calls from Sushovan checking in. He makes me feel that I am important. His compassion was highlighted when my father became ill with cancer. Sushovan gave me time off, constant emotional support, and gave me attention when I needed it most. He never wavered in his friendship once, and I can always count on him. Everytime I would travel to London he would make it a point, despite being sometimes many hours aways, to greet me and ensure I had a hot meal. We spend hours just talking with one another about life. He went out of his way to ensure I was happy and taken care of in all matters. The greatest thing about Sushovan is that he did this for everyone and he always put the wellness of others front and center in his life.

While working for Sushovan at Darktrace he directly contributed to the growth and the wellbeing of every single person that joined the company. He was like Santa Claus to us. Whenever he was in town he would empower us, give us opportunity to grow, and always offered us incredible insights that would shape the company into what it has become today. Under Sushovan's leadership I was able to employ hundreds of college grads and give them all incredible opportunity professionally. Myself and many others thrived from his support and guidance more than any of us could have thought possible. He made it important to build a supportive, successful, and honest team.

In summary, Sushovan is a good man and a honest man. He lived a life that empowered others and changed the lives of so many people in positive ways. His life demonstrates the characteristics and decisions of a gentle, thoughtful, and fair person making him a role model for so many people including myself. Sushovan has touched my life and has been part of all of my major life event over the past decade and I would not trade his friendship for anything in this world.

Sincerely,

Randy Cheek

# EXHIBIT 102

Suranga Chandratillake

Hon. Charles R. Breyer

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco CA 94102

June 5, 2018

Dear Judge Breyer,

I am writing to you about Sushovan Hussain. I have known Sushovan for around 18 years, having first met him when I joined Autonomy in Cambridge, a few months out of College as a junior developer and where he had also recently joined in the role of Chief Financial Officer. I was at Autonomy for another six years as I was successively promoted, ultimately serving as the company's US Chief Technology Officer in San Francisco. I then left Autonomy to run a spin-out company, blinkx, where I served as CEO and which I took public in 2007. After leaving Autonomy I stayed in touch with Sushovan on a personal level and have spent time with him, Tracie and their children since.

Sushovan has of course achieved lots of tremendously impressive things in his career and it is relatively well-known that he has also worked tirelessly supporting his old College at Cambridge and girls' education in Bangladesh. Today, however, I wanted to write to you about a much smaller, but to me transformative, example of his character.

In the early 2000s as a junior, but rapidly rising member of the Autonomy team I struggled a great deal with a sense of so-called imposter syndrome. IS often affects people with my sort of background – I am an immigrant, attended a state school on the wrong side of the tracks and, while I have enjoyed educational and professional success have often been shadowed by a feeling that my achievements were somehow due to luck and undeserved. While this may sound simple, at times of pressure, the feeling can be suffocating and has been extensively documented to limit the careers of those who suffer from it.

Although I never reported directly or indirectly to Sushovan and although he was not involved in any of the same projects on a day to day basis – he was, after all, head of the finance division while I toiled in the technology department – he spotted me and, after a few watercooler chats diagnosed my issue. He never directly discussed the problem or gave it a name and instead invited me to dinner. I remember assuming that the dinner appointment would be cancelled or postponed – I knew how busy he was – but he kept the date and he and Tracie welcomed me and my wife to their home. Sushovan even cooked dinner himself. Without ever directly addressing my work or career, Sushovan and Tracie talked around the topic – sharing how things had been for them when they had

started in their jobs, how rapidly Sushovan's career had taken off and the challenges and strains it had put on their family and how he had felt, coming to terms with growing responsibility and achievements.

That evening was a hugely important one in my development as a professional. It gave me the confidence to own my own achievements and feel comfortable following a path that I now knew others had trodden before me. As both he and I grew only more busy Sushovan and I did not spend a great deal of time with each other but he made sure to check in on me on a regular basis. Never expecting any sort of assistance in return (I cannot really imagine what he could possibly need from me anyway!), Sushovan continued to make sure my mental health and well-being and sense of confidence stayed intact through the various challenges, ups and down of my journey as a relatively young and inexperienced leader and manager.

As I outlined at the start of this letter – this example of Sushovan's underlying strength of character is a small one and perhaps seemingly unimportant and trivial to those who may read it. However, on a very personal level, my relationship with him had a huge impact. When he did not need to, he took an interest and found out about me. When he realised where I was, he invested time and effort from a busy work and home life to help me. And, after helping me along my way, he continued to check in to make sure I was on the right track. He did not have to do any of this, he did not really benefit in any way from this relationship and yet he consistently found the time and energy to maintain it.

To me, this provides an insight into the sort of man Sushovan is. Hard-working, competitive, driven absolutely. But also thoughtful, human, approachable and supportive. While many who know him through the press or industry are aware of the first list of characteristics, my experience of the man is deeply attached to the second.

Yours faithfully

Suranga Chandratillake OBE

# EXHIBIT 103

Jack Stockdale

██████████
██████
█

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102
USA

12th June 2018

Dear Judge Breyer,

I write to you to provide a letter of support for Sushovan Hussain, a man who I have had the pleasure of knowing for over 17 years, first as a colleague and later as a friend.

Much of my time spent with Sushovan has been at several small but rapidly growing companies in the UK and US. The positive culture of each has been due, in no small part, to the significance of his presence and personality. For such a well known character who takes an active interest in all parts of a business, this becomes infectious for a wide group of those around him. Many young graduates over the years have had their first experience of corporate culture shaped in part by this – a member of senior management learning about you as an individual and going out of his way to welcome and support you.

I first worked alongside Sushovan as I started my career after education, where his infectious enthusiasm for his work, his family and the people around him has made a lasting impression upon myself and others who have had the good fortune of spending their time with him. With Sushovan no detail is too small, no challenge too great, no phone call that can happen today should be put off until tomorrow. The office has been a significantly less interesting and more mundane place recently without his presence and he is very greatly missed.

I recall many times where Sushovan would go out of his way to make people feel welcome and included, whether new starters at work, friends dining out for the evening or co-workers in a typical day in the office. This isn't a just a passing friendly comment with Sushovan, he has that rare skill of taking an individual interest in and remembering, facts, shared memories, and the thoughts and beliefs of those he meets, taking a genuine interest in the lives of others. Sushovan and I shared a table at a company dinner about twelve years ago, where I met my partner. She remembers, following the death of her father, Sushovan stood out as a person who would regularly take the time to ask after her and her family.

My lasting impression of Sushovan is of a warm, energetic and enthusiastic man who cares deeply for the people around him, whoever they may be. He is an impressive and conscientious colleague and a highly regarded friend. I hope this letter may primarily demonstrate my support for Sushovan, but also provide you with some insight into how positively he has affected many lives.

Yours sincerely

Jack Stockdale

# EXHIBIT 104

Hon. Charles R Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

1st June 2018

Dear Judge Breyer,

I spent 15 years serving in the Intelligence Community of Her Majesty's Government, and met Sushovan Hussain when I left to join the commercial world as one of the co-founders of a cyber security company called Darktrace.

My first experience of the commercial world was sitting opposite Sushovan in a small office, during the first years of the startup. I count myself incredibly lucky to have had his mentorship; he was generous with his time, and taught me many of the lessons which we still rely on today, now that Darktrace is a large global company. The intellectual rigour which he applied to the challenges of the early business was hugely impressive, and our success today is in large part down to his attention, and the application of his considerable commercial acumen.

Over the last five years I have come to consider Sushovan as a friend. I have met his family, and have enjoyed his and his wife Tracey's company for dinner at my home. The enduring impression one gets is of a committed family man, who has dedicated his life to his wife and daughters. Both his daughters are high achieving, and share his love of learning and academic achievement. He often talks of his daughters and their achievements, and is clearly very proud of his family.

Sushovan is a generous man, who takes pleasure in providing for others. He gives of his time freely to those who ask for his counsel, and in small acts of giving that are clearly important to him. A small but nevertheless illustrative example of this was when he brought into the office some vegetables grown in his garden. He took a genuine pleasure in being able to give people produce from his own garden, and in hearing how they had enjoyed them.

In the workplace Sushovan is a very popular figure. He makes it a rule to learn every employee's name, regardless of their position or seniority. For several years as the business was growing, Sushovan knew the university and degree of every employee in the London office, something which made junior staff feel welcome and valued. He placed real emphasis on making Darktrace a fun place to work for its growing number of young employees, and would attend social events with not only a sense of genuine commitment, but also of enjoyment. Sushovan was always a popular and approachable figure on an evening out, and this has a real impact on the team, giving a strong sense of belonging to something unique.

Perhaps the most impressive attribute that Sushovan demonstrates professionally is his investment in his people.  Where he can, he provides opportunity, and supports people in reaching their goals, and fulfilling their potential. I can attest to this personally, as I consider myself to be the person who has benefitted most from his belief in me, and his continuous investment of time and mentorship. I am genuinely fortunate to have worked with him for the last five years.

Sushovan is proud of his heritage, being the son of a Bangladeshi immigrant to the UK, and talks passionately about the hardships experienced by his parents in providing their family with the opportunities they have had.  He now commits himself to several charities, and is heavily involved as a governor at his daughter's school, all of which, I believe, comes from a sense of desire to give back to the community.  He is a man of high integrity and morality.

As I hope you can see, I feel very fortunate to have met Sushovan.  It is not overstating the case to say that his investment in me, his generosity and support, have had a significant impact on me and been in no small part responsible for my achievements on retirement from public service. I hope that in some small way this letter stands testament to Sushovan's character and integrity.

Yours faithfully,

Nicholas Trim

# EXHIBIT 105

Hon. Charles R Breyer
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94103

Stephen Soar



8 June 2018

Dear Judge Breyer,

I am writing in support of Sushovan Hussein, and feel it is important to share with you what I know about my friend.

I first met Sushovan just over three years ago, when I was considering leaving a career in public service (after 23 years) and joining the private sector. Sushovan was introduced to me as someone who could advise on the realities of life in business, and willingly gave up his time and energy to do so. My resounding memory of that first meeting with Sushovan is one of positivity and friendliness. Sushovan spoke warmly about the staff in his office and commented upon how proud he was of the culture that he had helped build in the workplace. In one example, he remarked upon how his favourite day of the week was when the office held a baking competition (and his determination to one day win it).

I have stayed in close contact with Sushovan, and have come to regard him as a trusted and loyal friend. During the time that I have known him he has never given me any reason to doubt his honesty or integrity.

Above everything, Sushovan is a devoted family man. He is at his most proud when he speaks about the achievements and happiness of his family and draws almost every conversation back to an example that he has observed as a husband or a father. It has also been a real pleasure to meet Sushovan's wife and children over the last 3 years and witness first hand the warmth, fun and companionship that exists between them.

I have learnt a great deal from Sushovan as a business leader. The traits that he displays are always (in my observation) underpinned by a strong sense of doing the right thing by the people that he works with and sharing his vision with others. I am in no doubt that he has inspired, developed and nurtured many young people as they embark on their business careers. Indeed, Sushovan's life story, which he shared with me after we had known each other for over a year, is truly inspirational to anyone.

Any letter in support of Sushovan would not be complete without mentioning his sense of humour and fun. During the time that I known Sushovan we have shared some great social occasions, both with his family and without. Sushovan's interest in the people around him means that he is the focus of any social gathering. I once had the pleasure of introducing my daughter to Sushovan, and was struck by the level of interest that he showed in her academic studies and aspirations for the future (offering his help and guidance if needed). Whilst this short conversation happened many months ago, my daughter still regularly recounts the meeting. This is just one of the many examples that I could cite where Sushovan has a profound and positive impact upon the people he meets and ultimately helps.

I do hope that this insight is useful, thank you for reading and considering my thoughts.

Yours sincerely

Stephen Soar

# EXHIBIT 106

Robert and Sharon Sass

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

June 25, 2018

The Honorable Judge Breyer,

My wife, Sharon, and I are writing on behalf of Sushovan Hussain. I first met Sushovan over ten years ago when I joined Autonomy. It was with great surprise that I found out about the charges and the subsequent findings of the jury; it is not the Sushovan I know.

In my experience, Sushovan has been an extraordinary professional mentor to numerous individuals including me.  Sushovan is the rare individual who has extraordinarily high standards for himself, and who can bring out those qualities in others in a positive way. I have personally seen him take people under his wing and spend time to develop them into leaders.

In this regard, Sushovan is the ultimate mentor, coach, task master, cheerleader. While he is the first to criticize, he is also the first to compliment. He sets the bar high and he makes you better. He is brutally honest and he does not accept short cuts.  Notably, I never saw Sushovan ask anyone to do anything unethical or illegal.  He repeatedly made everyone around him better in everything that we did, including me. For that, I am grateful.

From a personal perspective, when Sushovan and his wife Tracie would come to New York, we would meet up socially. It is very evident that he and Tracie have a great relationship and it is great hearing the story about how they first met at work. Equally as evident is the pride that he takes in his family. Having been married for 33 years with two grown children of our own, Sharon and I picked up early on the devotion that Sushovan has to his wife and to his daughters. It is the real deal.

In summary, we admire Sushovan as a person, as a husband, as a father, and as a boss, and I hope that this perspective helps as the Court makes the weighty sentencing decision before it.

Respectfully,

Robert and Sharon Sass

# EXHIBIT 107

AJ Raw BA ACA



6th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

My name is AJ Raw; I am a Chartered Accountant living and working just outside Cambridge, England, and am fortunate to have had the opportunity to work with Sushovan Hussain over recent years. I wanted to write to you in order to briefly provide my own personal insight into his character as both a boss and, latterly, as a friend.

From a professional perspective, having worked for Sushovan for several years, my over-riding impression of him as a boss was a profoundly positive one. As a young and ambitious man at an early stage in my career, I was humbled by Sushovan's continued willingness to invest much of his own time and effort in helping me to learn and develop. Though Sushovan bore no obligation to take any level of personal interest in my development, he was invariably happy – determined, even – to help me to grow and progress. I believe that his efforts here went beyond simply ensuring that I – as a new member of his team – was good at the job and an asset to the business. He appeared genuinely invested in helping me become a better version of my professional self, took great pleasure in seeing me develop, and I remain incredibly grateful for the level of interest that he showed.

From a personal perspective, too, I feel grateful to have had the opportunity to get to know Sushovan. Across the period we worked together, I like to think that we grew to become close friends. Sushovan was as infectious and passionate in all things outside of work as he was in a professional capacity. To cite one example, I often think back to his genuine excitement in the run-up to my proposal to my now-fiancé. Prior to the proposal – whether it be over a cold drink after work, a stroll out for lunch, or over the phone – he became enthusiastically involved in helping me make plans. Sushovan would dig out photos and diagrams depicting diamond cut and clarity to help me pick the perfect ring. Ideas for the weekend were bounced back and-forth. Simply put, he enjoyed being part of an incredibly important milestone in my life, and I very much appreciated his involvement.

My sincere thanks for taking the time to read through my note; Sushovan had an incredibly positive impact on me in both a professional and personal capacity over the years I was lucky enough to work with him, and I do hope that the perspective I have offered is of some interest and use to you.

Your most sincerely,

AJ Raw BA ACA

# EXHIBIT 108

Hon. Charles R. Breyer
United States District Court for the Northern District of California 450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I have known Mr Hussain now for nearly 7 years, firstly during the short period that I worked at Autonomy and then for far longer whilst I worked at Invoke Capital, the firm at which Mr Hussain has been a Partner.

During the years that I have worked alongside him, I have always seen Mr Hussain - Sushovan to those who know him well like I do - as a passionate, interesting, kind and engaging fellow employee, and as time went on, friend.

Sushovan is the type of person who loves to help others learn, and is never pretentious or imperious in his knowledge; for example, I was very junior at Autonomy and then latterly when I first joined Invoke, there would be a great many questions I had about matters which I'm sure were very basic and boring to him. Yet Sushovan never once reacted with impatience or annoyance when I asked him for his help or to explain something I wasn't sure of, a trait that is much appreciated as you nervously venture to ask the most basic of things!

To me, Sushovan's defining characteristic is how incredibly hard-working he is, a trait which I speculate stems from deep-seated desire to improve life for his family. Sushovan talks with pride about being an immigrant who came to the U.K. with very little, and even now, no matter who he is talking to, shows no concern or embarrassment about reminiscing of helping his father out in his restaurant whilst growing up. Indeed, Sushovan values hard work above all, be that waiting tables or running a finance department - to him, providing for his family means the world. I remember a few times telling Sushovan about some of the quite frankly rubbish jobs that I took on a student to support myself during my studies at Oxford Univeristy, and although we laughed about it, it is evident that Sushovan believes that no job is too menial in order to better oneself and improve the lives of those closest to you.

Speaking of his family, I had the chance to get to know his eldest daughter when she did two summers of work experience at Invoke Capital. Although I do not have children of my own yet, she seemed like a truly lovely girl who had been raised with values I would very much hope that my children will one day have - including the importance of hard work, as I mentioned above (I know she is now studying for her PhD), kindness, showing great enthusiasm, the ability to get on with everyone from our receptionist to our most senior employees, and braveness (she might even have corrected her dad on one or two occasions!). I know that these values are core to Sushovan himself, and I am not at all surprised that he and his wife have raised two daughters who share in these values, too.

Sushovan values honesty, modesty and frugality, too. Despite him being personally financially comfortable and being a company director, Sushovan insisted on taking public transport at all times and, if travelling abroad, would make sure he took the cheapest flight he could find - even when that flight would be at an hour most of us would avoid at all costs! I remember one time we were attending a meeting across the other side of London, and us betting who could get there first - the 5 of us in a London taxi, or Sushovan on a public bike. 5 of us had lighter wallets when we walked into that meeting! This sort of occurrence used to become a running joke in the office, but it was very important to Sushovan to make sure that he didn't waste money unnecessarily, and he was always thoughtful as to what he did spend his money on.

Overall, I hope these examples prove useful to you, and serve to illuminate some of the many wonderful and admirable aspects of Sushovan that I have come to know over the course of my time working with him.

With my kindest regards,

Charlotte Golunski

# EXHIBIT 109

Hon. Charles R. Breyer
United States District Court for the Northern Districts of California
450 Golden Gate Avenue
San Francisco CA 94102



30 May 2018

Dear Judge Breyer:

I am writing this letter in reference to the pending sentencing of Sushovan Hussain. If I may, at your discretion, supply a character reference to give you an insight to the Sushovan that I have come to consider a professional colleague.

By way of introduction my name is Michael Beck. I served the British Government (Foreign Office) for 10 years as an Intelligence Officer, including four tours of Afghanistan and a number of other shorter deployments in support of foreign diplomacy, rule of law and economic development. Four years ago I changed tack and moved to join a technology start-up where I first met Sushovan who was a Partner in the investment group that backed the technology.

My first impression of Sushovan was of someone clearly driven, excited about life and who could talk at length about the importance of access to education. This was clearly a passion and something, I sensed, stemmed from his background.

At the start of any relationship there is a period where you work out if there are shared values and direction, and to build trust, and it would be fair to say that we did not instantly warm to each other, but I did feel that there was a mutual respect given the public service I had given. Nonetheless, Sushovan took me under his wing and provided me with guidance and coaching on how to lead a growing team, and the challenges of building business models from scratch. Sushovan was demanding, but always fair and, although there was a pressure to succeed, I never once felt Sushovan asked me to sacrifice integrity or truthfulness in the push for commercial success. On the contrary, and as one example, I can remember being explicitly challenged by Sushovan on how I had built the audit trail of some of the services lines that directly supported paying customers. Sushovan instilled a sense that I must construct transparent lines of communication that could be tested by individual customers if they wanted to question the service. To this day I continue to pass down advice given to me by Sushovan to my junior managers.

I must admit that Sushovan's brain seemed to operate in a higher gear than mine. There were incredibly fast-paced early days where we were improving the technology and moving into new markets – it was exhilarating and nothing like I had experienced being inside Government. Having a close relationship with Sushovan, I began to understand the direction he wanted to take the business and the goals I needed to achieve to support the commercial growth. Today we employ over 700 people globally with that number set to double in the next few years. We have head offices in San Francisco and Cambridge (UK) and I am incredibly proud of building a business that is at the cutting edge of new technology and employs bright passionate people from diverse backgrounds. All of what we have today was achieved with Sushovan's guidance and stewardship in those early years.

As our relationship deepened I have come to hold Sushovan in high regard as a mentor, and although in the light of the judgement of his time in Autonomy, I have found myself questioning my interactions with Sushovan, I cannot recall anything during the last 4 years of starting a new business that would reconcile with what I have read in the media.

I wholeheartedly respect the decision of the court, but I hope this letter may give you insight into the Sushovan that I know and highlights the impact on the number of other lives he has touched all over the world, when considering his sentencing.

Respectfully yours,

Michael Beck

# EXHIBIT 110

June 11, 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

My name is Sanjay Aurora and I live and work in Singapore.

I have known Sushovan Hussain since 2009 after the company I worked for (Interwoven) was acquired by Autonomy. I was part of the Asia Pacific leadership team at Interwoven in Singapore when we got news of this acquisition. Mergers and acquisitions bring uncertainty and anxiety and I went through the same. We were thinking as the acquired entity we will be given no responsibility or roles and the company will slowly disintegrate. To a bit of our surprise, the trust and responsibility given to us was quite in contrast. Why I write this? Because very quickly I realised Sushovan made decisions objectively with no bias and was kind hearted about the welfare of all employees. We felt welcome very soon were part of the bigger team. He came across as supportive, keen to understand the business and the culture and keen to help us get successful.

 Working for Sushovan (Sush who now has become to us) has been quite an intense and interesting experience. Intense as he has very high standards of work ethic and expects the same. Intense as he is very intelligent and one needs to be always prepared to respond to his queries. Interesting as behind this intensity and drive, is a very nice human being. A really nice human being who puts family, friends and relationships above numbers and results.

Over the past almost a decade, we have come to know more about each other, and every time we speak, we chat about family, children their education and career aspirations, running timings and of course work. Recently, my father went through a surgical procedure, and the moment Sush came to know, he was checking with me and encouraging me to take time off and do the right thing. His concern about us is genuine and leaves an impression. Last December, I had a health scare, again I realised and appreciated how much Sush pays attention to the well-being and welfare of people around him.

I have seen a driven person, who knows the business and is very keen on making a difference to the people around him. He takes pride in helping people around both personally and professionally. I have realised how much importance he gives to working hard, getting right education and contributing to the society and family. His value system strongly comes across as a good person who wants to do good.

I respectfully thank you for your time reading this letter.

Warm Regards

Sanjay Aurora

# EXHIBIT 111

Emmanuel Meriot



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94111

Paris, June 06, 2018

Dear Judge Breyer,

I am writing today regarding my friend and colleague Sushovan Hussein. I first want to ask for your comprehension regarding what I you will read in this letter, as English is not my native language. I hope everything I will express would be able to be understood and interpreted properly.

Let me quickly introduce myself and the circumstances in which I have met Sushovan. I am 53 years old and am born in France. I have joined Autonomy/HP in 2001 as the Southern Europe Manager and I worked there until December 2013.This is when I had the chance to meet and start collaborating with Sushovan. I am now following my career in the software industry in Paris and have never stopped being in touch with Sushovan.

I can easily speak about Sushovan as we have been very closed, personally and professionally during all those years. He has been one of my manager and we shared a lot of moments together. We were in touch, as a minimum on a weekly basis, and often on a daily one.

We know each other for more than 17 years, and he has always been an inspiration to me, both at work and in a personal way. He is, according to me, a man full of kindness and has always cared about me. I have so many memories and examples that would demonstrate of this. He has always been available to help me on specific professional circumstances and has been a good advisor and has known how to find the right words in order to motivate and give me what I needed in order to achieve my goals.

The first things that come to me when I think about him, are his passion, his spreading energy, his open-mind and the way he has always paid attention to me, my team, and my family. We shared so much, not only in corporate events, but also during dinners and lunch, where he was curious about my life, and sharing his own life with me too.

As a concrete and personal example, my second child born with a health issue which required my presence in the hospital during my work time, for more than two weeks. Working was a loophole and I was still updating Sushovan on the progress of my business. Receiving my calls in such circumstances, Sushovan kindly threatened me to fire me if a was following working and calling him for something else than news about my son's health. This is something I will never forget.

Another example, is the day he was organizing a wedding anniversary for his wife. I asked him to come and support me in an important client meeting in Strasbourg, not really an easy place to reach from London. With no doubts, he accepted and joined me to make the deal successfully. I then helped him to organize a nice Valentine's day in Paris for him and his wife.

Those two examples show how he was fully devoted to the success of our company but also to family and care values when it was necessary.

During all those years, and in many ways, he was always here to support me and keep me by his side when I thought I would not reach the expectations. He always did his best to keep me on board, despite the non-achievement of my targets. I feel like he never took into consideration my results and based his judgement and appreciation on my integrity and honesty. This is something that I consider as really important and extremely uncommon in this industry, and that was driving Sushovan way of doing business and approaching life.

Even today, there is no project, no business I am working on, no management decision that I take without thinking about what Sushovan would think about it.

Despite my poor English, I could find more things to say and more way to express and illustrate Sushovan's good character, kindness, integrity and honesty. Those are only a few examples of all the things I could say.

Very truly yours,

Emmanuel Meriot

# EXHIBIT 112



Monday, May 21ˢᵗ 2018

Dear Judge Breyer,

I am writing to you with regards to Sushovan Hussain.

I have known Sushovan since 2009, when I took up a role at Autonomy as a graduate marketing executive, having graduated with a languages and literature degree from Cambridge University. Based in Autonomy's London office, I had the opportunity to work directly with the CEO and senior management, and therefore to get to know Sushovan. I continued to work with him as the investment company Invoke Capital was founded. Today, I work for the cyber security firm Darktrace.

Having worked with him for a number of years then, I know Sushovan as an incredibly hard-working person, a man of integrity and a warm and supportive colleague. In sharing my impressions and some anecdotes with you about Sushovan, I hope to give you a broader of picture of him.

As a junior member of staff when I met Sushovan, I was impressed not only by his competence and work ethic but also his willingness to engage in conversation with me in the office kitchen and explain topics that I had little understanding of. He was ready to explain, with pen and paper, a principle of finance or business practise, for example, and patient with my questions. I remember that he would often take calls while walking the corridors, so he was a fairly visible executive in the London office.

Working in a PR role, I was once asked to help write a short speech for Sushovan, to be used that same evening when he was to accept an industry award. I was excited to have this opportunity, and I remember that he complimented me on the opening line. This, and a small feature on him in the business pages of The Times newspaper, were the few occasions were Sushovan received public recognition for his work, which he never coveted.

Sushovan has a keen eye for detail and can be sceptical, often questioning what is presented to him. For example, he would not hesitate in correcting a figure or statement in a press release if he did not believe it to be accurate and would interrogate a request for a new purchase or budget until he was satisfied with the value being received. In my team, it was well-known that a very solid business case was required in order to obtain his approval. His attention to detail is also manifested in hiring new employees at all levels. He often reviews candidates' resumes personally and conducts his own research. I remember discussing a candidate that was suspected of lying in a detail in their resume, and hearing Sushovan's zero-tolerance attitude in respect of it.

As I have built my career, Sushovan has been a supportive business mentor. He believes in the potential of bright, hard-working young people and his work with Invoke Capital has seen

him help build many future leaders. He is particularly supportive of developing more women leaders in an industry where women are underrepresented, but always within the context of a meritocracy. When I asked his opinion of a new appointment to an Invoke portfolio company, Sushovan above all praised her willingness to learn, despite not having prior experience of her new position. Personally, I felt proud to have gained Sushovan's respect for my own capabilities, and recognition of my contributions, despite these being outside his direct area of expertise.

Perhaps not surprisingly for someone who built his career without family privileges or pre-existing professional connections, but on the basis of academic excellence, Sushovan takes a great interest in education. He would frequently ask new members of staff about their own universities, schools and studies, and took visible pride in discussing his daughters' educational achievements.

I know Sushovan to be a man whose family are the centre of his life, and I have met his wife and daughters several times. His younger daughter spent a day at the office once, aged about ten years old, and later on, his older daughter, Ayesha, did a short 'work experience' placement with the marketing team at Autonomy. Some years later, Sushovan was excited to share with work colleagues Ayesha's outstanding A level results and her admission to Durham University. I also remember being in the office when Sushovan's father passed away, when he was keen to ensure that the funeral followed in the cultural and religious tradition that would his father would have wanted. This involved him reprioritizing work commitments in order to quickly obtain a death certificate.

Sharing offices with Sushovan as he worked with Invoke Capital, I have also seen his sense of fun and his support for social activities at work. He encouraged a weekly cake-baking competition and would share photos of winning cakes. He also participated in a fundraising day towards the end of the year where staff had to wear a festive-themed sweater and make a charity donation. I know gardening was another interest, as he spoke of his vegetable garden and once brought into the office several bags of apples, the surplus produce from his garden.

Personally, I have enormous respect for a man who has come from inauspicious beginnings as an immigrant to the UK to build a successful career through sheer hard work and dedication. Confident in his abilities, he is yet a humble man. I remember him being jokingly ridiculed for his choice of holiday one year. He had chosen to take his family on a canal boat holiday in Wales, not the desert island paradise that one might imagine a successful businessman opting for.

Over the course of my career, Sushovan has been an example to follow in his work ethic and focus, a support as I have developed myself professionally, and a friendly presence in the office who has always taken an interest in my life outside work, as well as within it.

Yours faithfully,

Emily Orton

# EXHIBIT 113



6th June 2018

Hon. Charles R. Breyer
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

Dear Judge Breyer:

I have know Sushovan Hussain for about eighteen years, and worked closely
with him during his early years at Autonomy.

As co-founder of Autonomy, I was jointly responsible for meeting the goals of
company during its early years, and I am therefore intimately familiar with the
role he performed, in terms of meeting quarterly revenue targets for a high
profile public company. It is an extremely stressful and demanding role, which
he performed with incredible dedication, passion and hard work. After I moved
to a non-executive role in 2003, I interacted with Sushovan frequently as a
member of Autonomy's board of directors, and in all those interactions, which
continued until the Hewlett Packard acquisition in 2011, he continued to
perform his role in the same dedicated manner. In his working life, he is
someone who is extremely loyal, highly intelligent, highly motivated, and
passionate about his profession. As a qualified accountant, he took his
professional responsibilities very seriously, and was a great help to my wife (a
qualified accountant, but much less enthusiastic about being so) in extolling
the benefits of the profession.

He worked extremely hard throughout his tenure at Autonomy, and while his
remuneration was always at a level that one would expect for his role, I never
saw anything in his conduct that indicated a particular inclination towards
personal enrichment. For Sushovan, the achievement was always the
increased success of Autonomy.

In what little time he had available outside his work, I saw him as a dedicated
family man, interested only in the happiness of his family and the success of
his two daughters, who are similarly aged to my own children, and I have
been privileged to see his parenthood result in two fine young people.

At a personal level, I consider Sushovan to be a loyal friend, and one that I
could rely on if I or my family was ever in any kind of difficulty.

The situation he is currently in is obviously an extremely difficult and shocking one for him, particularly given his constructive engagement with the legal process which has been going on, his conduct obviously indicating his belief in his innocence. I really feel that in Sushovan, society has a person with special abilities and qualities, which would be of great benefit in any role he could perform, and truly hope that he will be able to continue to apply these abilities in the future.

Yours faithfully

Richard Gaunt

# EXHIBIT 114

Justin Fuga

█████████████
███████
████████████
███████

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA

June 10th 2018

Dear Judge Breyer,

I write to you concerning the recent trial United States v. Sushovan Hussain. This letter is intended to provide you and the court with a personal character reference which I hope will help as you consider sentencing.

I have known Sushovan Hussain on a professional basis since 2001. We both joined Autonomy in the same year. Based out of Cambridge, UK, at that time I was Technical Product Manager for the Autonomy portfolio, and later, between 2004 and 2011 I managed Autonomy's global training department.

During my tenure at Autonomy I would converse with Sushovan concerning customer training matters, mostly training budgets, requesting purchase order approvals for my department and hiring employees. I would describe Sushovan as a polite and considerate man who would always ask me how I was before getting down to business. Every time I put forward a financial proposal to Sushovan he would immediately review my request and further question the purpose of my proposal. This is something that I admire in Sushovan, who I believe is an extremely intelligent and astute individual with a strong eye for detail and a great negotiator. In the interests of the company, Sushovan would always insist that multiple competitive quotes were received from vendors before signing off an order.

Sushovan also impresses me with the boundless amounts of energy and drive that he possesses at work. He has an extremely industrious character, whereby he was commonly first in the office, he never walked slowly in the office, he always seemed to walk with a sense of purpose and he was often the last one to leave the office. Sushovan would also lead by example, although he delegated work to his team, you could tell that Sushovan worked just as hard as everyone else, if not more to achieve his objectives.

10 years my senior I also admire his energy levels outside work where he frequently runs 10km at a very competitive pace.

I also recall how good Sushovan was at remembering people's names and recalling facts about them. As the company grew in size over the years it was getting harder to remember everyone's names, but for Sushovan you could tell that he made a concerted effort to know people by their first names. Sushovan had an open door policy and was very much approachable by anybody or any level in the company.

Reflecting on my past experiences at Autonomy, I would describe the working culture as a meritocracy. I very much enjoyed working for a company that rewarded its employees based on hard work and contributions made to the business. I also greatly appreciate the opportunities and trust that was given to me during my employment at Autonomy. In my opinion much of this is down to Sushovan who made the effort to recognize the efforts of his employees.

I hope the above gives you at least some insight into the working life and character of Sushovan Hussain and the impression he has made on myself and others.

Sincerely,

Justin Fuga

# EXHIBIT 115



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
California  94102
United States of America

Dear Judge Breyer

I am writing a letter of character support for my kind and giving friend, Sushovan Hussein.

I first met Sushovan in early 2003.   We both joined the board of Autonomy at the same time in June 2003.  He as Finance Director and me as a non-executive director and chair of the audit committee.   It was a small business then but growing fast, and we worked diligently on governance and audit issues, ensuring approximately 90% of quarterly reported revenue were verified by the auditors in their quarterly review.  Sushovan worked tirelessly to support his team to ensure they succeeded together and individually.

I left the board in October 2004 to pursue other interests, particularly to assist establishing Blinkx Limited, a video search business and my own Bond Capital Partners small and mid-size investment fund business.

I have since kept a close friendship with Sushovan largely around football in the United Kingdom. Sushovan is a long time Arsenal fan and I am a long time Chelsea fan.  Our conversations involve a lot of banter of these two cross town rivals. We often invite each other to enjoy matches together.  More importantly, it has given me the opportunity to listen and discuss many issues of personal importance during these days out together.   I know Sushovan to be a person who is deeply interested in and supportive of others less fortunate than himself, and he has worked very hard at education and employment throughout his life.   Supporting his girls along with generous support for education charities to support girls' education at home and abroad.  He has bottomless enthusiasm for the success of others, and it is very infectious.

I have deep admiration and respect for my good friend, Sushovan.

Yours truly and sincerely

Mark W Opzoomer

# EXHIBIT 116

# Sean O'Connor

██████   ████████

June 12, 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Breyer,

I am writing to you about Sushovan Hussain.  I have known Sushovan for the past 9 years.  While we met first in a professional capacity, over the years we have also become personal friends.

I first met Sushovan in 2009.  It was well after work hours and he and I were among the last few people in the office. He approached me and introduced himself and we started talking.  I had just started at the company in a role that I had never performed before so I was understandably nervous about being approached by a senior executive.   I was immediately put at ease as he seemed genuinely interested about how my experience at the company had been thus far and how he could help me transition to my new role.  We continued to speak over the next few months, with him checking in on me to see how things were going.  He was extremely generous with his time throughout my tenure with the company, always willing to help or available to bounce ideas off of regardless of the 5 hour time difference between us.  This pattern continued when we later worked together at a different company  as he always made a point of making himself available at anytime of the day to help.

As I mentioned, over the years, Sushovan and I also became friends.  We met socially many times in both the UK and the US.  He was gracious enough to invite me to be his guest at the Oxford and Cambridge Club on multiple occasions.  During one of those visits, I also had the pleasure of meeting his wife, Tracy, for the first time.  We discussed his love of soccer, he and my wife's love of running and shared stories about our families (including Tracy sharing some embarrassing stories about him and their first date).  As his daughters were older than mine, he offered humorous anecdotes for surviving them when they were young.  It was clear throughout the conversations how important his family was to him and how much he missed them when they were away at school.

Respectfully,

Sean O'Connor

# EXHIBIT 117

Matthew Dunn

11 June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I apologise for this unsolicited letter. I am writing to you in order to make a few comments regarding the character of someone who I have known for nearly fifteen years, Sushovan Hussain. I am doing so in the hope you will take these into consideration in the coming weeks.

I first met Sushovan when I was employed, briefly, at Autonomy Systems in 2004 in Cambridge, UK. I was employed as a Systems Administrator, I believe Sushovan was the Chief Financial Officer at the time. It could readily be supposed that because of the relative separation of these roles, both in terms of seniority and sector, that we might never meet. This was not the case with Sushovan.

Rather than the aloof executive, I discovered an open man with a warm humour. In other institutions, considering the position in which I started, I would not expect to ever meet senior level staff, but Sushovan took the time to come over and introduce himself and engage me in conversation. It is these small touches of welcome familiarity that have enabled so many people to seek his advice and counsel in matters both professional and personal.

In the intervening years our paths have occasionally met. Sushovan's advice has been invaluable. I have directly sought it many times, but more commonly, I have picked it up simply by watching his interaction with others, the logic he applies to situations and seeing the effects of his efforts on others. I have had few opportunities to return the favour, however I was delighted when he asked me to talk to one of his daughters about possible career paths in mathematics and technology. I recall an afternoon where I took her on a tour of all the possibilities of working in a host of technological fields. It was clear he was very proud of his children, and I was very proud that he had asked me to help.

This may seem a trivial fact, but to me, I find it incredible that I should have gained so much benefit from someone with whom I have I never been a direct colleague. It stands as credit to his willingness to cross boundaries to help others.

I find it is in the subtle kindness of our actions to others, and the gentle bonhomie of colleagues and friends, the fostering attitude to those with less experience, and the willingness of learn from those with more that makes society function for the better. Sushovan exemplifies all these characteristics.

Since I first met Sushovan, I have been lucky enough to be in a position to hire many technical people on both sides of the Atlantic, often young college and university graduates. When I can, I will approach each and every one, regardless of the position they are employed in, shake their hand and spend some time asking them about themselves. I got that from Sushovan Hussain.

I know Sushovan as an intellectual. I know him as a loving husband and father. I know him as a mentor. I know him as diligently pursuing arguments of logic to arrive at sensible and fair conclusions. I know him as a keen gardener, a lover of poetry and chess. In short, I know him as a good man, and a good friend.

I do not recognize the picture of the man as portrayed by the press.


Yours sincerely,

Matthew Dunn

# EXHIBIT 118

Jeff Cornelius

███████████████

June 18, 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94105

Dear Judge Breyer:

I am writing today to share my thoughts and experiences with Mr. Sushovan Hussain over the past ~17 years. I began work at Autonomy in December of 1999. At the time, the organization was quite small and we all knew each other quite well. Shortly after I started, I met Sushovan for the first time. From our first meeting, I knew there existed a wealth of knowledge and experience from which I could greatly benefit. Soon after finishing graduate school, I took a job with a small merchandising company without much direction or interest from the executives in helping grow leaders. In stark juxtaposition, I found the experience at Autonomy and specifically, the executive team, quite refreshing. From my first meeting with Sushovan, I could tell there was an interest in facilitating growth and helping others achieve their highest potential.

I believe the environment at Autonomy was fueled by the drive for excellence and performance exemplified by the executive leadership team. In fact, I do not believe the environment was ideal for everyone. Often times, those who preferred to 'take the easy road' fell by the wayside and eventually departed. Those that wanted to learn and do the best, be the best and achieve the best, these were the ones who rose to the top under this leadership. Many members of my family have served in the US Military and I liken the drive and determination Sushovan imparted at Autonomy to what I've seen from my family who serve: respect, honesty, integrity, commitment and dedication to the task, meticulous planning and flawless execution. These are a few of the things brought into laser focus under Sushovan's guidance and direction. I was very fortunate to work directly with Sushovan during my tenure at Autonomy. In every engagement, every customer meeting, every internal call, Sushovan exemplified the honesty, integrity and professionalism that helped me achieve not only my personal goals, but also those of the company.

I was fortunate enough to watch and learn from Sushovan for many years, but I also witnessed his generosity first hand and learned a great deal from his approach to helping others grow, those who, with hard work and determination, achieved personal and professional goals they set for themselves. His coaching and counsel proved invaluable on any number of

projects I engaged during my tenure at Autonomy, so much so that for many years, I achieved my highest potential while contributing significantly to company performance and growth. This experience was exceptionally rewarding for me and fueled a desire and drive to continue to strive to be my best. There were many colleagues who experienced similar coaching and leadership from Sushovan who have also gone on to lead organizations and achieve great milestones.

Upon leaving HP, I took on a role of Chief Commercial Officer at a company funded by a consortium of several Tier 1 banking institutions. Rising to the task of a C-Level position is a direct result of the leadership exemplified by Sushovan. Without this coaching and leadership, I'm quite confident I would not be where I am today, professionally. Not only am I grateful for the generosity of effort and spirit Sushovan has shown me over the years, but he is very affectionately known by my family as well. My father, who was Chief Operating Officer for a Fortune 100 company, constantly asks me how "Sush" is doing and asks me to 'give him my best' (knowing what an impact Sushovan has had on my life).

I simply thought you should know how positively Sushovan has impacted my life as well as the lives of so many who have had the pleasure of knowing him. I hold him in the highest regard, respect him greatly and am honored to have worked with him for so many years.

Respectfully,

Jeffrey S. Cornelius

Jeff Cornelius

# EXHIBIT 119

# Alastair Martin



3rd June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer:

I have known Sushovan Hussain since 2004. I had just joined Autonomy as a graduate Technical Consultant. What first struck me about Sushovan, was his genuine interest in all employees, regardless of level, and his approachability. He treated everyone equally, whether they had just graduated, or had been working for 20 years. He had a strong belief in everyone's ability, and this made you believe in yourself.

After being at Autonomy for 2 years, he assisted in promoting me to manage a regional team. In this role, I worked closer with the sales leadership, including Sushovan. Through this, I got to see first hard, the dedication and great work ethic that Sushovan has. He had the ability to recount small details on the projects you would be working on. At the time, I remember being amazed at how he was able to recall such details. This made you feel important, and part of the team, that he would remember what you were doing.

Sushovan's passion and energy are second to none. This passion was evident not only at work, but in his family life. In the fourteen years that I have known him, I have had the pleasure of seeing his children grow from primary school, right up to University. Sushovan's family always comes first, and I know he is immensely proud of his daughters. I found this a great quality in him.

There is a short conversation we had many years ago that always stuck in my mind. One morning he asked how I was, and I said not bad. A fairly standard response. But he said to me, Al, you need to be more positive than that. You should be good, and not just, "not bad". Since that, I have always been conscious never to use not bad. I wanted to share Sushovan's positive outlook on life.

Over the years I have grown to class Sushovan as both a mentor and a friend. He would bring me with him to meet with key clients and would value my opinion. He would trust in me to get the job done, at a time when I was still relatively early in my career. This helped me grow as an individual. As part of this, he took the time to get to know me. He is a keen runner and I am a keen cyclist. We'd often talk about recent events we had taken part in. We would also often attend soccer matches at Arsenal football club in London, who is he a passionate supporter of. We would grab a cheap fast food dinner before the match and a beer after. This was great fun and reminded me that outside of the hard working Sushovan was a normal guy who liked to enjoy life, without extravagance.

When I knew that Sushovan was investing in a new venture with Darktrace, I didn't hesitate to get involved. For me, the people that you work with can make or break work, and he most definitely made it. I would gladly follow him to any new company as I have the greatest trust and respect for him.

Sincerely,

Alastair Martin

# EXHIBIT 120



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

12th June 2018

Dear Judge Breyer,

### RE: Sushovan Hussain

Firstly, I would like to thank you for this opportunity to write a few words about Sushovan Hussain, whom I have had the privilege of knowing since 2003.

I first met Sushovan in the offices of Autonomy, he had recently joined the company as CFO and at the time I worked as the Head of Sales for a sister venture, NCorp Ltd. Having exchanged introductory pleasantries, Sushovan went on to ask about how NCorp was performing and how I saw the business developing. This conversation, whilst it took place some fifteen years ago has always remained with me as I wasn't expecting Sushovan, knowing how busy he was, to spend the time talking with me and taking a genuine interest in something with which he was not connected.

Then in 2004, I had the opportunity to join Autonomy UK in a sales and account management role. This of course brought me into closer contact with Sushovan and my observations of that first conversation with him were confirmed in that I found him to be genuinely interested in the work I was doing, the progress I was making and anything he could do to help me. Having worked for several other organisations, I know this to not be the norm. Usually I wouldn't expect to see the C level executives on a day-to-day basis, nevermind have them ask me if there is anything they can do to help.

This to me sums-up Sushovan's character. He is someone who has boundless energy, enthusiasm, dedication and generosity, not only to the company he has served, but also to its employees and customers. Even when we had been unsuccessful in bidding for business and I would be feeling quite deflated about all the work invested in the opportunity which had failed to bear fruit, a conversation with Sushovan would always make me feel much better and help to re-energise me ready for the next opportunity. His optimism and desire to understand even the minutest of details would always spur me on to think about why I had been unsuccessful on that occasion and what I needed

1

to change to do better next time. In this way, I feel I have been able to become more successful as my career has progressed, which is something I feel I directly owe a debt of thanks to Sushovan for. Indeed, over the years I believe some of the qualities of Sushovan's character have rubbed-off on me and I consider myself to be a much better person for it.

Whilst a lot of my interaction with Sushovan was in the work setting, I have also had the opportunity and privilege of meeting and talking with his wife Tracey and their daughters on a number of occasions.

If anyone who didn't really know Sushovan thought that he was solely motivated by work then I would have to say they couldn't be further from the truth. Having had the opportunity to see Sushovan together with his family, I have absolutely no doubt that his energy, enthusiasm and joie de vivre are even stronger when together with Tracey and their daughters. Clearly, Sushovan undertakes his responsibilities as a husband and father with all the qualities that he displays in the workplace. His strong and stable family, despite all the time he has spent away from home executing his very demanding role, is testament to his dedication and loyalty to them, something for which I have an unending admiration.

To draw my thoughts on Sushovan to a conclusion, having had the privilege of working with him and getting to know him over the course of fifteen years as a mentor, colleague and friend; I have huge respect and admiration for him as a leader, a father, husband and simply a good man. For most people, me included, to be even half the person he is would indeed be an achievement.

Yours sincerely,

Martin Blackburn.

2

# EXHIBIT 121

June 15, 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer:

I am writing to provide background on Sushovan Hussain, and my experience that I hope you will find helpful.

I have known Sushovan since 2008, when I met him after joining Autonomy. Over the course of the next several years, aside from typical work-related meetings and encounters, our respective travel obligations often took us to common cities, where we would often meet for meals. It was really in those less formal settings that I became to understand a more personal side.

Hearing Sushovan talk about his early childhood, and immigration to the UK and living under very modest conditions, reminded me of my family's experiences coming to the US. My father grew up in a small village in northern Greece, and survived Nazi occupation and atrocities, prior to coming to the US. When he immigrated after the Greek Civil War, he knew almost no English, and yet completed High School while working in a steel mill in Pennsylvania.

My Mom's family had immigrated to the US earlier, but were also of very modest means. My grandmothers had never completed more than the equivalent of 6th grade; my grandfather's high school. After service in the U.S. Army, my father went on to get a PhD from the University of Michigan; which allowed all of us an opportunity through education. And yet it was my grandmother that admonished all of us that "education is the one thing nobody can take away from you." As someone deprived of the opportunity for a real education, largely because of her gender and needing to help care for her family, it might be the most profound lesson I have ever learned. I took it seriously, and have been blessed to have gone to graduate school and then law school; working my way throughout as I knew no other way given my family's mores.

And it is with the lesson from my grandmother that more personal conversations would generally return when I was with Sushovan; to our daughters. During the period we were spending regular time together, I was going through a very difficult divorce, and my daughter's education and well-being were always on my mind. His daughters were a bit older, and we would often talk about their experience, what they were doing in school, and just general issues any father would face. Equally important was that Sushovan (and others) always supported any trip I had to make back to Chicago, <u>from anywhere,</u> to keep a schedule with my daughter.

It had been nearly 5 years since I had talked with Sushovan after our professional paths diverged. But I recently spent time with him after what would be a clearly difficult period for any person. And yet, our conversation quickly returned to our daughters. And how even with everything he has faced, he talked about a decision early on that getting upset, or angry, or frustrated; did not help his daughters, his family, or his friends.

I am sure you have otherwise heard of the charitable work that Sushovan has undertaken in the UK, and with the school in Bangladesh. Those are great endeavours that highlight Sushovan's commitment to share in his success with the less fortunate; especially young women in their education. But perhaps it was those personal discussions about his daughters, his sincere concern for their well-being, and those of my daughter who he has never met, are what I can best convey.

Respectfully,

George T. Tziahanas

# EXHIBIT 122

Cambridge, England

Hon Charles R Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102                                    3 June 2018

Dear Judge Breyer

I became properly acquainted with Sushovan Hussain after I joined Autonomy in 2005.  Prior to that time I had had some cursory dealings with him but had not got to know him as a person. I find when you work in a team on a project you begin to get to know someone better.  This was the case when I was part of the team working on a major acquisition by the company. Sushovan drove the deal and was instrumental in co-ordinating the various teams of workers. While I was not a member of his department, I did find that he encouraged participation and provided guidance to ensure he got the best results out of his staff and thus for the company.  He was very open to discussion and ideas and always liked to ensure everyone understood the big picture and where they fitted into the process.  I very much appreciated how he included me within the process and the opportunities it provided.

After this acquisition, I worked on a number of projects in which Sushovan was involved. These tended to be assignments that crossed the boundaries of different departments.  He was very supportive and provided advice as needed. This culminated with the demerger of an element of the business.  He worked tirelessly with the team to guide everyone through the process and prepare them for the road ahead as a separate entity.  I appreciated all the support he provided and his willingness to give his time to assist everyone.  The demerger resulted in me leaving Autonomy in 2007.

Sushovan has always been a dedicated, very hard working executive who was very supportive of the people that worked with him.  He always focused on what he believed was in the best interest of the company.

Yours sincerely

Frances Smith

# EXHIBIT 123

Hon. Charles R. Breyer
United States District Court for the Northern District of California 450
Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,
My name is Marco Antonio Zanchini, I have worked for Autonomy from 1999, when with four other colleagues I was hired to open Italian operations in Milan - Italy, to October 2013.
I covered a technical role in the Italian market.
Mr. Sushovan Hussain joined Autonomy in 2001.
As the years went by and my experience grew I was asked to manage big projects and it is while working on these that I got to know Mr. Hussain better both on a professional level and a personal one.
The few times I met him we had frank and open conversations on business and non-business matters.
Mr. Hussain has shown interest in my personal life, what my children were up to and how I was coping with them, I'm divorced, as I was always traveling.
It was Mr. Hussain that asked me if I wanted to have another interesting work experience as he trusted me the right person for this job and this is why I left HP for Darktrace.
I started off Italian operations and after having spent a year in Italy I asked if I could relocate to England.
Mr. Hussain approved my request so that I could fulfill my desire to be where the product was developed and also allow my wife to be closer to her aging parents.
Mr. Hussain has, it is my belief, always been attentive to what I did and achieved working for him because when at the various social occasions we were together he seemed to know about my performances already.
This year I asked to change job role, the line manager I applied to for this new role said he had to speak also to Mr. Hussain if he was 'ok with it', he got a positive answer and I am now doing something different and more fulfilling.
Mr. Hussain has helped me once again, as he is keen on retaining people that are good performers in the company.
I recall meeting him in the office, one day, and he asked how my daughter was doing with her studies, I have to be clear that he never met her, I told him about what she was studying at university.
He immediately said that she should come to England and not bother wasting time in Italy because it is in England that she can achieve her potential in the subject she has chosen.
I believe that Mr. Hussain has helped me very much in my career even if he was, as we say in Italian, 'behind the scenes'.
Hope this helps
Your sincerely

# EXHIBIT 124

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

I have known Sushovan for several years. As a former Autonomy employee, I was honoured to be invited to follow the management team and help set up Invoke Capital and its various portfolio companies, such as Darktrace and Luminance. Even though I have now moved on from Invoke Capital I still feel compelled to write on behalf of his character and comment on my own interactions and relationship with Sushovan.

Generally, our very different roles meant that we didn't often work together on a day-to-day basis, but I have always found Sushovan to be energetic, positive and encouraging. Despite our different roles he has always been very supportive and kind to me.

Sushovan has always openly shown his pride in the success of his colleagues and I believe he is very proud of the portfolio company's achievements. Darktrace is a huge success story for the UK tech industry and for UK employment, Sushovan has been instrumental to its success and growth into a global brand.

Sushovan has always made an effort to engage with members of staff, including the graduate new starters especially within the marketing and sales teams, making them feel welcome and again very keen to reward their successes.

There have been a few interactions with Sushovan (besides the odd drink at a bar) that I feel are worth of note. Over the years Sushovan and the management team have hosted an annual 'Sales Kick Off' event. These huge events would feature content in the form of skits (send ups) made internally and featured members of staff. Sushovan showed his complete devotion to entertaining the staff and that he was a good sport by appearing in these skits - perhaps even at the expense of his seniority and pride.

During the Sales Kick Off company dinner, Sushovan gave a very personal speech where he thanked me for all my work on the event and its content.

Sushovan and the management were always very keen to reward staff, and as a thank you for their hard work we'd often spend a weekend together as a team in European city to celebrate Christmas, paid for by the company. This proved to be a great way for the various teams to bond and the company to come together.

Even though we didn't work together closely, I know that Sushovan built many meaningful and strong relationships with dozens of other individuals within the company.

Sushovan is also a very proud father, in fact I've had the honour of getting to know one of his daughters while she interned with us on two occasions. Shushovan and his wife Tracey (who I've also had the pleasure of meeting on several occasions) have raised a very caring, intelligent and hard-working young woman.

Yours sincerely

Ben Wheeler

29th July 2018

# EXHIBIT 125



7th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I write to you in consideration of and support for Sushovan Hussain, who has recently been before your court, in the hope of providing useful background information into the man himself.

My association with Sushovan can be dated back to February 2009 when, after completing my PhD in Machine Intelligence at the University of Cambridge, I joined the technical team at Autonomy. As a graduate employee, I did not immediately interact with Sushovan, but I quickly became aware of his reputation as an individual with an incredible passion for his job, who seemed to work all the hours that God had sent and had an unerring eye for detail.

As I rose through the ranks at the company, our paths did occasionally cross but it wasn't until I joined the Invoke team in 2012 that I began to personally interact with him. It quickly became apparent that the reputation that had preceded him was both fair and accurate.

With the support of Sushovan and the rest of the Invoke partners, I helped to found first Neurence Ltd and more latterly Luminance Technologies Ltd. As Chief Technical Officer for each of these companies, I have worked closely with Sushovan and his guidance and wisdom, both in business and in life, has been inspiring. I have also been present through his guidance and education of other, which has surely contributed to the existence and growth of these companies, as well as others within the Invoke group which collectively employ hundreds of the brightest minds around. Through all of these experiences, his passion and his work ethic have shone through as whatever the scenario, no-one has worked harder, with more dedication or with more focus than he has: a true role model.

I hope that you find that the above information proves itself useful in highlighting the impression Sushovan has had on both my and number of my colleagues' lives.

Yours sincerely

James Loxam

# EXHIBIT 126

Mrs Nicole Lee – Christie





Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

My name is Nicole Lee – Christie and I have had the privilege of knowing Sushovan Hussain for over seventeen years. I regard Sushovan very highly & from my personal experience I consider him to be a man of integrity who treated his colleagues and employees with the utmost kindness & impartiality.

I worked for Sushovan at Autonomy & during my time I was aware of how he cared for the wellbeing of the employees in the company in taking an interest in their lives and in offering encouragement.

I have always enjoyed having the opportunity to speak with Sushovan about his interest in nature, bees and the properties of natural honey and he has shown a great interest in my hobby related to beekeeping. He is very knowledgeable about bees and the benefits of organic gardening and he would often bring some of his produce into the office for us to share and enjoy.

Sushovan has made a very positive impact on the lives of many people & has showed great kindness towards my daughter who at the time was seven years old by allowing her to accompany me on a trip of which I shall always be most grateful.

Sincerely yours,

Nicole Lee – Christie

# EXHIBIT 127



Hon. Charles R. Breyer
United States District Court for the Northern District of California 450 Golden Gate Avenue
San Francisco CA 94102


Dear Judge Breyer,

Re; Sushovan Hussain

Following a long career in business, (which led me to become the European MD for Yahoo!
Inc, post my role as the first UK MD for Yahoo!, a tenure lasting from 1999 through to 2004),
my career took a plural route. Non-Exec Directorships for a number of FTSE quoted
companies and charitable organisations, plus a move to Suffolk, UK, led me to meeting Dr
Mike Lynch, the founder of Autonomy PLC. Mike asked me to consider launching a new
technological development; augmented reality. The company had been developed in his
Autonomy lab and was being prepared for introduction to the market, the company was
called Aurasma and was the most inspiring technological development I had seen since the
launch of the internet. I joined the Autonomy team in 2011 , as MD of Aurasma, which led
me to work closely with Sushovan.

When Autonomy was acquired by HP, Aurasma was included in the sale and I worked for HP
until Mike and Sushovan left and subsequently formed Invoke Capital. Launching Aurasma
under the stewardship of Autonomy and specifically working with Mike and Sushovan was
one of the most inspiring and exciting opportunities in my career. Unfortunately HP didn't
share the vision created for Aurasma and the 10,000 commercial partners we acquired in 10
months began to stagnate and we became mired in internal politics, which in turn was
demoralising and led to my decision to leave in 2012.

Later that year, Mike and Sushovan introduced me to one of their life-long Cambridge
friends, Professor Bill Fitzgerald. Bill was Head of Signal Processing and Applied Statistics, in
Cambridge's Engineering Department. Bill was one of the world's major contributors to the
field of machine learning, had created a company to fund his PhD students – Featurespace
and I was offered the privileged role of "assisting Featurespace's fundamental technology to
become a commercial success". At that time machine learning was still firmly in academia,
predictive analytics was nascent and I had no idea if or how we could find a significant
commercial problem to solve, with a technology very few people had heard of; adaptive
behavioural analytics. Subsequently Bill died of a brain tumour in 2014, both Mike and
Sushovan were supportive to Bill and his family though his illness. Bill asked me to help to

make his company as "commercially successful as he was academically", I knew he was asking me to build value in his estate in order to support his wife, three sons and their families and this has been my mission since.

Featurespace has become one of the worlds most widely recognised anti-fraud technologies. We are protecting companies and their customers from modern-day fraud attacks, especially in the payment processing sector. But our journey has been precarious and the responsibility considerable. We would not have reached our market leading position without Sushovan's counsel.

When I joined Featurespace Sushovan attended every board meeting, he would work personally with me and our Financial Controller ahead of the meetings to make sure we were well prepared and ready to operate at the highest standard. Sushovan was willing to share his experience and showed me how to build a technology business. Sushovan taught me many lessons, taking the time to ensure that I had understood the best way forward and in all of our interactions I found him to be open hearted, honest and, morally motivated to achieve the best outcome. Sushovan holds no shares in Featurespace, nor was he remunerated for his board role, his motivation to help us, along with the time he dedicated to our company was fully selfless.

In my early days at Featurespace I had hoped that Invoke Capital would buy the company and then I would be able to work with Mike and Sushovan directly again. Sushovan informed me that he didn't share the existing investors' valuation of the company and would not be investing however if we were able to build value he would re-evaluate his decision.

Sushovan's work ethic and intellect are incredibly rare, it certainly helps to have personal confidence when working with him because few are his equal. Once a decision has been taken Sushovan is clear and honest in the communication of the decision however he always displayed great empathy and care when he knew his decision might not be what I hoped to hear.

In 2017 I embarked on a new funding round and Sushovan asked to see me, he put me through my paces and although I'm sure there were a few answers not quite up to scratch, the earlier lessons he had taught me were enough to convince him that the company was now worthy of Invoke's funds. Invoke Capital invested $1m in our £16.5m round (we have raised £28m since our inception) and makes Featurespace one of a select few companies to hit Invoke Capital's high investment benchmark. I respected Sushovan's original investment decision and know that he has only supported the most recent decision to invest due to market fit and the strong commercial progress of our company.

Of all privately held investment funds, of the companies on the receiving end of the investment, only 2% are run by women. Sushovan and Mike have worked to recruit and train the best people to achieve the best possible outcome, they don't see colour, class or creed and I rapturously applaud their leadership in supporting cultural diversity.

Although my relationship with Sushovan has been purely professional, I have met his wife Tracie and know how dedicated he is to his family. When Aurasma was part of Autonomy I hired Sushovan's daughter Ayesha into a summer internship. His daughter shares his high moral values, work ethic and intellect. Ayesha was a joy to have on our team, her ability to over achieve on all goals was inspiring of one so young. She also spoke fondly of their loving home and Dad would quietly check in with me to find out how she was doing. When I told him that she was a "chip off the block" I could see his love of his daughter in his eyes and he was brimming with joy that she was more than capable of being a success in the world. When not discussing business Sushovan and I would talk about our families, sharing stories of the trials and tribulations of parenting.

Sushovan's interest, personal support and leadership have been of pivotal importance to the success of Featurespace and through his involvement we have a great chance of reaching Bill's ambitious goal for his company.

Yours Sincerely,
Martin Kip.
June 18th 2018

# EXHIBIT 128

**Hon. Charles R. Breyer**
**United States District Court for the Northern District of California**
**450 Golden Gate Avenue**
**San Francisco CA 94102**

11 June 2018

Dear Judge Breyer,

**Re: Sushovan Hussain**

I write this letter in support of Sushovan Hussain, my former employer and work colleague.

I met Sushovan in February 2016 when I was employed as an Office Assistant in the London office. I remember distinctly the warm welcome I received from him and how supportive he was despite knowing I had no previous experience in office work.

Sushovan was not only my boss but also a wonderful, kind work colleague. Knowing I was a single parent and a Polish immigrant he would regularly check on me and always ask if I needed any help. He would often say, *'Let me know if you needed any help, we are here to help'*.
Sush is a very inspiring figure to me. He made me believe in myself by giving examples of his professional achievements and in his personal life which were invaluable. Despite his successful career he always remained friendly and approachable towards me.

After the "Brexit" referendum in June 2016 there was a racial attack on POSK (a Polish Community Club) in Hammersmith, west London.  That day he came up to me unprompted and asked if I was ok and whether I needed anything. He also said he was sorry about the referendum as he knew my son and I did not hold British passports and knew how anxious I was feeling about the consequences Brexit may bring on us. I deeply believe during the years of my employment we created a real friendship with Sushovan.

Sush and I both share passion for cooking and gardening and would swap recipes and gardening tips. He was so kind he would bring fruit and veg from his garden he grew himself. Sushovan was also very supportive of charity events and would always encourage the office to take part, for example, the Christmas Jumper Day, even though he is Muslim himself.

It was a privilege to work for (and with) Sushovan and whatever small career success I go on to achieve in my life, the advice and guidance I received from him will have played a significant part in it. We all miss him very much.

Yours sincerely

**Marta Jederko**

# EXHIBIT 129

Darktrace
1-3 The Strand
London
WC2N 5EJ
UK

14th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

I am writing this letter to you in support of Sushovan Hussein. My objective is to provide you with evidence of my personal experience, thoughts and views regarding Sushovan's character, which may hopefully assist with building a more complete view of him than is currently understood.

I am a former British Government employee of 20 years. My role involved working in an environment that required a high level of integrity, honesty and trust. During that time, I served the UK to protect National Security and public Safety; I have strong values and working for the UK Government fitted with my beliefs. I left Government service with the primary purpose of broadening my working experience through development in a commercial environment. This was balanced with a strong philosophy of promoting the use of technology as an enabler, to support and drive change in an ever connected world.

I am one of the founding team of Darktrace, a Cyber Defence Software company. As a result, I have known Sushovan for about 5 years. I only really know Sushovan in a business context although we have also both attended some infrequent work social events. I have also met some of Sushovans's family through work and have found them very personable and genuine, appearing to be a happy family unit.

Before leaving Government employment, my exposure to the commercial world had been limited. Being one of the partners of Invoke Capital, the primary investor in Darktrace, Sushovan has been a key person involved in Darktrace's success, giving guidance and direction on how the company was created and developed. I have observed Sushovan providing personal guidance to a variety of people, to help and nurture their business and sales acumen.

During my time at Darktrace, Sushovan has played a significant role in guiding me through a range of commercial engagements. He also provided me with direction on how to present Darktrace's messaging, capabilities and market positioning. I consider his guidance to have

been significant in my professional development. I believe he has given me a perspective on the commercial world that I would not have had without his input.

I have also had the opportunity to observe Sushovan's infectious enthusiasm and drive, which without a doubt, is something that motivates a group of people in a business environment. He has a never-ending supply of energy in both physical terms (an avid runner) and in ensuring that business opportunities are not missed, dropped or lost. This drive and ethos still propagates through Darktrace as a business.

I believe that over the period that I have known Sushovan, I have met many of my initial professional development goals, which have in turn shaped my perspective of the business world, with new associated values and beliefs that accompany it. Without a doubt, Sushovan's presence has impacted this over the last five years.


Yours sincerely


John Richardson

# EXHIBIT 130

Suzanne Howarth



8th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Ave
San Francisco
CA94102

Dear Judge, Breyer,

Please accept this letter of support for Sushovan Hussain.

My name is Suzanne Howarth I am a mother of 3 and grandmother of 7, I first met Sushovan and his family at a garden party in Suffolk in 1998 at the home of a mutual friend and over the next few years met at other parties and a wedding.

In 2001 Sushovan joined Autonomy as CFO, I had been employed at Autonomy since 1997, Sushovan joined and soon became a very highly respected and liked Manager he always had an open-door policy and would engage in conversation with anyone who wanted guidance or just a chat he is an avid football fan of Arsenal football club and so debated this often with other fans from other teams, he also liked a good gossip. He also showed a great deal of kindness and empathy to those that had problems e.g. sick relatives.

I remember in the summer of 2003 my family and Sushovan's happened to be in San Francisco at the same time and Sushovan asked if my 2 teenage daughters would look after his young daughters Ayisha and Zara as they knew them, so he and Tracie could go out to dinner up on his return he gave both my daughters $50 each a very generous amount that made to young ladies very happy this is the sort of generous, kind man Sushovan is.

I have the upmost respect for Sushovan both personally and professionally.

Yours faithfully,

Suzanne Howarth (Mrs)

# EXHIBIT 131



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

June 11, 2018


Dear Judge Breyer,

I am writing on behalf of Mr Sushovan Hussain whom I have known as my employer for thirteen years.

I first met Sushovan in 2005 when I applied for the role of Financial Controller at Autonomy Systems Limited, he immediately drew me to the company with his enthusiasm and energy. During the years I have worked with Sushovan he has always been open and straightforward with myself and the team and has always been supportive of individuals development. In particular Sushovan has encouraged the junior staff to study and take on professional qualifications whilst providing opportunities for growth within the company.

With his encouragement several members of my team, and colleagues have moved into senior positions, of particular note, female colleagues have been promoted to senior positions with equal opportunity and reward as male colleagues.

Sushovan has encouraged and nurtured talented staff to achieve their full potential regardless of background or gender; his enthusiasm and open approach has inspired several junior staff to take on new roles and develop careers.

Sushovan has always been open and honest with me and has helped me improve my confidence and grow as a person within my work, he is approachable and supportive and brings a sense of fair play in the office which creates an atmosphere where staff can grow into their best selves. I am honoured to have worked with Sushovan over the past 13 years and count him as one of the most influential people in my life.

Yours truly,

Lisa Harris

# EXHIBIT 132

# David John Palmer

For the attention of:
Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

12th June 2018

Dear Judge Breyer,

I'm writing to you with a letter of support for Mr Sushovan Hussain.

I am currently a member of the executive team at a company called Darktrace. My role here is as a technical expert on cyber security and I am one of the company founders and inventors. Previous to this I was a career Intelligence and Counter-Terror Officer at the UK's GCHQ and MI5 agencies, and after 13 years left as a senior leader in both cyber-defence and cyber-operations following the successful and peaceful conclusion of the London Olympics held in 2012.

I have known Sushovan for 7 years. He was instrumental in enabling a team of data experts at Autonomy to support my Government expert teams in building data processing solutions that were vital in safeguarding the UK before, during, and after, the London Olympics. I specifically recall that his motivations were not revenue generating, but wanting to make sure that I had the support I needed to build the processes and capabilities that MI5 needed at this critical time in its history.

Following my departure from Government, along with several other close colleagues, it was natural for us to want to take advantage of Sushovan's advice and mentoring as we created the Darktrace company. This was a significant change for me in moving from the Government world I knew inside-out, into the private sector of which I had very little experience.

Whilst I was confident in our technology plans and aspirations, I didn't know how to market or sell a product, and the complex financial world of investors and fund-raising was completely opaque. Over the last 5 years Sushovan has been a

consistently available advisor who would take the time to answer calls, explain issues, act as a sounding board and would do so at any time no matter where he was in the world. Although the tech economy is often called a "community" I haven't found that many individuals that are prepared to consistently advise and support others for no personal gain, but Sushovan is foremost amongst those that do. From acquaintances and friends at other companies, I know Sushovan does this at large scale, not just for me and my colleagues.

I would also like to mention that Sushovan is well known here for bringing together people from all walks of life, often through the medium of soccer. He is an avid Arsenal fan and ticket holder and I have met many people that Sushovan has taken to games for the purposes of getting to know them and introducing them to others with different backgrounds. This is an example of Sushovan's strong core value in transcending out-of-date cultural norms. Regardless of your gender, sexuality, religious faith, race, nationality, or family wealth – Sushovan is relentlessly keen to hear your story and support you in whatever you want to achieve next.

Finally, and very personally for me, I'm grateful to Sushovan for being a strong advocate for family life in amongst a typically relentless industry. Over the last 5 years I have lived through the loss of many family members including the unexpected death of my Father. Not only did Sushovan act as compassionate sounding board for me, I know he went out of his way to advise others in my professional life to create a situation where others would carry the pressures of my role – and to ensure that this was a culture that endured in our (at the time) young, small, and striving company. To this day the company has become a lighthouse for supporting family life and advocates for initiatives like the support of Women and Diversity/Inclusion in tech.

I hope this conveys the regard in which many of us view Sushovan, and some of the good he brings to our world.


Best regards,

David John Palmer

# EXHIBIT 133



24ᵗʰ May 2018

Hon. Charles R. Breyer,
United States District Court for the Northern District of California,
450 Golden Gate Avenue,
San Francisco CA 94102

Dear Mr. Breyer,

I am writing to you about Sushovan Hussain, to share my experience of meeting him through the Invoke Capital team during my time as CEO of Luminance. The Invoke team provide invaluable advice and mentoring alongside their financial support of Luminance. Sushovan is one of their most trusted connections through their previous working relationships at Autonomy.

When I joined Luminance in June 2016, I had spent 20 years working in large technology businesses and felt very strongly that I wanted to build a new business from scratch, using everything I had learned along the way. Meeting the Invoke team at this point was a massive stroke of luck and I was very excited to be embarking on such an exciting adventure.

In my first week at Luminance Vanessa Colomar introduced me to Sushovan, as an expert on hiring and motivating the right kind of sales people to enable fast growth of a high technology business. We had coffee together, and his advice was typically straightforward and surprising. He advised me to hire fresh graduates who had played sport at university. It was his experience that this combination of enthusiasm and competitiveness would lead to success. Now that Luminance is a couple of years old and we have nearly 80 law firm customers thanks to our inspiring young sales force, I realise that this was not only sound advice, but a typical example of the particular talent that Sushovan possesses. He is able to sift through very complex situations and pick out the one thing that matters above all else. The simplicity of his advice belies a wealth of experience and a highly sophisticated understanding of the potential for growth in a business. His approach is refreshing, stripping away the trappings of a large, cumbersome organisation and taking everything back to first principles.

In a short space of time I have become very fond of Sushovan. As fellow parents of teenage girls we have shared tips on schools, homework and reading material. He introduced my youngest daughter to the joys of 'Percy Jackson' and she is now completely obsessed with these novels. I find him to be an extremely interesting, kind, highly energetic and perennially surprising person to be around. In social situations he is very good fun, and is equally happy discussing advanced mathematics or characters from the 1990s comic 'Viz'. On one memorable occasion a fellow dinner-guest decided to confront me rather aggressively over an issue, and it was Sushovan who jumped in to support me and smooth the situation over. I was very grateful to him, and touched that he took such an interest in fairness towards someone who at the time he only knew from a couple of short meetings.

I consider Sushovan Hussain to be a valued friend and source of inspiration and I am very grateful to have met him at this crucial stage in my career.

Yours sincerely,

Emily Foges, Chief Executive, Luminance Technologies

# EXHIBIT 134

June 10, 2018

The Honorable Charles R Breyer
United States District Court Judge
District Court of San Francisco
450 Golden Gate Ave
San Francisco, CA 94102

Regarding U.S. v. Hussain

Dear Judge Breyer

I have known Sushovan Hussain since 2005 and write this character reference letter to express my support. I first came to know Sushovan as a colleague and a dear friend whom I have developed a great deal of respect for as a businessman, father and human being. I consider Sushovan a close personal friend who lives his life with integrity, perseverance and kindness.

Sushovan values family and friendships very highly. On several occasions, I've had the opportunity to share a meal with Sushovan, his wife Tracie, and daughters Zara and Ayesha. He is so very proud of his daughters' academic achievements and is such an important mentor, guide and sounding board to them as they transition into adulthood. He has always taught them to be honest, fair and to live life with integrity. By spending time with them, I could always see the level of transparency and openness both girls have with their father.

Sushovan has also shared stories with me about his upbringing in Bangladesh where customs, traditions, food, and religion are all an important part of the culture. His parents had a restaurant and spent long hours of labor and ingenuity in the kitchen preparing traditional meals. According to Sushovan, Bengali people are perhaps the greatest food lovers on the Indian subcontinent and he had profound respect for his parents and their family restaurant.

In 2010, Sushovan's father passed away from lung cancer, not long after his diagnosis. As the eldest son, It was very important to Sushovan that he oversee and honor his father by following the precise religious ritual which called for the burial of his father's body within 24 hours of death. As Sushovan was overseas on business, this was no easy feat. He arrived back in England, and made all of the arrangements. The religious ceremony was very important to him, including acceptance of his father's body wrapped in a shroud, where Sushovan and other family members accepted the body while standing in a six foot deep grave. As I subsequently lost my own father, this family story from Sushovan held a lot of meaning to me.

As Sushovan goes through this trying time in his life, I remain as a source of support. Sushovan always strives to live as a good person, being there for his family. Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.

Respectfully,

Nicole Eagan

# EXHIBIT 135



18th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I am writing to you in connection with Sushovan Hussain.

My name is John Edward Dyer of ███████████████ and I have had a long and
successful career in sales spanning more than 30 years, working for leading organisations
including Jane's Information Group, Lloyd's of London Press, Cambridge Neurodynamics and
Autonomy Corporation.

It has been my good fortune to have known Sushovan Hussain since 2004.

Sushovan is a truly outstanding individual and for me this is clearly exemplified through his
remarkable and consistent levels of enthusiasm, focus and drive, such that I've rarely seen
during my career.

In my experience Sushovan genuinely impacts the people around him, I have witnessed on
many occasions Sushovan influence/positively inspire peers and colleagues for the better.

Sushovan has influenced my career, as all the best leaders naturally do. However, with
Sushovan, his whole persona has continued to inspire me to strive to be my best.

Sushovan always speaks passionately about his family and the importance of the work\life
balance. It is abundantly clear he is incredibly proud of his daughters, telling of their
achievements, and clearly nurturing them to be their best.

Aside from that, whether it's the passion for his beloved Football Team, Arsenal FC, or a
competition at work to see who could bake the best cake, Sushovan has left an indelible
mark in the lives of many, not least of which me.

Yours sincerely,

*John E. Dyer*

**John Edward Dyer**

# EXHIBIT 136

Mr Peter Packwood



To:
Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco - CA 94102

Dear Judge Breyer, my name is Peter Packwood and I am an employee of Darktrace Ltd. I have worked at Darktrace for 5 years and prior to that I was a government employee working for the Security Services.

My background consists of a 12 year career in the Army followed by over 25 years with the UK Security Services, often working closely with the NSA.

I moved to Darktrace in 2013 to work alongside a number of my ex-security colleagues after a recommendation from one of my previous managers who was an original founding member of the company. We were all excited to be working with a product that at the time was cutting edge and which has gone on to be a world leader in the field of AI Cyber Security.

One of my other reasons for joining Darktrace was to gain experience in the Business and Commercial practices that exist outside of government and in particular what the differences were in managing Contracts and Customer engagements. I had little or no exposure to this previously and having spoken with Sushovan about this aspiration in the early weeks of my tenure at Darktrace, he was only too happy to help me. In the years that I have known him he has been a mentor to me on many occasions and has always found time to listen and provide assistance whenever I approached him.

I have extensive experience in being part of, and managing, large teams of men and women during both my Army career and subsequent employment. In all that time I have met only a few people that I would consider to be natural managers and leaders. I am happy to say that Sushovan is one of those rare characters who appears to able to lead effortlessly and have people look up to him.

I believe that this due in no small way to his open and engaging personality, his ability to put himself in other people's shoes and to listen to other people's point of view. He is a great motivator, leading by example and doing all of it with a huge amount of enthusiasm.

While Sushovan and I do not meet often in a social setting, on the occasions that we have been together, I enjoyed my time with him immensely. We have shared many jokes, swapped anecdotes and experiences, and I'm happy to consider him a friend as well as a mentor and manager.

Yours sincerely

Peter Packwood

# EXHIBIT 137

Ms Kathryn Moore



14th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

_RE: Sushovan Hussain_

Dear Judge Breyer,

My name is Kathryn Moore, and I am writing this letter to you, in the hopes of providing you with some background information on the Sushovan Hussain that I have come to know.

I first met Sushovan back in 2014 as work colleagues. My first impression of him, was that he was a friendly and outgoing individual who always has a smile on his face. Meeting someone of Sushovan's standing is always a nerve-racking experience, but he is such an easy-going person that you are quickly put at ease.

Over the years I have found him to be very work focused. His enthusiasm for work is so very inspiring. He can motivate everyone within the team with his ideas and is the kind of person you enjoy listening to. Sushovan has everyone's best interests at heart and has encouraged me to try my best and work as hard as I can. As a result, I have improved my skills and continue to do so. He will offer his help where he can and to whom he can, to provide everyone with the best chance they have at succeeding. There have been a few times where I have needed his help, and he has always gone above and beyond to provide me with all the help he can give at that time.

It is not all hard work, and Sushovan is happy to stop and have a chat with anyone. He has such a friendly persona and is so easy to get on. He will always get everyone involved where he can and has become a very respected member of the company.

Sushovan has gone from a colleague to someone I would happily call a friend.

Yours Sincerely,

_Moore._

Kathryn Moore

# EXHIBIT 138

Colm Doyle



6/20/2018

Hon. Charles R. Breyer

United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco CA 94102

Dear Judge Breyer,

Please allow me to introduce myself. My name is Colm Doyle and I am a resident of San Francisco, California. From September 2001 until May 2007 I worked with Sushovan Hussain as an employee of the Autonomy Corporation. I started in the Cambridge, UK office as an Irish immigrant working as an entry level developer. Within a 3-year period I was technical director of the North American pre-sales engineering team. This is an achievement of which I am particularly proud and Sushovan has a hand in it.

I first met Sushovan in March 2002 when I was working as a software engineer. One evening after work I was socializing with colleagues when someone got a call asking for help on a project. I returned to the office and solved the problem for my colleague in the field. I thought nothing more of it. The next morning at the office, Sushovan saw me and strode directly towards me introducing himself and asked if I was Colm Doyle. He then said he wanted to thank me personally for my efforts and said that the work I'd done had guaranteed a win for the company. After that, I spoke to him more frequently. He was encouraging, courteous, and helpful. He took a personal interest that I didn't notice in other colleagues that was obvious after he inquired after the health of one of my parents.

I took this level of contact for granted. It was only in recent years that I realize it was highly abnormal for the CFO of a publicly traded company to be on first name terms with entry level new hires. I sincerely believe that I owe some of my success to his influence, and my time working with him is truly a "best-of-times" part of my life. He was only ever considerate and helpful towards me. I wish him nothing but the best in his future

Sincerely,

# EXHIBIT 139

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

12 June 2018

RE:    SUSHOVAN HUSSAIN

Dear Honorable Judge Breyer,

My name is Julie Dolan and I currently work for Darktrace Limited as a Senior Legal Counsel. I moved to London from San Diego, California to London the 1st of July 2007. I used to come to London often when I worked for Fair Isaac Corporation as Corporate Counsel. I would assist the London sales teams in negotiations and closing out their quarters. After spending a lot of time in London, I enjoyed the negotiation style of Europe.

I decided to move to London without having a position. Autonomy had a part-time legal position open for three months as maternity cover while I continued to go through interviews for TIPCO Technologies. I started working for Autonomy on the 7th of August 2007.

Autonomy was a larger start up when I joined. Sushovan ran the weekly sales calls and invited me to the meetings and took me under his wing and showed me the business. Like any other software company, it was a fast-paced environment with a huge number of contracts to turn around and negotiate.

Upon the end of my temporary contract, I had accepted the TIPCO offer, I was asked to stay at Autonomy and offered a permanent contract. Although, the package was not as good, as TIPCO I enjoyed working at Autonomy and decided to stay.

I worked closely with Sushovan. He is a driven, passionate and positive person and it is contagious. I loved working with Sushovan. His passion is infectious, and I wanted to be around that. I was excited to work hard on negotiations and assist in closing contracts.

Although he is very driven, Sushovan is also a caring and supportive person. Sushovan was the first person that acknowledged my hard work. About 6 months after I started, he asked me if I had any stock options. After I said I didn't, he said he would take care of that and I was awarded with some stock options.

Most companies fail to thank employees and tell them they are doing a good job. Sushovan is the exception. He makes each employee feel appreciated. On a daily basis, he would ask employees how they are and what they were working on. He would get involved in every aspect of the business. Most company executives don't know any employees below their direct reports. Sushovan knew most all employees and would reach out to them.

Over the years, I got to know Sushovan on a more personal level. He is also a compassionate person. He was deeply involved in the education and well-being on his children. There was discussion about his daughter going away to boarding school. I remember him struggling over the decision since he didn't want to be apart from her. When he and his wife, Tracey, decided to send her to boarding school, he got involved in the boarding school to be near her.

Sushovan is an well rounded person with non stop energy. He would often go running before work. He is very health conscious and always remarks on his balanced diet and exercise. He would compete with the employees in the office on running times for half marathons.

Sushovan continued to support me over the years. I met with him when I was looking to leave HP and find another company. It had been several years since I saw him, but it was like time never passed. I joined Invoke Capital in September 2015. I worked closely with Sushovan on Sophia Genetics, a company Invoke invested in. He again took me in and taught me the Sophia and Invoke businesses. When I wanted to venture out and do something different than legal, Sushovan supported me. When I struggled and would get something wrong, he encouraged me to continue. He had faith in me when I didn't have any.

When I had personal health issues and became a Type 1 diabetic, Sushovan was the first to reach out to me to find out how I was doing. He told me about someone he knew with Type 1. He supported me and told me that although it was awful, I could lead a normal life with Type 1. He would often ask questions about it when others were afraid. He encouraged me to take all the time I needed to get better before returning back to work.

In summary, Sushovan is an ethical, positive, compassionate person. I am honored and lucky to have worked with him.

Sincerely,

Julie Dolan

# EXHIBIT 140

Ennio Di Rosa



Hon. Charles R. Breyer
Unites States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

13th of June 2018

Dear Judge Breyer,

I am writing to you about Sushovan Hussain. My name is Ennio Di Rosa and I have had the privilege to work alongside Sushovan over the last three years. I have come to know and respect him professionally as on a personal level during that time.

When starting my new job, Sushovan was the very first person to speak to me. He took the time to introduce himself and was genuinely interested in getting to know me. From day one I understood that there would be a great synergy between us.

Coming from a legal background, I had no significant experience in the sales environment. It was Sushovan who suggested to sit down and talk me through the basics, he gave me some insights into the business and helped me on my way. Having advised me on numerous occasions over the last years, he also became a mentor to me, to whom I go for professional and personal advice.

Besides work, I have to mention that Sushovan has a great sense of humour. That is one of the other reasons why we get along so well. We would for example have our monthly catch-up meetings, as he strongly relies on me for being updated about the company gossip, or he would buy the whole office a pair of socks to make his point that I should wear socks, yes, also during summer.

In a sales role, reaching goals and targets is key, but I think you can never really flourish unless you have someone challenging you in the background. Having Sushovan's support and guidance have helped me to become successful at my job, which I am incredibly grateful for.

In the years I have known Sushovan I have learnt many things that helped me develop skills that will help me throughout my whole career, but more importantly, that there are no secrets to success, as it is the result of preparation, hard work, and learning from failure.

Yours sincerely,

Ennio Di Rosa

# EXHIBIT 141

Hon Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

11th June 2018

Dear Judge Breyer,

I write to you regarding Sushovan Hussain.

Following a successful career working for the British government, I left in September 2016 to begin work as a Commercial Director. In this role, I was responsible for leading a sales team and developing business in Europe.

In my capacity as Commercial Director, I worked alongside Sushovan Hussain. Sushovan provided guidance and support to me in this role. He acted as a valuable sounding board and gave me astute advice on successfully managing the transition from government to the commercial world. Sushovan continued to encourage me in this role and helped to build my confidence to lead a young and energetic sales team.

After a year as a Commercial Director, Sushovan recommended me to the board for my current position as Chief Security Officer, displaying faith in my abilities and capacity to deliver at a senior level. This kind of professional support and coaching was something Sushovan was well regarded for. In addition, he always took the time to ensure he knew everyone in the office's name and background so as to make them feel included and valued. This is demonstrative of the person I found Sushovan to be; supportive, encouraging and enthusiastic about the development of other people.

Socially, I knew Sushovan to be gregarious and engaging, just as content to socialize with junior employees as with senior executives. I recall one night in particular where he took the senior commercial team out to celebrate a successful month, and beat us all at table tennis!

Sushovan's greatest pride and dedication is very obviously his family. He would often speak of his daughters' achievements with obvious delight, and took great pleasure that they shared his love of learning, and of mathematics in particular.

Please let me know if I can be of further assistance,

Regards,

Nicola Dewhurst

# EXHIBIT 142

20th June 2018

Matthew Mills,



Hon. Charles R. Breyer
United States District Court for the Northern District of California 450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

In September 2009 I had the opportunity to work at Autonomy, of the one of the biggest software companies in Europe, and it felt like a dream come true. I will never forget my first day, turning up at their incredible offices on Piccadilly in London surrounded by many of the most impressive people I have ever met.

In my first week and after meeting a number of the sales team and starting out as a junior sales person I was introduced to Sushovan Hussain who immediately knew who I was and that I had rowed at university, something which was a footnote on my CV. He greeted me with a huge smile, was engaging, interested and knowledgeable in a way that seems unfathomable for someone in a CFO position of an organisation that size.

Over the coming 9 months I worked hard, kept my head down and delivered sales for the organisation then my manager left the company and I had the chance to step up and fill his now vacant role so I went for it. In spite of being the youngest field sales person in the team I was given the role. This was an example of the organisation that Autonomy was, truly a meritocracy without politics or success being implied by tenure. The reason I left HP post acquisition in January 2013 was because it was the complete opposite of this. Sushovan was the main reason for Autonomy's culture, he knew who was working hard, he knew who has delivering and he made sure their work was recognised.

Over my time at Autonomy I had regular interactions with Sushovan and in every single one he demonstrated the highest levels of integrity. As an example of this when I changed from running the sales team mentioned before over to helping to launch a new product in the business that meant I no longer had a steady stream of commission coming in from sales in that team. When I spoke to the management team they agreed to cover the gap to make sure that I had the same quality of life and could stay in the same apartment. This may sound like a small gesture, but it was one that meant a huge amount to me and is to this day greatly appreciated.

Another example was in June 2010 I had to send an email to the CEO of the company, Mike Lynch, which was a quite challenging to bring up (or so it seemed to me at the time). Almost immediately after it was sent Sushovan walked past my desk came up to me and said it was a good email and congratulated me for sending it. As a relatively junior member of staff, which I was still at the time, to have this kind of interaction was incredible.

This was the kind of man Sushovan was and is, he appreciated hard work and honesty and in my experience those characteristics he valued were the ones he displayed daily.

Later on, towards the end of my time at Autonomy, I had the absolute pleasure of working with Ayesha, Sushovan's daughter, who came and worked as an intern in our department. She was kind, courteous, bright and funny. A representation of the man who is her father demonstrating the same characteristics. In my 5 years or so working for and interacting with Sushovan he remains one of the most impressive and decent and honest people I've ever had the pleasure to work or spend time with.

Yours Sincerely,

Matthew Mills

# EXHIBIT 143

Mrs Maria Carver



2nd June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

I am honoured to write this letter of support for Sushovan Hussain. I have known him as a work colleague since July 2014. When first starting with the company as Office Manager, Sushovan immediately welcomed me to the team, making me feel at ease straight away. During my time working with him he has proven to be an honest, well-liked and respected man. Working closely with 'Sush' as he is affectionately known, I can vouch for his dependability and kindness, and can say that he has been a constant source of encouragement to me and my colleagues. Many times you will hear him praising a member of staff and congratulating them on their achievements. He has a wonderful personality, and has teased me somewhat in the past. I remember one time after our work Summer Party where I had won the 'Biggest Heart Award' he praised me for my thankyou speech, and playfully ended it by saying it had been 'very BAFTA'ish'. I can definitely say that Sushovan is well liked and respected in the office.

Sushovan and I are of a similar age and both have grown up children. He often talks with great pride about his family, and their achievements, and is keen to hear about my family also. We share a common interest in football, both being supporters of Arsenal FC, and often discuss our thoughts and views on the players and matches. I find him to be extremely thoughtful, showing this with kind gestures such as bringing his home grown vegetables in to work for me to take home and use. He will also ask me to arrange impromptu treats for staff such as mulled wine and mince pies at Christmas.

In closing, I wholeheartedly believe him to be an honest, kind compassionate man who can be relied upon in all aspects, and would like to reiterate my unequivocal support for Sushovan.

Yours sincerely

Maria Carver

# EXHIBIT 144

Hon. Charles R Breyer,
United States District Court for the Northern District of California,
450 Golden Gate Avenue,
San Fracisco,
CA 94102
USA

11th June 2018

Dear Hon. Charles R Breyer

**Re: Sushovan Hussain**

I was first introduced to Sushovan when I began working at Autonomy Systems Ltd back in 2001. I was employed as an Office Administrator but very soon after joining was asked to step into the role off Personal Assistant to Sushovan and another Director.

Sushovan was a brilliant manager to work for, he was always calm, and offered not only direction as and when required but advice not just surrounding business matters.

Sushovan (and his wife Tracie) attended the evening reception of my wedding in 2005 and it was a pleasure to introduce him to my family and friends.

If I was asked to describe Sushovan I would have no doubt in saying what he is an empathetic, generous, caring, considerate man. He will be the first person of a morning to ask how you are and sincerely mean it.

Yours Faithfully

Clare March

# EXHIBIT 145

**Stuart Barrett**



JUNE 11, 2018

**Hon. Charles R. Breyer**
United States District Court for the Northern District of California

450 Golden Gate Avenue

San Francisco CA 94102

RE: Sushovan Hussain

Dear Judge Breyer,

My name is Stuart Barrett. I currently hold the role of Head of Technical Operations at the company Darktrace. I previously held the role of Head of Hosted Operations at HP Autonomy.

I wanted to send this letter as support for Sushovan.

In the year 2000 I was training to be a chef. This job on its own paid me just £7K. I had not done well in the UKs education system. I started earning money as soon I could and always held down multiple jobs. My chef training required me to spend a certain amount of time every week in a restaurant to help gain experience. The restaurant that had been chosen for me was at the St Johns Innovation Centre (SJIC) in Cambridge. Autonomy Systems Ltd started life in SJIC. My experience with Autonomy so far had been arranging conference rooms and buffets for them on behalf of SJIC.

One afternoon towards the end of my shift, two senior managers from Autonomy asked me to visit their offices to understand if I might be interested in a job. I knew what Autonomy did but I had no technical experience. It was explained to me that they had seen my work ethic and that they wanted me in the company. Two weeks later I started my new job at Autonomy supporting customers.

I found it difficult in the first few years as – knowledge wise – I was always several steps behind other technical staff. When Sushovan started – not long after me I believe – he was instantly supportive. Sushovan was a hands-on manager and even though we worked in different departments he would always help me where he could. I found his approach to be very fair. I believe he didn't care about my lack of education as others did and that he supported me for my attitude and approach to work.

He would give me advice on how to handle a situation or how to better my career and it's something I'm very thankful for. I hope that my letter helps describe Sushovan as hardworking and kind and I for one, wish him all the best.

Warm regards,

**Stuart Barrett**

# EXHIBIT 146

**Hon. Charles R. Breyer**
*United States District Court for*
*the Northern District of California*
450 Golden Gate Avenue
San Francisco CA 94102

Rome (Italy), June the 12th 2018

### My work experience with Sushovan Hussain

I've joined Autonomy in 2002 as a Sales executive, just after my experience at MCI WORLDCOM
(now Verizon). My duty at Autonomy, and for the next 8 years, was to expand the business in Italy.
Sushovan has been my main reference for my entire Autonomy experience.

I can affirm that all the sales rep were very monitored and all the potential deals and business
opportunities have had to pass legal approval before sending to the customer. I clearly remember
that in every Annual Kick-Off in Miami (US), in January, the core message passed by Sushovan and
the top management was "any doubt? ask legal". This message was reiterate several times in each
Annual Convention.

Autonomy, in my 8 years experience, was a very flat organization where sales rep were constantly
invited to call directly the top management to share with them any doubt. Of course we've been
working under pressure, as per any Sales role in the world, but Sushovan did have the approach to
reduce any margin of interpretation of our contracts. So, far example, he was available to discuss
payment terms of an agreement but suggesting to provide solid deadlines (i.e. "payment due by
2004 April the 23rd"). In this way, his contribution, was to eliminate any interpretation and to ease
the relationship with the customer.

After 8 years at Autonomy, in 2010 I've decided to start my own business and I remember his kind
support wishing me the best. In 2014 I've asked him a meeting in London to present my company
startup and he, and Mike Lynch, were very nice and warm with me even if we didn't find any
concrete space to collaborate.

In my own business today, my company "go2mkt" develops mobile app for major Italian
companies, I'm still adopting Sushovan recommendations to drive my business avoiding any
margin of misunderstanding  with my customers and partners.

Andrea Dotti
Go2mkt srl
Founder and CEO

# EXHIBIT 147

6th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

Dear Judge Breyer,

My name is Courtney Ogilvy and I am writing to you in regard to Sushovan Hussain, someone who I have come to know on a professional and personal level over the last 18 months.

When I was 18 years old, my father passed away unexpectedly. We were extremely close and I have struggled with depression ever since. New Zealand held a lot of memories, both happy and sad, and a move abroad appealed to me because it was a fresh start so in September 2016, I moved from New Zealand to the U.K. I had very recently graduated from university and felt excited about beginning my career.

When I moved to the U.K, I struggled for many months to find gainful employment. This was upsetting for many reasons – namely because I was running out of money, and I was beginning to have a lot of self-doubt and slipping back into a depressed state. In February 2017, I was fortunate enough to be employed at Luminance, and since then I have spent nearly every working day in Sushovan's company.

When I began my job, I was extremely nervous to work with someone who has been so successful as a businessman. Before I met Sushovan, I googled him and learned he was a wealthy, educated man, with many achievements to be proud of. In my mind I imagined someone who was unapproachable, demanding and arrogant. I couldn't have been more wrong. Sushovan is a gentle, humble and positive person. The first time I met him, he was listening to Hannah Montana music. He explained he knew all the Hannah Montana songs, because he had two daughters who watched it while they were growing up, as did I. Since this first encounter I have heard a lot from Sushovan about his daughters, and the way his face lights up when he speaks about them is touching.

Sushovan took a chance on me simply by hiring me. I didn't have any of the relevant experience needed for the job, and my degree was in a completely different field. As a result of this, I was a bit nervous and worried I would "mess up." Sushovan has always encouraged me and he has never failed to remind me that I am an intelligent, capable young woman. Since working with Sushovan, my general confidence has grown significantly and this is something I am so grateful for. I have come to think of him as a mentor and he is someone I aspire to be like in many ways.

Recently, Sushovan has offered me a career opportunity that I believe I would never have been given if I had not worked at Luminance. At first I was apprehensive, as the position is more senior than I believe I am qualified for and I wasn't sure if I had the necessary experience and skills to do it. I expressed my concerns to Sushovan and he patiently explained to me that I was entirely capable, and would be able to learn as I go. I am incredibly grateful for this opportunity, but I am also nervous at the prospect of doing this without Sushovan's guidance. There is no doubt in my mind that without his encouragement and guidance over the last 18 months, I would not have enjoyed my job as much as I have, and I definitely would not have learnt as much. The time I have spent with Sushovan has been invaluable for my career and has opened so many doors for me.

Over the last 18 months, I have been focused on my work, and learning every day. My depression has been manageable and I believe this is because I have had something positive to focus on; something which has been enjoyable and has added value to my life. I feel I have been working on something worthwhile that also benefits me personally; Sushovan has been an integral part of this.

Even in the face of adversity, Sushovan has remained a positive, helpful and encouraging person. He has continued to be a supportive colleague, mentor and friend. This is, frankly, inspiring. As a mentor, I know Sushovan has a lot more to offer; not only to me but to many other young people who also view him as a mentor. I am incredibly grateful for the opportunities he has provided me and I hope that I can continue to learn from and be guided by him in my career.

Yours sincerely,

Courtney Ogilvy

# EXHIBIT 148

Eleanor Weaver




Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

7th June 2018

Dear Judge Breyer

I have been privileged to have had Sushovan Hussain as a mentor for a number of years. I would like to write to you to tell you how he helped me and shaped my career. Not only was he inspiring but he was caring and kind. He had the patience to teach me and guide me. I saw him as a man with the utmost integrity and intelligence.

He always made the time for me. He spent countless hours going through my work and showing me how to improve. Not only was he caring but he was an inspirational leader. He taught me to consider the intricate details as well as the bigger picture. He was wonderful at motivating and getting the best out of his workforce.

On a personal level I really do look up to him and thank him for all of his guidance. When I moved abroad he was in frequent contact to make sure I was settled and ok. He had absolute no reason to support me, I was straight out of university with no experience. The fact that he was prepared to give a junior person such time and attention says a lot about his kindness.

Yours Sincerely

Eleanor Weaver

# EXHIBIT 149



Hon. Charles R. Breyer,
United States District Court for the Northern District
of California 450 Golden Gate Avenue,
San Francisco
CA 94102

12th June 2018

Dear Judge Breyer,

My name is Katie Newton and I have known Sushovan Hussain in a professional capacity for three and a half years. I graduated from Bristol University in the UK in 2014 and met Sushovan shortly after I started my first professional role as an entry level sales representative.

Within 3 years, I was managing a sales team of up to 25 people. This acceleration of my career was thanks to the opportunity that I was presented with very early on. As someone that showed promise but with very limited experience, my success required someone to believe in my ability before most people would have. Sushovan was this person for me. Sushovan took the time to demonstrate his confidence in my ability to excel in a role before I felt capable. As a recent graduate, I felt overwhelmingly grateful for his backing and his time, which he invested in my career without need to.

Sushovan's endorsement opened doors and presented me with opportunities that I otherwise wouldn't have had access to. Sushovan had confidence in my ability before I had confidence in myself and I will be eternally grateful for his support in me and my career.

Outside of my own professional experience, Sushovan always made an effort to speak with the other recent graduates that populated our office. Sushovan would regularly walk up to other grads, enquiring about their universities or degrees to understand what brought them to the role and the company. When leaving the office at about 6pm, Sushovan would always announce, "guys, go home, no working late. Seriously, go home". Whilst getting the best out of people was always important, Sushovan also recognised the benefits of facilitating a positive working environment for young people to flourish in.

Sushovan also introduced me to his daughter whilst she was visiting from university. He had always spoken passionately and lovingly about his daughters but it always stuck in my mind how Sushovan was visibly bursting with pride and admiration for his daughter and her achievements. Despite Sushovan's immense success, it was genuinely touching to observe what was clearly the central relationships of his life that influenced the way he interacted with other young people within the office.

I hope that my insight has accurately demonstrated the significant and direct impact Sushovan has had on my personal career and my observations of his support for young people more generally within the company. Without his involvement, I certainly wouldn't have had such a positive experience in my first professional role.

Yours Sincerely,

Katie Newton

# EXHIBIT 150

Sam Alderman-Miller



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

13th June 2018

**Subject: Sushovan Hussain**

Dear Judge Breyer,

I am writing to comment on the character of one Sushovan Hussain, a professional colleague whom I have worked with for a number of years. At this time, I feel it is important to convey my experiences of working alongside him so as to provide an insight into his character.

Sushovan is determined, hard-working and motivated. His record of achievement speaks for itself. During our time as colleagues, I was struck by his attention to detail, his capacity to problem solve, and his ability to clearly articulate the way forward. Never one to shy away from rolling his sleeves up and getting stuck in, he had a brilliant capacity to identify obstacles, and apply his steely will to resolve them.

That mentality and drive to succeed is important, because it is what brought Sushovan his success. He has helped build some amazing and exciting businesses. Businesses that have enable young people like myself all over the world to kickstart their careers. Indeed, hundreds of young graduates have enjoyed opportunities beyond their wildest dreams, afforded to them by those businesses Sushovan helped establish. I have no doubt that were it not for one of those incredible opportunities, I would not have anything like the wonderful career I have today. I owe a significant debt of gratitude to Sushovan for helping me achieve success and realise my potential.

During our time as colleagues, I got to know Sushovan personally. An avid runner and family man, he dedicated time to get know the people around him. He knew everyone's name in the office and took a personal interest in the circumstances of those individuals. He had a genuine interest in improving the livelihoods of his colleagues, and frequently enquired about my housing circumstances, for example, as well as the wellbeing of my family.

I recall a particular instance when he and I were involved in some acting as part of a series of corporate skits. At the time I did not know him too well, and the performing arts were well outside of both our comfort zones. But his self-deprecating style of humour and have-a-go attitude instantly put me at ease, and he gave me the confidence to do something which did not come naturally. We spoke about this episode often, and its easily one of my fondest memories of working together.

I hope this provides a useful insight into Sushovan's character. By no means an exhaustive description of all his many positive attributes, my intention was to deliver an understanding of those which stuck out in my recollections.

Yours faithfully,

Sam Alderman-Miller
Commercial Director
Darktrace Industrial

# EXHIBIT 151



Hon. Charles R. Breyer,
United States District Court for the Northern District
of California 450 Golden Gate Avenue,
San Francisco
CA 94102

11th June 2018

Dear Judge Breyer,

My name is Laura Elliott and I previously worked for Sushovan Hussain. Having graduated from Durham University in the UK with a degree in English Literature, I was hired as a Graduate Marketing Executive at Sushovan's company in February of 2015.

At this stage, it was a small company with a lovely office in central London, but the prospect of starting my career was all rather daunting. During my first interview I remember Sushovan popping his head into the meeting room and asking me all about Durham University as his daughter was due to start there later that year. He managed to make me feel welcome and relaxed and was a friendly face around the office from day one.

At the time it struck me as particularly notable that Sushovan had taken the time out of his busy day to have a friendly conversation with a prospective candidate, but upon being hired and working with him more regularly, it became clear that this was a typical example of his inquisitive and compassionate nature. He always made time for everyone in the office, whatever their job role or status.

Sushovan's professional experience is impressive and inspiring and he was continually on hand to provide career advice and guidance for anyone who approached him. He encouraged me from the very beginning to be more confident in myself and my abilities, having noted pretty quickly that I could occasionally be shy and hold back in certain situations. After working in marketing for two years, I decided that I wanted a change of scene and to challenge myself further. I went to Sushovan to discuss the possibility of moving into the sales team which would require an entirely different skill set in order to be successful in what can be a testing environment. Sushovan was honest with me and voiced his concerns over whether I would be an assertive enough character to fit this role and although he was hesitant at first, I persisted and he took a chance on me, allowing me to swap roles. I am extremely grateful for this opportunity as I have learned so much in the past year, travelled to a number of different countries around the world and given presentations to up to 80 people – all of which I didn't imagine I would achieve in just three years.

One of my highlights of working with Sushovan was in early 2017 where I was tasked with helping to organise a large internal event for all staff. In order to keep the content interesting and fun over the course of two days, we created and filmed a number of skits as light entertainment

to be shown throughout. Despite his senior position at the company, Sushovan allowed us to cast him as a lead character and threw himself into the project with huge enthusiasm. It proved to be an extremely fun few weeks of preparation and while his acting abilities leave a little to be desired, it was a quintessential example of Sushovan's energy and devotion that he applies to everything he undertakes. It was this ability to be authoritative, yet remain light-hearted and not take himself too seriously, that helped him to gain widespread respect from all his peers.

In all my experience of working with Sushovan, he has proved to be a fantastic leader, striking the balance between being firm and managerial, whilst also being a trustworthy and dependable mentor and even friend. I will always be extremely grateful to him for the opportunities he has given me and the valuable lessons I have learned from him.

Yours Sincerely,

Laura Elliott

# EXHIBIT 152

Peppa Wise

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

15$^h$ June 2018

Dear Judge Breyer,

I am writing to you about Sushovan Hussein.

I was fortunate enough to first meet Sushovan when I joined Darktrace in September 2015 as a graduate. I joined as a Marketing Executive, and when I left Darktrace in May 2018 I was a Commercial Director.

Sushovan was instrumental in helping me launch and develop my career. In a professional sense Sushovan took the time to understand what I was doing day to day and ensured that I was recognised – both with praise, and with bonuses and pay rises – and that my initial efforts in the company were acknowledged. On a personal level, Sushovan truly believed in me and put me forward to assume more and more responsibility – for example running a week-long event in the Middle East in my second month at the company. Sushovan's unwavering support and encouragement in the background helped me to gain the confidence to take on new challenges and excel. I do not believe I would be where I am today without Sushovan's support and internal championship at the very start of, and throughout, my career.

Although I have known Sushovan for a relatively short period of time I strongly consider him to be a moral and kind man. Sushovan is firm but always fair, and often weighed in on difficult conversations with very balanced advice and suggestions. Despite his very senior level in the organisation, Sushovan would also often chat with the team – I recall discussions about what Sushovan was cooking for his 'Come Dine with Me' evening, and what he wanted to get his wife for Christmas. Sushovan was never afraid to appear human.

I have also always admired Sushovan's relationship with his daughters. I recall a specific incident where he brought in a survey that one of his daughters had written for a class at school and asked us to fill it in if we had time so that he could help his daughter complete the task. For me, it is heart-warming to see a father so dedicated to, and proud of, his daughters, and I believe this speaks volumes about the man Sushovan truly is.

To summarise, knowing Sushovan is an honour. I have a lot to thank him for professionally, and I am very fond of him personally. I have learnt an enormous amount from him and believe my life is all the better for knowing him. I am very proud to consider Sushovan a friend.

Yours sincerely,

Peppa Wise

DocuSigned by:

8B12CB359DD0456...

# EXHIBIT 153

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I am writing to you about Sushovan Hussain. I met Sushovan in September 2015, when I began working as a Marketing Executive in the same company as him. Since then, I have come to see Sushovan as a role model and an inspiration, and I would like to elaborate on why this is the case.

The job through which I met Sushovan marked my first role in a corporate environment and as such, I was very nervous joining the company. From my very first day I felt that Sushovan made it his personal responsibility to make everyone feel welcome and perhaps more importantly, to help everyone consider themselves an important part of the company. He instilled in me and those around me a sense of potential, a feeling that we could really bring value and exceed the expectations of others as well as our own. No matter how busy he was, he took an interest in even minor projects we were working on and would make sure that we gave our best no matter how small the task. Even though Sushovan and I only worked closely together sporadically, it became clear to me very quickly that his ambitions are about more than the success of his company – he wants those around him and those he is mentoring to succeed, for their own self confidence and merit.

While Sushovan is quite clearly a person who values intelligence, he never made me feel silly or inadequate for asking questions or needing help. He at all times ensured that I know he believes in me, and when I made mistakes, he handled these with a sense of humour and mocked that I am better than to make them. My role involves negotiating a lot of discounts with event organisers, and when I would come to him with a figure I considered a solid achievement, he would bet me to get an even better deal. More often than not, I would be able to. In my opinion, this is the reason every single person in the company wants to impress Sushovan. It is not because of his status or influence, but because his high regard of hard work, intelligence and integrity means that impressing him is also doing your best.

Although Sushovan works very hard and has high expectations for those in whom he sees potential, he is the first to tell you to leave work on time or go home if you are working at Christmas. I remember once I was working with him on a project that required coming into the office on the weekend. Rather than take my time for granted, he ensured that I wasn't cancelling any plans to come in. Another time, I was working late in the office and Sushovan was the only other person still at his desk. When he packed up to leave he came over and said that he would refuse to leave before me, as I am still young and need to have more of a life than him! Indeed he was always motivating the young joiners in the company beyond their achievements in a work environment, and showed an avid supporter of academic and sporting achievements in particular. This also shone through in his pride for his two daughters, one of whom he often mentioned to me as she is visiting the same university I had gone to. Something that really stands out to me when he talks about his children is the way he values them as individuals, taking a real interest in their talents and ambitions even if he does not share these.

It becomes apparent that Sushovan is one of those rare individuals who delights on the achievements of others. He does so while remaining incredible humble about his own past, and even after three years I know little about his incredible accomplishments. Not a single time have I witnessed him describe anything luxurious in his life, and he is infinitely more likely to boast about having run a 5-minute mile than to boast about how he came from little. I instead have always felt that it becomes clear how he managed to do so in the way he

approaches his work. He faces problems head-on, accepts situations as they are and openly expresses his thoughts and plans of action for any given situation. For me, working on a project with Sushovan always meant having an honest conversation about where the problems are as well as what is working well, and approaching strategy in this manner.

I can say with confidence that I would not be where I am today without Sushovan Hussain. I will always be grateful for his motivation, his belief in me and his initiative in advancing my career. Rarely do you meet people that give you both the ambition to be more and the confidence that you could be. Sushovan does this more than anyone I know, and he remains an inspiration to me.

Sincerely,

Nadja Rogers

# EXHIBIT 154



**Holly Biegel**

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA

6th June 2018

Dear Judge Breyer,

I have known Sushovan Hussain for a relatively short time, but I think it would be fair to say that he has had one of the biggest impacts. We met in August 2016 after a very brief email exchange where he passed me on to one of his colleagues and secured me a 6-week internship working in marketing for Darktrace. Since this time, he has taken more than one chance on me by supporting and approving for me to move departments whilst finding what suited me best. I even at one stage, in May 2017, resigned from Darktrace; at the time I was working in the Cambridge office which was not suiting me socially and I had aspirations to move to London with qualifying as an accountant seeming like a sensible way to make the move. On hearing of my resignation, Sushovan spoke to me privately to ask me about my future plans and told me that I would always have a job at Darktrace if I wanted one. After this conversation, whilst working my notice period, I was taken aside by our CEO and Head of Operations and offered a full-time job in London. I thank Sushovan for sparking this move and now a year later it couldn't have worked out better for me and I won't be going anywhere anytime soon!

It isn't hard to tell from looking around my office at my colleagues that Darktrace favours hiring graduates straight out of university, a deliberate move from Sushovan and the management team in the early days of the company. The opportunities and responsibilities given to us here are invaluable and I know that it will shape my career and I'm sure I am not alone in that thinking.

Sushovan expects hard work and loyalty but in return I have experienced kindness and respect. On more than one occasion he has gone out of his way to help me progress my career and accommodate my preferences. His support extended to him regularly checking in with me when my father fell ill which I appreciated as I know lots of people find that kind of thing too uncomfortable to bring up.

I hope that other graduates find themselves as lucky as me to have someone like Sushovan in their corner.

Yours Sincerely,

Holly Biegel

# EXHIBIT 155



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

3rd June 2018

Dear Judge Breyer,

I am writing to you about Sushovan Hussain. My name is Louisa Cooper and I have known
Sushovan for almost 3 years, we first met when I started working for him in my first job after
graduating from University in 2015.

As my first job in a corporate environment, I remember clearly how friendly and welcoming
Sushovan was from day one. One thing I will always remember about Sushovan is how he
would take the time to introduce himself and get to know new starters, as he did with me,
making you feel part of the team from the very beginning.

Shortly after I started the job, I began to work closely with Sushovan on a number of projects,
from small daily tasks, to larger projects such as organizing company events. He always
showed a genuine interest in the work I did, he believed in me and gave me great levels of
responsibility at such an early stage of my career. He was very professional at work, but at
the same time he showed off his positive and friendly personality through his great humor,
always making me laugh.

I discovered shortly after meeting Sushovan that we had a number of connections, not just
through work. I grew up and went to school in Sevenoaks, which turns out is in the same
town that Sushovan lives in. His daughters went to the same primary school as myself, just a
few years below, and we have a number of mutual family friends. Sushovan showed a
genuine interest in my life outside the office whilst opening up about his personal life too,
allowing us to build a friendship not just an association due to work.

I've built a positive relationship with Sushovan and although a senior member of staff, his
kindness and generosity made it very enjoyable to work with him. I would look up to him as
a mentor and ask for his advice wherever possible. Through working closely with Sushovan,
I have learnt so much and developed skills which will stay with me throughout my career. I
don't believe I would be where I am today in my career if it wasn't for him. I will always be
thankful for that.

Yours sincerely,

*llooper*

Louisa Cooper

# EXHIBIT 156

25th July, 2018

Dear Judge Breyer,

I am writing in support of Sushovan Hussain. I have known Sushovan for around three and a half years. During that time our relationship has been professional, and whilst I can't claim to know him deeply on a personal level, I wanted to share some of my experiences and impressions of working with him.

When I met Sushovan, I was only a couple of years into my career, with no business experience to speak of. In a little over three years I have been promoted several times, pushed and supported to grow and develop, and been entrusted with significant responsibility to head up a division of my company. Sushovan's trust and belief in my potential has been central to this progression. He was willing to take numerous chances on me, and entrust significant responsibility in my (inexperienced) hands, even when I wasn't sure I was up to the task. His vote of confidence, and willingness to push me has been instrumental in my personal success, and I consider myself highly indebted to his kindness and support.

I know that this experience has been shared by many others of my peers, who's professional development Sushovan has helped enable. Sushovan promotes an entrepreneurial attitude in those he works with which is open to talent and potential regardless of experience or background. His approach rewards achievement and allows young people to believe in, and better, themselves. I believe he does this from both kindness and a strong desire to see success nurtured wherever it can be.

My daily interactions with Sushovan have been limited. I didn't have occasion to speak with him on a very regular basis. But when I did, it was always in the form of succinct, direct, advice. He would ask simple questions and demand simple answers. He would provide pithy counsel. He gave support and steered the ship without fanfare or ceremony. I learned indirectly of praise and support that he gave to me behind the scenes, and his influence on my development was unobtrusive but powerful.

Beyond the above, all I can add is that Sushovan never cultivates an air of unapproachability. He appears at all times as willing to help, give advice, and make available his experience and intelligence to foster the talents of those around him. He is always welcoming and friendly regardless of age or seniority. I have learned and benefited greatly from knowing Sushovan, and I look forward to any opportunities to work with him and receive his guidance in my future.

Andrew Tsonchev

# EXHIBIT 157



Hon. Charles R. Breyer
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

29 June 2018

Dear Judge Breyer,

I am writing this letter of support in regards to Sushovan Hussain, with whom I have had the pleasure of working with since January 2017.

I came to work at Invoke Capital as an Associate in January 2017 after a submitting my PhD thesis. My academic pursuits were one of the first things that I discussed with Sushovan, he was genuinely interested and impressed with my academic achievements. While in my second month of working at Invoke, I had my PhD thesis viva examination, Sushovan expressed real support and encouragement beforehand and was very congratulatory after I passed.

I know the academic achievements of his daughters have been a real source of pride for him and we have spent several conversations discussing their ambitions.

I have seen Sushovan support and encourage many young and fresh graduates at the start of their careers and motivate them to achieve their full potential.

I have spent more time talking to Sushovan recently and through all of our conversations the overriding message I take away from them is support and inspiration. I always take away new insights and have learnt a lot from him.

Sushovan's enthusiasm for young peoples' academic successes, to me, is one of his stand out qualities. His motivation, encouragement and support for young people at the start of their careers has had a positive impact on several peoples lives.

I hope you will find this letter useful.

Yours sincerely,

Ruth Angus

# EXHIBIT 158

Lauren Howarth



5th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Hon. Charles R. Breyer,

My name is Lauren Howarth and I am writing to you with regards to Sushovan Hussain.

I first met Sushovan and his family in the late 90's at a party of one of my mother's friends, I was about 7/8 years old at the time.
When I was 16 years old I was fortunate enough to travel to San Francisco for the Summer with my family. During this time Sushovan was also in the city with his Wife and his two young daughters Ayesha and Zara.
I look upon this summer fondly and this is a distinct memory because I was able to spend time with girls and grow a firm and long lasting relationship with them.,
I was honored that Sushovan trusted myself and my sister to look after his young children while he and Tracie went out to dinner , it was a privilege to be given the responsibility and when Sushovan returned he then offered to give us both $50 each which was very generous and with the money I got to go watch my first ever baseball game.

When I was 18 years old I started to work for Autonomy booking travel for all sales reps to meetings with customers, I had to work with Sushovan a lot because he had to approve the flight prices and always found him very easy to approach if I had issues with regards to my work, he taught me to work to the best of my ability and if I ever encounter any problems at work that he was always be around to help. I also enjoyed having general chats and a giggle with regards to old reality tv shows.

I am now a mother of 2 children a son 7 years and a daughter 3 years old, I have seen Sushovan recently and he always asks how I am and my 2 children, as I have known Sushovan over half my life I have always found him such a kind man who has a lot of family values, if I ever had any problems I know I could count on his support and advice if needed.

I have recently spoken to Sushovan on the phone and we had a great to catch up hear what he had been up to, he made me laugh when he explained how him and a few friends had been to a baseball game and how one of his friends had arrived eating a footlong hot dog, then an hour later Sushovan and friends decided to grab something from the stand for lunch to which he decided to try a footlong hot dog too, this made me laugh as the friend who had only eaten one an hour before had also then had a second an hour later.

Yours Faithfully

Lauren Howarth

# EXHIBIT 159



Hon. Charles R. Breyer,
United States District Court
  for the Northern District of California,
450 Golden Gate Avenue,
San Francisco CA 94102.

2nd June 2018

Dear Judge Breyer,

**Sushovan Hussain - Character Reference**

I am a student at Cardiff University, UK studying for LLB degree in Law & French. I am in my second year of a four year course. My family have known Sushovan Hussain and his family throughout my lifetime, and my parents are close friends of Sushovan and his wife Tracie. My parents have written to you separately to provide a character reference.

I personally am very appreciative of the support and opportunity which Sushovan has provided to me, in facilitating a summer internship position with Darktrace Limited, a UK company of which Sushovan was a director. Internship opportunities are competitive to find, so I am really grateful to Sushovan for sponsoring me in my application. I worked at Darktrace Limited for six weeks during the summer of 2017 and I now have an opportunity to return there again this year.

My internship position gave me involvement with the legal team assisting in processing contracts with potential clients. Sushovan made me feel welcome and introduced me to key members of the wider senior management team.

Sushovan has been a mentor to me and I trust him completely to give me helpful career advice and guidance. I know that Sushovan has also provided similar internship opportunities to other students, and that he tries to provide career development for his teams.

Yours sincerely,

Mr William Rouse.

# EXHIBIT 160



30th May 2018

Hon. Charles R. Breyer
Unites States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

**Subject: Character reference for Sushovan Hussain**

I am writing to you about Sushovan Hussain. I first met Sushovan through my parents,
Nicholas and Jeanette, who attended Christ's College, Cambridge with him.

During my time at boarding school in Sevenoaks, the town in which Sushovan lives, I was
grateful for the several gestures he made to help me. I fondly remember the time when he
gave me a lift to St Albans, where he and my Dad were running a half marathon, and I was
running a 5K race.

I am now a student at University College London. Sushovan's generosity shone through
more recently, when he offered me a short 3-week internship at Luminance, one of the
companies with which he is involved through Invoke Capital. While this not only constituted
valuable corporate experience from which to launch my own career, it also exposed me to
the way in which Sushovan has been able to help other young people throughout his life.

While it is true I have only met Sushovan a few times, he has always displayed high levels of
generosity, kindness and integrity. In conclusion, I am happy to vouch for his good
character.

Yours sincerely,

Sam Jeffreys

S Jeff

# EXHIBIT 161

# hoxton ventures

Hoxton Ventures Fund I L.P.
c/o Campbells Corporate Services Limited
Floor 4, Willow House, Cricket Square
PO Box 268
Grand Cayman KY1 - 1104

Hoxton Ventures LLP
483 Green Lanes
London
N13 4BS
United Kingdom

Hon. Charles R. Breyer
United States District Court for the Northern District of California 450 Golden Gate Avenue
San Francisco CA 94102

May 21, 2018

Dear Judge Breyer:

I have gotten to know Sushovan Hussain over the last several years. We met a little over three years ago through a mutual contact in the venture capital industry. I was the young founding partner of a new venture capital firm and had learned of Sushovan and his firm, Invoke Capital. Since our paths had never crossed before, my request to meet with Sushovan was more of a cold call, made a bit warmer through the mutual contact.

Sushovan graciously agreed to meet with me. Our conversation was long and broad ranging. He was generous with his time, but more importantly, he was generous with his offer to help me and my firm. It was that initial meeting that led to my firm's investment in Darktrace. Darktrace is a cyber security startup business that Sushovan's firm, Invoke Capital, had incubated and a business he knew well.

Darktrace has since grown to be one of the fastest growing software companies in the United Kingdom. Today, it employs over 600 people and has become a market leader in its category. It has won award after award, and has received investment from several leading venture capital and private equity firms, including Insight Ventures, KKR and Summit Partners. Our firm is delighted to have been able to invest early alongside Invoke, which was made possible only at Sushovan's recommendation. For our small firm, it is one of more important investments and has put my business on the map in the European technology investing landscape.

In these last three years, I have gotten to know Sushovan better through the work at Darktrace, where I sit as a board observer. I firmly believe Sushovan made our early investment possible largely to help me. While it is true that Darktrace needed to raise capital, our investment is the smallest institutional check in the company. I believe Sushovan (and Invoke) could have invited any number of venture capital firms to take our place. I think Sushovan saw the potential in both our firm and myself, and lobbied internally within Invoke to allow us to invest.

After having worked with Sushovan, I know he is a strong advocate of growing and building talent and relationships for the long-term. I have seen this play out with the staff at Darktrace, who look to Sushovan as a mentor. Many of our staff at Darktrace are younger graduates from leading universities. Sushovan takes great care and pride in helping them develop their careers. There is no reward for this work other than to see people flourish and grow into their potential.

In my work, Sushovan and I have also had the chance to meet socially. He is a warm and kind man. Both he and his wife have treated my partner and I well. We are both mixed race couples, and both pairs of us have come from similar religious upbringings. My partner is a good judge of character, and while she does not know Sushovan as well, she is fond of him and feels the same warmth of character I do.

An old mentor of mine told me there are two types of senior leaders in the world. There are those who view life as a zero-sum game and always want do better than their potential proteges. And there are others who take pride in seeing their proteges go on to do great things, and reach heights that surpass even themselves. I believe Sushovan falls into the latter category. He cares about people and wants to see them become the best versions of themselves.

I realize I have not worked with or known Sushovan for decades. Our line of work, particularly in Europe, tends to be competitive and short-term. From my limited experience, I believe Sushovan is one of the good ones in our industry.

Sincerely,

Hussein Kanji

# EXHIBIT 162

Phil Pearson



3rd June 2018

Hon. Charles R Breyer
United States District Court for the Northern State of California
450 Golden Gate Avenue
San Francisco
CA 94102

Dear Judge Breyer,

I feel compelled to write to you to describe a little about the character of Sushovan
Hussain, a man I have known both personally and professionally for well over a decade.

I first met Sushovan whilst I was working as an investment manager running a large
global technology portfolio. At that time, he was CFO of Autonomy and we would meet
several times a year in group meetings and also one to one. My earliest impressions of
him was of an extremely patient person, eager to help investors understand the
complexity of the business. Having worked as an investment manager for over 20 years
I have seen thousands of people interacting in this format. Investors are often
aggressive, biased (they usually have a position to defend) and can be surprisingly rude.

Sushovan displayed remarkable levels of calm throughout these meetings, going out of
his way to answer questions, holding up his hands to admit where things could or had
gone wrong, always with the objective of giving a balanced sense of the inherent
difficulties of running a rapidly growing software business. He also remained incredibly
humble and modest despite the obvious success of the business under his stewardship,
deferring to his CEO and lavishing praise on the team working for him.

Over the last 8 to 9 years that professional relationship has evolved into a personal
friendship which I value deeply. Those early impressions were really a small teaser into
the world of one of the most genuine, kind, fair and hard-working people I have ever
met. For me, Sushovan has several unique qualities that stand him apart.

First and foremost is his inherent kind and gentle nature. I have literally never seen him
be unkind to or about anyone. Given all the experiences over the years and the stress I
have witnessed him under this is a truly remarkable thing. For him it appears effortless
and I admire him for it greatly. This shows up everywhere. Watching him in his work
environment he treats his senior staff, assistants the same as he does the receptionists,
cleaners and delivery people. This same pattern manifests itself in places like
restaurants or soccer matches, where I have seen him consistently befriend and help
staff and strangers alike.

Secondly he seems to derive the most satisfaction from helping other people be the best they can be. I suspect you will receive a lot of letters describing his role as a coach, mentor or role model for people throughout his life as he has striven to help people achieve and usually exceed whatever goals they may have set. He sees the best in people and helps them see it in themselves. This trait manifests itself throughout his personal and business life - as an amazing and inspiring dad, a most enthusiastic and supportive friend and as a manager who thrives on seeing his staff grow and develop as people and professionals. It is no coincidence that he prefers to hire and promote smart, enthusiastic and young talent. There are literally hundreds of people who have Sushovan to thank for not just the start in their career, but the consistent training, encouragement and confidence building that he has personally given. I have myself benefitted enormously from his council and encouragement countless times over the year and am enormously grateful for it.

Perhaps though his most extraordinary quality is actually what is missing from his makeup ..... a complete lack of cynicism in every aspect of his life. He sees the best in everyone. He has an unshakable belief that people will treat others or him in the same way that he would. He assumes people's motives are genuine and good - reflecting the way he has always behaved. It is arguably a failing as well - it can leave him genuinely surprised or shocked at how others may act. Even then though it not judgemental, simply bewilderment.

With all he has been through I cannot help but admire how all three of these qualities have remained utterly undimmed. I sincerely hope he will be able to continue to inspire, help and bring happiness to the multitude of friends, family and colleagues over the coming years.

Many thanks for taking the time to read my letter.

Yours sincerely,

Phil Pearson

# EXHIBIT 163

June 15, 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
United States of America

**Re: Sushovan Hussain**

Dear Judge Breyer,

I'm writing to you to share my personal insights on Sushovan Hussain, whom I'm privileged to call a friend and colleague. For context I am an American citizen, born and raised in California, but currently residing in London where I'm a technology venture capitalist. Sushovan and I met in 2015 in a professional capacity through his work at Invoke Capital and the technology / venture capital community in London. Since our meeting, we have spent a significant amount of time together, meeting often multiple times a month for both professional and personal reasons. Based on this significant time spent together, I believe I'm well placed to comment on Sushovan's character. I would summarize Sushovan as a principled and disciplined family-man, with a tremendous work ethic, that acts as a mentor and friend to countless members of the communities he is a part of.

Through my professional work with Sushovan, I have found him to be an ethical and principled man. He operates in a very direct and transparent manner – when he is confident in something, he will tell you and stand behind it. When he is not, or is unsure, he will state that and refuse to make representations. I've seen this way of operating both first hand and through his interactions with multiple other entrepreneurs and investors; their decision to partner with Sushovan speaks to the trust he earns through the way he operates.

Sushovan's tremendous work ethic has a positive impact on the communities he is a part of. This work ethic is clear from the way he's 'pulled himself up by his bootstraps' in life – a self-made-man that started life as an immigrant, graduated from one of the finest universities in the world, and went on to hold senior positions in several globally leading enterprises. In more recent years, where I have first-hand experience, this work ethic has been applied to advancing the start-up / technology ecosystem in Europe, to mentoring young people within these communities (discussed below), and to the charities and causes he supports, like his daughters' schools and supporting education systems abroad.

Sushovan has been a valued mentor to dozens of young people entering the tech industry. Sushovan helped establish graduate-hiring programs within the companies he was involved with. Where most technology companies pursue much more experienced hires, Sushovan proved that by: i) hiring a diverse set of top graduates, ii) making significant investments in training, iii) empowering these young people with significant responsibility, and iv) motivating them by 'home growing' talent – promoting from within rather than hiring-in

managers, you could achieve great results (for both the company and the graduate hires). I've interacted with many of individuals in these programs – the feedback is remarkable. They look up to Sushovan as a tremendous leader and mentor who is looking out for their development.

One characteristic I particularly admire about Sushovan is the value he places on family.  Far too often in this industry I see a tremendous work ethic equating to a de-emphasis of one's family-life.  With Sushovan, this is far from the case.  His commitment to his profession is significant, but he holds his time with his wife Tracie and children Ayesha and Zara sacred. I always know when it's okay to call Sushovan and when it's family time.

Finally, Sushovan has been a tremendous friend to me.  Sushovan is two-decades my senior and far more accomplished than I, but treats me as a friend/peer.  He goes out of his way to be a friend, help me develop, and highlight my accomplishments to my superiors within my firm.  He consistently invites me to dinners/events with senior members of the tech community in London (which I would otherwise not be invited to) and invites me to "football' games to "try and get my soccer knowledge up to a better standard" (yes, it's hard for us Americans).  I believe this speaks volumes about the quality of his character.

In conclusion, I hope this letter provides you with insight on Sushovan that you may not otherwise have seen. If you have any questions or if there is any further information I can provide, please do not hesitate to contact me.

Best,

Stephen Shanley

# EXHIBIT 164

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA


11 June 2018


**Sushovan Hussain**


Dear Judge Breyer,


I have known Sushovan since around 2001. I initially met him in connection with a business I built called Morse PLC but am now honoured to call him both a friend and a business associate.

Sushovan has always been a kind, loyal and steadfast friend. He is compassionate, always thinks of others and seeks to assist them in anyway he can. He is a devoted family man. He has a gentle nature and is always interested in others. I have always felt that I can talk about any matter with Sushovan and he will always act with kindness and honesty.

More recently in business Sushovan and I were fellow directors of an AIM listed UK Company, Montise plc. I was Chairman of Monitise plc, a mobile banking and technology company and Sushovan joined the board in January 2011 as a non executive director. He was selfless in his role and provided wise counsel to both the Board, myself and the key members of the management team. I found that I could rely on Sushovan and he always provided straightforward and honest advice. He did not have an ego and his quiet nature enabled open and constructive debate. When required he always found the additional time to spend with the company no matter how short the notice or how disruptive the timing was for him.

He is a man who I trust and believe enhances the lives of others.


Yours sincerely


Duncan J Mcintyre

# EXHIBIT 165



United States District Judge Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Date: 12th June 2018

**Letter of Support: Sushovan Hussain**

Dear Judge Breyer:

I write in support of Sushovan Hussain.

I am the Managing Partner and Co-Founder of Talis Capital - a London based venture capital firm, focused on technology companies within three key areas: Security, Business Intelligence/SaaS and Financial Services.

I first met Sushovan in his capacity as Partner at Invoke Capital when leading our investment into Darktrace. From the outset his professionalism, hardworking ethics and principals to maintain/enforce the highest of standards were clear.

Both pre- and post- our initial investment into Darktrace, Sushovan was instrumental in advising on all its commercial contracts – particularly the largest one's, and acting as a mentor (in my opinion) to many of the staff, senior and junior alike. If it was not for Sushovan's experience, time and advice to the management team then I am sure that Darktrace would not have been the company it is today.

I also had the pleasure of knowing Sushovan in a personal capacity, and can definitively say that the qualities mentioned above are even more so true. It is simply a pleasure and honour to know Sushovan in both capacities.

Yours sincerely,

Vasile Foca
Managing Partner
Talis Capital

Talis Capital | Suite 4 Rowan Court | 56 High Street | Wimbledon | London | SW19 5EE

# EXHIBIT 166



*20 June 2018*

Hon. Charles R. Breyer,
United States District Court for the
Northern District of California,
450 Golden Gate Avenue,
San Francisco CA 94102

Dear Judge Breyer,

I am writing in support of Sushovan Hussain and, in particular, as to his professional attributes and character.

I have had a long career in finance; originally training as an accountant and then moving into corporate life eventually becoming the Chief Executive Officer of Prudential PLC. I now have a plural career as a member and the Chairman of several Boards, including Morgan Stanley International. I first met Sushovan in the Autumn of 2010 when I was introduced to him prior to joining the board of Autonomy plc. I got to know Sushovan in a professional capacity over the next year, before the eventual sale of Autonomy in Autumn 2011. Subsequently, I have met him socially, often in the company of our wives. Mr & Mrs Hussain have a house quite close to ours, so I have also been to social occasions at their house.

In my professional dealings with Sushovan, I found him to be intelligent, technically very competent and, as I would have expected, very well versed in the Autonomy business. He was willing and able to debate business questions in a constructive, educated and thoughtful manner. I found that he was open about issues and prepared to change his mind if appropriate. Sushovan was clearly held in high regard by his executive colleagues and certainly appeared to have effective, collaborative relationships with them. He always had regard to the well-being of colleagues and Autonomy's employees in considering business issues.

Subsequently, I have had a number of business discussions with Sushovan around his work with Invoke Capital. He is very excited by the opportunity to support a range of young entrepreneurial businesses and their teams. Several of these businesses have already grown significantly.

At a personal level, I have always found Sushovan to be a pleasant and kind character who is good company. He is always mildly spoken, thoughtful, measured and with good humour. He is very much a family man with a clearly very close relationship with Tracie, his wife, and their children. An evening with Sushovan and Tracie with me and my wife is always a family-oriented affair with Sushovan focussed on his daughters, their schooling and progress. At social events at their home, many of their other friends were obviously through their children's school. It was apparent that Sushovan was popular, well liked and very involved in the school and related community activities.

I hope my comments are helpful to the Court's deliberations.

Yours Sincerely,

Jonathan Bloomer MBE, BSc, FCA

# EXHIBIT 167

5 June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Breyer,

### Mr. Sushovan Hussain

My name is Stefano Quadrio Curzio and I am writing to you regarding Mr. Sushovan Hussain.

I have lived and worked in London since graduating from the Stanford Graduate School of Business
in 1992.  My professional career has been as an investor in private companies, a role I performed as
Managing Partner of BC Partners Ltd and LLP, an international private equity firm.

I have made many direct investments, and as a member of the firm's investment committee I have
approved dozens of controlling investments in the period between 1995 and 2017, when I retired.
These investments have ranged from a few hundred million dollars to over $10bn. I feel that over my
investment career an important skill which I have had to develop has been to assess the
trustworthiness of people from whom and to whom I bought and sold businesses. These judgements
usually have to be reached after knowing someone for perhaps as little as 4 to 6 months. Yet they
are a key ingredient of the investment committee approval process.

I first met Sushovan about 5 years ago when my firm was evaluating potential investment
opportunities with his colleague Mike Lynch at Invoke Capital.  Sushovan was at the time acting as
CFO of Invoke Capital. Nothing came of these discussions as the opportunities they were looking into
were too small for BC Partners to consider.

We remained, however, in touch and I was subsequently invited to invest in two opportunities in
which Invoke Capital was the controlling shareholder, as they were seeking expansion funds from
minority investors. The companies involved were DarkTrace Ltd and Luminance Ltd.

Until that time, during my 22 years career at BC Partners I had never invested personally in private
companies outside of what I did on behalf of BC Partners. This had been due in large measure to the
fact that I did not have the time privately to vet such opportunities and get to know to an adequate
level the people behind the running and the selling of these businesses.

That I made an exception in these two cases is down largely to the fact that I trusted Sushovan and
Mike Lynch. Throughout the negotiations with Invoke Capital leading to my investment I found
Sushovan to be transparent with the facts; fair in balancing the rights of the various parties around
the table; reliable in doing what he committed to in terms of the provision of information, terms,
and timings;  and friendly, courteous, and kind, regardless of whom he was dealing with. The
negotiations were as a result so uncontentious that I hardly needed any assistance from my lawyers.
What had been offered to me was balanced and acceptable. This is an unusual dynamic in what are
often contentious situations.

Since the date of the investments, nothing has come to light that contradicts representations made to me at the time of the investment. Furthermore, until the time in which Sushovan ceased to be involved on a day to day basis with Invoke Capital and its portfolio investments upon leaving the UK, I was always treated by him with respect and kept informed and involved even as a minority investor.

In summary, I have found my interactions with Sushovan to be characterized by a high level of trustworthiness, transparency and fair dealing. I would therefore be happy working with him again in the future on the same side of an opportunity or on opposite sides.

Yours sincerely,

Stefano Quadrio Curzio

# EXHIBIT 168

James Peter Renwick

Tuesday 5th June 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102

Dear Judge Breyer,

**Re: Letter of Support for Sushovan Hussain**

My full name is James Peter Renwick. I am an Australian and UK Citizen and reside at the above address. I am 57 years old and a Fellow of the Institute of Chartered Accountant in Australia. I graduated in 1984 from The Australian National University with a Bachelor of Economics Degree. For the past 30 years, I have lived and worked in London. Initially with Arthur Young, I entered the investment banking world with Citigroup in 1988, moved to SG Warburg (now UBS) in 1990 through to 2009. I then spent 6 years at Barclays until 2015. In 2016 I joined Evercore, where I still work. I specialise in advising companies seeking to raise equity in public markets. I am also Non-Executive Chairman of Aqua Africa Limited, a company dedicated to providing permanent clean water solutions for villages in Ghana.

It was in my professional capacity that I first came across Sushovan Hussain, when in 2005 Autonomy Corporation PLC acquired Verity, Inc. for $500million. At the time I was running the UK Equity Capital Markets team at UBS. I was introduced to Sushovan and the Executive team at Autonomy by my banking colleagues at UBS. Sushovan, as CFO, was seeking to find the most effective financing solutions in order to raise the money to pay for Verity. Autonomy was not happy with the terms pledged by rival banks for the equity component of the financing and I devised a solution which was attractively priced and effective. UBS underwrote the equity and during this period I established a close working relationship with Sushovan. The Verity acquisition was extremely well received by investors and Autonomy's share price rose considerably. From that point onwards I have held a regular dialogue with Sushovan and that continues today. During the last 13 years we have attended numerous social events together. When I moved to Barclays in 2009, I rekindled a working relationship with Sushovan as Barclays was Autonomy's lead lending bank.

In addition to working with Sushovan in his role as CFO of Autonomy, I also had dealings with Sushovan at a company called Monitise, where Sushovan was a Non-Executive Director. Sushovan provided invaluable advice to the founders and Management team. During this period I helped Monitise raise fresh equity capital in 2014 to assist with its development and deployment of mobile wallets and digital payment solutions by financial institutions worldwide.

After joining Evercore in February 2016, I continued to call on Sushovan in his new role at Invoke Capital. Invoke are investing in and developing a number of highly innovative companies with Darktrace, a cyber-security provider, being the most prominent. Sushovan has introduced me to

members of the Darktrace team and I maintain a steady line of contact, as the company continues its impressive growth in an area that is of critical importance for large global companies.

During the 13 years I have worked and socialised with Sushovan, I have found him to be highly professional, fair and trustworthy. He has played a significant role in developing world class businesses and with that the people supporting those businesses. Sushovan has been a person I have enjoyed doing business with. He has a strong determination about him and a purpose. Sushovan has been a leader of people looking to develop and grow leading edge businesses. Equally importantly, I have always enjoyed socialising with Sushovan, be it over the phone, a coffee or at an event. Sushovan has achieved much in his life and is someone I am proud to call a friend and Client. I am pleased to have had the opportunity to write this letter of support for Sushovan and would be entirely comfortable to answer any questions about him and our relationship.

Yours sincerely,

James Peter Renwick

# EXHIBIT 169

Martin Sloan



06 September 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue San Francisco CA 94102

Dear Judge Beyer,

I'm the Head of Group Security for Drax Power Ltd, which is part of the UK's critical
national infrastructure – my primary work focus is providing assurance to the business that
all physical, logical and cyber risks are well managed. It is through my work that I first got
to know Sushovan, where I faced a particularly sensitive challenge posed by an aggressive
Nation State and Sushovan was able to give council and advice that helped me enormously.

That was back in 2013, since then I have remained in contact with Sushovan and latterly in
our relationship it was more on a personal level than professional. I think a good example
that demonstrates the type of person Sushovan is; the last time I spend quality time with
him was when I was experiencing a mini crisis and grappling with a difficult career choice
as had a major impact on my family: Sushovan immediately gave me his time and we spent
that evening at his favorite soccer club discussing my options.

What impressed me most then, and has continued to, is that Sushovan thought only of me
and my best interests and helped me make a decision that struck a balance that protected
my loved ones, whilst at the same time ensured I could continue on a successful career path;
but one with a proper work life balance. Sushovan always made time for those around him.

Sincerely,

Martin Sloan

# EXHIBIT 170

Antoine Duchateau

███████████████
███████

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Brussels, June 15th 2018

Dear Judge Breyer,

My name is Antoine Duchateau. I am a 64 years old Belgian citizen leaving in Brussels, graduated in Economy from the university of Brussels in 1977. During the first part of my professional life, I have been working for 2 large corporations, one American, IBM and the second one British, BIS Banking Systems, now called Misys. This brought me to an international career in the technology sector, based respectively in Luxembourg and London. At 41 years old, I built my own company, Odyssey Financial Technology, that became a global leader in software applications for the private banking activity. I changed base and headquartered the company in Lausanne, Switzerland. The Company was sold in 2010. I then became an active investor in software helping young entrepreneurs to start their companies and expand them internationally.

This activity brought me in contact with Sushovan Hussain. Indeed, I invested in 2012 in a Swiss start up called Sophia Genetics. I immediately joined the Board and became chairman in 2013. This company and its founder had a great vision to bring the benefits of high quality genomic diagnosis to anyone in the world. Such vision was requiring capital and in 2014, we came across Invoke Capital in London. Invoke Capital invested in Sophia Genetics that year and Sushovan Hussain became a board member.

As a chairman, I had frequent contacts with Sushovan Hussain and built with him a close professional relationship. In 2014, the company was at a point where it could expand internationally. The first products were ready and the market was becoming very active. This is where Sushovan brought his deep expertise of building fast productive international sales team. With close efficient attention, coaching and support, he helped the founder and the board to rapidly build an international professional sales team.

Sushovan Hussain remained on this Board until November 2016. Over the period 2014-2016, he did contribute greatly to the success of Sophia Genetics. He was a well prepared,

supportive, constructive and encouraging board member. His implications, specially in the area of sales organisation, sales management and sale recruitment, were really very positive and helpful. As a chairman, it was a pleasure to have him on board.

Yours sincerely

Antoine Duchateau

# EXHIBIT 171

Jurgi Camblong



Lausanne, June 11th 2018

Hon. Charles R. Breyer
United State District Court for the
Northern District of California
450 Golden State Avenue
San Francisco CA 94102

Dear Judge Breyer,

My name is Jurgi Camblong. I am a biologist by training, passionate about life and people. After 8 years spent in academic research (2002 – 2010 in Geneva and Oxford Universities), I decided to create my company called SOPHiA GENETICS in 2010 to help hospitals better diagnose and treat as many patients as possible worlwide. Our company is now supporting the diagnosis of 1 patient every 5 minutes across the world and has been recognized by the MIT Technology Review among the 50 Smartest Companies in the world.

I met Sushovan Hussain for the first time in December 2013, just after attending a meeting organized by Genomics England at 10 Downing Street, London. I didn't know who Sushovan was, but I remember him as very carefully listening to my story and how I was hoping to impact as many patients as possible with SOPHiA GENETICS. This initial meeting motivated Invoke Capital's investement in SOPHiA GENETICS in June 2014. Sushovan then acted as a Board member until end of 2016, to represent Invoke Capital.

Back in June 2014, SOPHiA GENETICS was still a small start-up with a lot of wishes and potential but lacking structure and experience. I remember an afternoon in the office of Sushovan at Pall Mall Street, London, where Sushovan helped me design the organisationnal chart of the company. What striked me most is how quickly he helped me place the existing team members in a new organization despite not understanding much about our field of business. Although this may sound simple, it is not for a fresh new CEO who comes from academic environment and knows little about business organizations. In general, Sushovan has always been challenging me as a CEO. By doing so, he not only helped me understand and identify what might not be working in the company, but he also always tried to bring up potential solutions if I wouldn't be able to think of them myself. Definitively Sushovan helped me to grow as an entrepreneur and contributed in the impact SOPHiA GENETICS has today on better diagnosing patients worlwide.

For me, Sushovan not only was a board member, but also a person who shared with me a common passion for soccer. While I would visit business partners in London, he some times invited me to watch champions league games at the Emirates Stadium. We would meet at the entrance of the metro station at Picadilly and Sushovan would make me discover some delicious small and popular restaurants before going to the games. I remember one particular night in winter, where after we had a warm dinner in a Turkish restaurant it was so cold outside that I bought an Arsenal ski hat that I still use today in Switzerland.

I think Sushovan is someone who likes people and discovering new topics. Indeed, I remember another occasion in Geneva, where we had dinner with our respective wifes the day before he would visit the CERN research center and how excited he was about the principles of physics and the discoveries researchers were making there.

If I would have to qualify Sushovan as a person, I would say that he is someone who strives for excellence but appreciates simple things in life.


Yours sincerly,


Jurgi Camblong

# EXHIBIT 172



Hon. Charles R. Breyer
United States District Court for the Northern
        District of California
450 Golden Gate Avenue
San Francisco CA 94102
USA

15th June 2018

Dear Judge Breyer,

**Sushovan Hussain**

I have known Sushovan since 2003, when he became the CFO of Autonomy, a client of mine when I was at the firm of Hale and Dorr.

Throughout the period 2003 to 2008, I worked closely with Sushovan on various acquisitions and financings. Sushovan was always very demanding as a client, always pushing his team to work as hard as he was working, but was faultlessly generous with praise when a job had been well done.

Through the close working relationship that I had with him, I got to know Sushovan personally, and became friends with him and his family. Sushovan is a dedicated family man: no matter what transaction we were working on, or how busy he was, he would always dedicate one evening every week to his wife and family. During this time we knew that he was unavailable to us, as, despite the demands of his job, he knew how important his family was to who he is.

At Invoke Capital, the working relationship that I had built with Sushovan at Autonomy has continued, and he has been instrumental in building several successful businesses. Sushovan's hands on approach to investment has lead to the creation of a significant number of jobs both in the UK and internationally.

Sushovan and I share a love of soccer, and he and I spent many afternoons watching Arsenal, a passion that he shared with his daughters, who he would often take to matches. I have seen his highly intelligent daughters grow under his and Tracie's love to become confident women, with excellent futures ahead of them.

Yours sincerely,

**Richard Eaton**

# EXHIBIT 173



Lord Evans of Weardale KCB DL

16 May 2018

Hon. Charles R Breyer
US District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer

Sushovan Hussain

My name is Jonathan Evans. From 20017 to 2013 I was the Head of the British
Security Service MI5. I am now a member of the British House of Lords.

I have known Sushovan Hussain for five years as a work colleague, since I became
an advisor to companies associated with Invoke Capital, where Sushovan was a
senior executive. I do not know Sushovan socially though I have met his wife and
know that his family life is very important to him. In the time that I have known him
I have never had any reason to doubt Sushovan's integrity or honesty and I have
always found him open, engaging, straightforward and helpful both professionally
and personally. He has played a key role in the establishing several successful
companies in the Invoke portfolio and I know that more junior colleagues had a
warm regard for him since he was supportive and approachable to them.

Yours sincerely

Jonathan Evans

London
SW1A 0PW

# EXHIBIT 174

# Martin Hopwood

**11/07/18**

Judge Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue, San Fransisco, CA, 94102, USA

**Dear Judge Breyer:**

I write to you in support of Sushovan Hussain.

I have known Sushovan since early 2012, when I joined a company called Featurespace Limited, a sister company to Darktrace Limited. Sushovan is also linked to Featurespace via his work with Invoke Capital.

Throughout my time working for Featurespace as an accounts assistant, through to now becoming the Senior Financial Controller, Sushovan has always offered me very clear and constructive advice on how best to run the business.

I also spent some time working for Sushovan at Darktrace in mid-2013, where I learned a great deal from him. His advice and guidance has been invaluable in my future career progression with Featurespace.

All my professional and personal interactions with Sushovan were honest and clear, with the best interest of the company and me at the core of his guidance.

He was enormously supportive during any fund raising activity, using he breadth of experience and knowledge to assist in the great success we have experienced at Featurespace over the past 6 years.

Sushovan and I also have a shared love of Arsenal Football club.

He is a great person and I am more than happy to write this letter of support.

**Sincerely,**

**Martin Hopwood**

# EXHIBIT 175

10th June 2018



Dear Judge Breyer,

My name is Ellen Hughes and I am eighteen years old. I attended primary school with
Sushovan's youngest daughter, Zara, from the ages of about six to eleven. Zara and I were
very good friends, and we lived just down the road from each other so I spent a lot of time
at her house and vice versa. Although we moved to separate secondary schools we continue
to stay in touch, even during this most busy final year of school before university.

Whenever I went around to Zara's house, Sushovan was welcoming and kind to me: we
spent endless afternoons playing in the garden, playing games like monopoly and scrabble
and looking after Zara's tortoise under his supervision. On one particularly memorable
occasion, Zara and I had been instructed to make a model of an athlete out of vegetables as
a school project: naturally we decided that we were going to make a 3D sprinter out of
potatoes and cocktail sticks. Sushovan spent hours trying to design a contraption that would
allow our potato-athlete to stand upright as Zara and I (quickly) became distracted, running
off to do something else. When we returned to the kitchen table several hours later,
Sushovan had not only succeeded in stabilising our make-shift athlete, but had also created
several smaller potato-athletes, and positioned them jumping over 'hurdles' made of carrot
sticks and holding 'discuses', or red grapes. I don't think I'll ever forget Zara's face when she
saw what her father had done for her, entirely of his own accord, just to make his daughter
and her friend happy. That is the sort of man that Sushovan is: caring, tireless, and always
willing to go that extra mile for the people that he loves or cares about.

Although Zara often spoke proudly about her dad and how hard-working and clever he was,
I only ever saw Sushovan in the social setting as father, husband and supervising adult: and
these were all areas where he absolutely shone. Whether he was taking Zara to her chess
matches (which, if I recall correctly, were at one point occurring several times a month and
always involved Sushovan staying with and supporting Zara, letting her know how proud he
was of her whether she won or lost), making us popcorn to eat as we watched movies on
Zara's birthday or during the summer, or patiently watching as we tried (and failed) to make
homemade pasta in Zara's kitchen, not saying a word even as we irreparably damaged the
garlic press in our clueless attempts at cooking, Sushovan was one of those adults that I
immediately and continuously respected as a child and continue to respect as an adult,
simply because of the unconditional love he showed his family. I wholeheartedly hope that I
showed Sushovan, throughout my childhood and in my present, the kindness and
compassion that so defined his attitudes and behaviours towards his family, his friends and
always myself.

For me and my family in particular, Sushovan and his wife Tracie have been incredibly
supportive following my parents' separation in 2015, especially for my mother. They were
both always there to lend an ear if we asked for it: I am confident that the offer for a helping

10th June 2018

hand from the Hussain's would always be there if we were to ask for it, even now, several years later.

Thank you for reading my letter- I hope I have given you insight into the Sushovan that I know.

Yours sincerely,

Ellen Hughes

# EXHIBIT 176

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

1st July 2018

Dear Judge Breyer,

I met Sushovan through my friendship with his daughter Zara. Zara and I met at boarding school seven years ago and have since become close friends. During this time, I have stayed with her family on numerous occasions and have got to know her family well. Sushovan has always greeted me with the same kindness and has consistently made me feel welcome in his home.

From a young age I have been interested in entering either the financial or accounting sectors. Throughout the years I have known him, Sushovan always took an interest in helping me further my ambitions by offering to put me in contact with people who could potentially give me work experience or give me an insight into the industry.

A fond memory I have of Sushovan is at the first school event; 'two generation tennis' during my first year of Benenden. My family was playing against his and despite the competitive nature of the event, his friendly manner made us feel welcome and relaxed within the first few minutes. We have since enjoyed many school events together as families.

Since meeting Sushovan, I have always been aware of how deeply he cares about his family and how important it is to him that his daughters do their best and do the right thing. He has always supported his family and been a caring father, I have found him to be a man with strong principles and a kind, charismatic personality.

Yours sincerely,

Gabriella Koerling

G. Koerling

# EXHIBIT 177



Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

10 June 2018

Dear Judge Breyer,

**Re:  Sushovan Hussain**

I grew up in Sevenoaks near the Hussains and now work in Human Resources for a global corporation. My schooling was at Walthamstow Hall and it was here that I first met my best friend of 18 years, Ayesha Hussain, and her father Sushovan.

Over this time, I have come to know Sushovan as a giver, a teacher, a loving father, an advocate and an ambassador. When visiting my parents, for example at dinner parties, Sushovan's humour was infectious and I would listen to the happiness of the occasion with a smile, while tucked up in bed. At home, Sushovan is the man who cooks from scratch to feed the family, who encourages his daughters to continuously learn and improve themselves without prejudice, and who wishes nothing but success and happiness for everyone he meets. Sushovan has an ear to listen, is a guide through life and is a very knowledgeable and intuitive man.

Two years ago, whilst at the Hussain's annual Christmas party (at their home, for all their close friends) Sushovan listened to me complain about being in the wrong job; it was quite apparent that he had already reached the same conclusion. In guiding me, Sushovan even offered me a job at his company, illustrating the extent to which he cares for and believes in me. A respectable and clever man offering something as generous as that is a true reflection of the kind-hearted and giving person he is. Sushovan has passed this characteristic of seeing the best in people and always being there to offer whatever help or support is needed, down to Ayesha.

Ayesha has to be the most driven, conscientious, hard working and loyal person you could come across and this reflects her father's influence. I have watched her grow into a funny, kind hearted and the most endearing person. When she first came to school in Year 1, aged 5, she was shy (which is hard to imagine now that she has been captain of the netball team at university), has the most friends of anyone I know and gives speeches to girls at school encouraging them to pursue maths, amongst other typically un-feminine subjects, for their future at university. This inspirational speech giving is significantly due to Sushovan's influence. Ayesha makes friends comfortably; it is a rare characteristic she has when she meets a stranger and makes them feel like they can trust her implicitly. It is quite something to bare witness to and is something else she learnt from her father.

Ayesha and I are fundamentally very different and yet we are life long best friends. When I consider why this is and why Ayesha is the way she is, the saying "the apple doesn't fall from the tree" springs to mind. She is a reflection of her wonderful parents. I think if I had to pick a second set of parents, I would genuinely choose Sushovan and Tracie. They have always made me feel comfortable in their home and in their presence. They are inclusive, welcoming and unprejudiced. I have very fond memories of going round to play at Ayesha's house when we

were younger and Sushovan's big grin welcoming me in to play. Or walking upstairs to see Sushovan patiently playing game after game of chess with his youngest, Zara (who became a national level player). Recently when I went to the Hussain's home, Sushovan had me learning about his vegetable patch. It is really quite impressive and Sushovan taught me a lot. Sushovan was even kind enough to give me some of his home-grown veg to take back for my parents. When Ayesha and I were kids and being given lifts by Sushovan (e.g. to friends houses), the conversations we used to have with him during these journeys meant so much to me and now fill me with nostalgia; Sushovan was curious about me, about my family, and whether everything was alright. He is someone that even if I had what could be considered a "dumb" question, I wouldn't feel "dumb" asking him.

Recently, Ayesha has become especially subdued. On the surface she behaves in her usual way, always inquisitive, always there for you and always being the one to make you feel good again when you're down – just like Sushovan does. But there is a part of her that is missing. Along with Sushovan, she has always been the smartest person I know, continually striving for academic success and usually thriving in doing so. So you can imagine that when she told me a few weeks ago that she has dropped out of Imperial College London, I was astounded. Dropping out made no sense for the girl who wanted to attain her masters and then go on to do her PhD (the one thing she has consistently talked about since we were 5). Yet her motivation has gone now because she is worried by her father's absence. And it is not just Ayesha; all of us who are positively influenced by him feel the same way.

I hope that I have shown you that the Sushovan I know, together with his brilliant wife Tracie, has raised two daughters who are intelligent, moral and loving (as well as loveable) people; Ayesha and Zara, who are exactly the same as their Dad.

Yours sincerely,

Lucy Stewart

2

# EXHIBIT 178

Olivia Farr



Hon. Charles R. Breyer
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco
CA 94102
USA

3rd July 2018

Dear Judge Breyer,

I have had the pleasure of knowing Sushovan Hussain and his family for 7 years and
am particularly close with his daughter, Zara, as we both attend Benenden Boarding
School. Over the years that I have known Sushovan I have witnessed his kindness,
generosity, family orientation and gentleness in regard to both myself and to his
daughter Zara.

During the last 7 years I have seen and met Sushovan inside and outside of the school
arena and so have been a part of both formal and informal parts of his life. One day
which I remember with particular tenderness is when Zara and I cooked a traditional
Chinese meal as dictated by a school project, which both families ate together. It was
a small, fun, relaxed event in which I was able to experience a side of Sushovan that
circumstance had not previously allowed, that of a family man. Another evening
which was striking is when Sushovan offered me some work experience when I was
thinking about becoming a geneticist. I was simply talking about my interest in
genetics with him, and he offered out of the blue and the kindness of his heart to get a
placement for me. He did not stand to gain anything from this, but to just gift me the
opportunity to get ahead in a career in which I was so intrigued. Throughout the last 7
years, Zara and I have done many activities in London, where I do not live but where
Zara's family owns a house, and consequently in the many times that I have stayed
there, I have seen Sushovan. Each time I have seen him he has been friendly and
considerate, often offering me anything and everything that he had available to him,
and even saying that "You're welcome here whenever you want". This gesture means
a lot to me, especially because most people would not want to offer their home to
others all year round. Every encounter that I have had with Sushovan, and there have
been many, have shown me that he is a gracious, caring man, and have led me to gain
a deep respect for him.

I would also like to take the time to talk about his influence on Zara. I consider Zara
to be one of my best friends and so know her extremely well. I believe that the parents
of a child influence them heavily and shape them into who they are. Sushovan could

not have done a better job with Zara and has led her to become a driven, intelligent, conscientious, kind woman. Sushovan has done this through being there for Zara throughout her life and supporting her continuously. Examples of his family orientation include the annual Hussain Eurovision and Easter egg hunt competitions. These are traditions which involve the whole family and stretch back years, it is things like these competitions that show his devotion to his family when most men would let other commitments get in the way or would think that these activities are too juvenile to participate in. They are a key part of the Hussain calendar and seeing his dedication to them is inspirational. Turning up for moments like this, as well as university applications, sports competitions, most notably squash, helping to prepare for Zara's 16th and 18th birthday by putting up all the decoration, and the infamous "Nothing" game that Zara and her father play all the time shows his wholehearted desire to simply have the best for Zara and her sister, Ayesha. The last thing that I want to mention about Sushovan to display his intrinsic commitment is his and Zara's bond over squash. They frequently play together, this requires Sushovan to make long journeys to and from Benenden School. He does this regularly so that they can have some quality time together. He also watches all the squash matches that he can and cheers Zara on from the side-lines not just in squash but in all aspects of her life.

I truly believe that Sushovan is a gentle soul, who just wants to continue to support his family in every way that he can. Every time in which we have met he has been thoughtful, genuine and of a remarkably kind character whom I very much like and respect and am grateful to have his presence in my life.

Yours truly,

Olivia Farr

# EXHIBIT 179

Miss Eleanor Bishop



2nd July 2018

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

Dear Judge Breyer,

I am writing to you about Sushovan Hussain.

I have been a close friend of Zara, Sushovan's daughter, for the last seven years, having attended senior school with her. Throughout this time, I have been welcomed into the Hussain household on many occasions, Sushovan has always been immensely welcoming and kind towards me.

I particularly recall one occasion when at supper with Sushovan and his family, where we discussed his interest in the Large Hadron Collider and particle physics, which then prompted him to give me advice on following my interests when picking the subjects I wish to study at a more senior level. It is his quality of being able to talk with and listen to anyone which makes Sushovan such an interesting person to spend time with. It does not matter what your circumstances are or your educational background, Sushovan is always willing to give you his time.

Having spent many years in close company with Zara, it is clear that Sushovan, as her father, has had a profound impact on her life, encouraging her love for squash, chess and further academic pursuits. In fact, Sushovan would frequently visit Zara at our boarding school to watch her sports matches or play squash with her. Sushovan has extended this kindness towards their own friends, something I greatly appreciate.

In conclusion, I believe Sushovan to be a kind, interesting and wise man whose devotion to his family is completely obvious.

Yours sincerely,

Miss Eleanor Bishop

# EXHIBIT 180

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

12 June 2018

Dear Judge Breyer:

I have recently graduated from the University of Manchester with a Business Management and French degree and I am currently studying towards my Chartered Institute of Personnel and Development Level 5 certificate. I have known Sushovan Hussain for over ten years through his daughter Ayesha, with whom I went to Walthamstow Hall School during the ages of 11-18 and have continued our friendship.

Over the years, I have come to see how the Hussain's are such a tight knit family, they are very supportive of each other and attend every important event of each other's lives. This is quite rare in my opinion, Sushovan being an incredibly busy man has managed to attend all parent's evenings, and events, no matter how small, in his children's lives. The Hussain's spend every holiday together, frequently visit Ayesha at University and Zara at boarding school and have a very open and honest relationship with each other. This shows he is such a lovable, kind and family orientated man and an excellent father. Whenever I would come around to see Ayesha, Sushovan would always engage in conversation with me and make me feel instantly at ease in their home.

I was fortunate enough to get to go on my first holiday without my parents with the Hussain's in Portugal. I was very nervous about flying on my own but Sushovan reassured me that I would be fine. The Hussain's took me out on day trips and showed me around Portugal and paid for everything, including my meals and Sushovan even went out of his way to find vegetarian sausages and burgers, so I could enjoy the BBQ we were having. This shows his generosity and kindness in thinking of other's needs.

Since they are such a tight knit family, him being so far away from his family has affected them. Ayesha Hussain is one of the kindest, bubbliest, and most caring people I know and watching how the trial has affected her is heart-breaking. She makes everyone around her instantly at ease and can make friends with almost everyone she meets. She has not one bad bone in her body and I can honestly say has made me a kinder and more thoughtful person which I believe reflects her father's character. Although she is still the same person, she is missing a piece of her, worrying about her father. So much so that she has had to drop out of her master's degree at Imperial University because she could not cope with the stress. If you knew Ayesha, you would find this shocking as she is an academic, since I have known her she is hard working and dedicated to her high grades and has always wanted to do a PhD. This attitude she has adopted to academics stems from her father, he always pushes her to do her best and tells her she can do anything she puts her mind to showcasing his supportive family-oriented side. When she told her father, she was dropping out and he was incredibly supportive of her decision to drop out as he cares more about her mental health, further showing his kind-hearted and caring nature.

I hope this letter shows what a kind hearted, generous, and family-orientated man Sushovan is and that this character is reflected in his daughters thanks to his and Tracie's wonderful parenting.

Kind regards,

Manon Cros

# EXHIBIT 181

Hon. Charles R. Breyer
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

12th June 2018

Dear Judge Breyer:

I am a graduate from the University of Nottingham currently working as an auditor at a
global firm providing audit, tax and consulting services. I am training to become a Chartered
Accountant. This allows me to hold student membership at the Institute of Chartered
Accountants in England and Wales (ICAEW) alongside Sushovan.

I have been fortunate enough to have met Sushovan through his daughter, my friend, Ayesha.
I have known Ayesha for 3 years and therefore Sushovan for almost as long. In the long
conversations I have shared with Sushovan, he has taken deep interest in my career and
offered useful advice where appropriate. He, in part, inspired me to choose my career in
audit, which is where he began his.

What I have noticed, and admire about Sushovan, is how much he cares and is involved with
his family. It is clear when you talk to Sushovan how much he cares about the wellbeing of
his family and how he has aspirations for Ayesha and Zara who, like Sushovan, are high
achievers. Furthermore, I admire his charismatic and caring personality. For example, whilst
at his annual Christmas party, I hadn't seen him for approximately six months prior and yet it
made little difference. He was deeply interested in what I had been up to, asked many
questions, and again, offered to help me with his sought after advice.

I have a vivid memory of Sushovan which I often bring up. At Ayesha's 21st birthday party in
London, he gave a speech in honour of Ayesha in front of family and close friends. His
speech filled the room with laughter and celebrated Ayesha's achievements to date – and you
could see he was visibly bursting with pride. Furthermore, he spoke about Ayesha's long-
term boyfriend David like he was already a member of the family, which perfectly illustrates
how welcoming and kind he is.

With my letter, I hope to portray the Sushovan I know, who is endlessly kind, charismatic
and welcoming.

Yours sincerely,

Kieran McGrath

# EXHIBIT 182

Miss Oona and Miss Rita Venermo



Hon. Charles R. Breyer
United States District Court for the Northern District of California
California
450 Golden Gate Avenue
San Francisco CA 94102

12th June 2018

Dear Judge Breyer,

My name is Oona Venermo and I am so very lucky to have known Sushovan
Hussain for the majority of my life. Originally from Espoo in Finland, aged six I
moved to the UK with my family having left behind all grandparents, cousins,
aunts, uncles, and our beloved family dog to embark on an adventure with our
parents. Between my 2 sisters and I, one of whom was only 11 weeks old at
the time, we knew about 5 words of English.

Fast forward to 2002, we had begun to settle in England. My mother became
friends with Tracie Hussain having met at my youngest sister Ella's playgroup.
Her and Zara, Tracie & Sushovan's youngest daughter, were the same age and
shared a passion for whatever it is 2 and 3 year olds are passionate about -
finger painting, dolls houses and the like. They were instantly friends, as were
the mothers and fathers. To complete the puzzle were Ayesha and my middle
sister Rita, also both a similar age. From then on, I have been to every
Christmas party, every birthday meal, and who knows how many BBQs at the
Hussain residence. Even during my stubborn teenage years where nothing
interested me but the computer, Sushovan treated me like an adult and equal.
He always urged me to be the absolute best I could be, and achieve beyond
remits I thought possible. Any key academic decision in my life, I consulted my
parents and Sushovan - from choosing Sevenoaks School to study for the
International Baccalaureate programme to my choosing the University of York
over Leeds, Sushovan has always offered his most sincere and honest opinion
on what he deemed best for the person I was, and more importantly,
presented with the right opportunity, the person I could become.

Whilst we share few common hobbies (you would not catch me running a half-marathon!) it is undeniable that Sushovan has my best interests at heart and will speak with me frankly, and with kind words. Often he is the voice of reason and the person I'll listen to when my own parents' best efforts have failed.

I cannot think of a more sincere, hard-working and caring individual, who has always given so much time and love to his family and mine, and to see what he is going through is beyond my comprehension - the mere thought truly breaks my heart.

Following on from Oona I also wish to express my feelings on Sushovan Hussain. My name is Rita Venermo and the opinion given by my elder sister of Sushovan and the horror of what he is experiencing is one that I fully share. Having read our family story I wish to share with you my thoughts on what Sushovan means to me, a painful task to reflect upon when considering the unimaginable circumstances. Nevertheless I am grateful for the opportunity to give my support to this important figure in my life.

As described above the Hussain's and Venermo's have all been close friends for many years and some of my earliest memories are of family get-togethers with my sisters, Ayesha, Zara and I playing together. As we have grown up, these occasions have been frequent and treasured. Numerous family holidays and celebrations have been with the 'Venermo-Hussain Clan' (as we call ourselves). Over the years as other friends have moved away and moved on the Hussains have become our UK family.

Tracie and Sushovan are such great characters with a real passion for life and they have undoubtedly helped to shape me into the person I am today. Sushovan in particular has always been a role model to me; a truly wise and gentle-natured individual. He has balanced his role as a businessman with raising his two daughters who have become two outstanding young women of whom I know he is very proud. Aside from his daughters Sushovan has always offered me and my family his total loyalty and support, and we all know that he would be there in a heartbeat should we call upon him for anything. Unfortunately Sushovan and his family are having to call upon us at this depressing time and I am deeply affected by the task at hand, particularly when I know how distraught the Hussain family are.

One thing that has always struck me about Sushovan is his sense of humour and his laugh. Sushovan loves silly humour and has an infectious laugh which transforms him into an innocent-looking and lovable youth which disguises his real age and resonates with anyone who has met him. I think of Sushovan and think of him giggling with a wide grin on his face in his own very unique way and I cannot help but smile. Seeing his daughters, who have inherited this laugh, I am reminded of Sushovan and can only hope that they be allowed to continue with their lives together and we can have Sushovan back home, where he belongs.

Thank you for your time in reading this letter.

With sincere regards,

Miss Oona Venermo & Miss Rita Venermo